FILED
JAN 14 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rizalina Abellan
264 Faxon Avenue
San Francisco, CA 94112

The District Court of California
450 Golden Gate Avenue
San Francisco, CA 94102

CV 08 0252 BZ

Leave of Court

Rizalina Abellan
Appellant / Plaintiff
Vs.
Superior Court of California
Atty. Gary Lieberman
Roseller Abellan
Sheriff Dept. of San Francisco
Farmers Insurance
Phoebe Kwong

Case No. CGC-07-468948

Transfer from State Court to Federal District Court. Amended Complaint for Damages obtained Property without administration Probate Code Sub-section 13550 Et. seq. violation of RICO Act, Fraud undue influence obstruction of Justice, Breach of Contract, Title VII Violation As Bus. & Prof. Codes, negligence as to malpractice, Request for Jurisdiction under C.C.P. 664.6 and Demand for Jury Trial.

Plaintiff is now and at all times mentioned in this complaint was a Trustee Representative of all Property in

Jan 09 2008 10:51AM HP LASERJET FAX p.1

California under the Estate of . ina Abellan. Defendants Superior Court under Probate Department issued a Letters of Executor when in fact is fraud, illegal without consent from Rizalina Abellan who is the legal owner of the 1609 California Avenue and 101 Campbell St. in San Francisco, California. The property status is non-probate. They violated the Law of Property cannot be probated, contested and won in June 2, 2001, 2002 and 2003 affirmed. Issued a Summary Denials of the Higher Court on Nov. 2007 by Judge Jay Cline and Supreme Court In Banc Decision on the merits and uniformed denials as they don't have jurisdiction in Rem and in my Persons. Defendant Attorney Gary Lieberman and Superior Court authorized the Sale and Probate of the property without consent from me and the Remainders Roberto, Romeo and David as they are next to succession of the will, an inter-vivos or "Life Estate" with a boundary on Law of Perpetuities of 21 years, "Twenty-one" of each succession.

On Sept. 2006, they did a mortgage loan in the amount of $29,000.00 by the conspirator, Atty. Gary Lieberman loan Broker and Title Company involved on May, 2007. They sold the property for a low $101,000.00 dollars to Phoebe Kwong, another conspirator. I filed a claim against the Insurance Company and failed to address their obligation and fiduciary duties under the contract which was breached and defendants. All of them breached the contractual obligations of the Plaintiffs who have superior rights as in fee, simple absolute. No juries or courts

can file a litigation or creditor's claim on the property. It will be fraud. Illegal will pay three (3) times as was discussed in the oral argument under the Court of Appeals under the Panel of Judges Jay Cline E. Ruvolo and Hon. Judge Lambdin in 2002.

The true market value of the property in 1609 California Avenue is $349,000.00. They cheated the value as there is comparable at the time or month of the sale another act of fraud, concealment of true value of the property I have a comparable evidence. I used to be in Real Estate Business in the 1980's.

Set forth allegations of ultimate facts constituting the actions such as defendants kept all the money, ill-gotten as fraud, under undue influence and Federal Racketeering Acts of all named defendants and without consent from using untenable grounds and undue influence to gain advantage thru concealment, deceit and willful fraud, an egregious, vexatious and unconscionable act of greed and vicious criminal and felonious offense that should be punished. They already loss and they resort to fraudulent means to gain advantage by corrupting the system. Corruption, subsequent probate and sale are all done illegally and aside from that, they issue an illegal Notice to Vacate on Nov. 7, 2007 with the conspiracy of the Sheriffs Department under Sheriff Henessy, a fraudulent act that is punishable. RICO Act as authorized by Judge John Dearman, when

in fact, they don't have jurisdiction. All don't have jurisdiction, issued a summary denials of Higher Court because they "don't have jurisdiction."

Plaintiff made demand, revoke, dismissal as contested without legal rights that was ignored. "No conscience", no consent from me. Filed insurance claim, fiduciary duties were ignored, Department of Insurance complain was half done.

Limitation of action barred after one(1) year accrued or not accrued at the time of death, C.C.P. section 366.2 (a) Prob. Code section 13554 (c) see: Levine v. Levine 102 Cal. app. 4th 1256, 126, Cal. Rptr. 2d. 255, (2d. Dist. 2002) suit against Trustee on cause of action against the decedent barred after lapse one year as to General Probate Code sub-section 9000 et. seq. governing creditor's claim, barred by statute or estoppel, "Stop".

Prior to and subsequent to date, property sold under fraud, money taken was not received by the trustee, representative who have legal rights to their fraudulent act that the defendant made no restitution whatsoever to decedent's estate of anything by the reason of sale and money taken of the fair market value. We spent so much money in prosecution of these illegal case, injury to the family members for eviction, lost of time, of enjoyment and investment of rental proceeds taken illegally, rents, cost of lawsuits, injury to credit reports of all concerned. Cost of the courts of appeals, Supreme Court time

Rizalina Abellan
264 Faxon Avenue
San Francisco, CA 94112

The District Court of California
450 Golden Gate Avenue
San Francisco, CA 94102

Rizalina Abellan
Appellant / Plaintiff
Vs.
Superior Court of California
Atty. Gary Lieberman
Roseller Abellan
Sheriff Dept. of San Francisco
Farmers Insurance
Phoebe Kwong

Case No. CGC-97-468948

Transfer from State Court to Federal District Court. Amended Complaint for Damages obtained Property without administration Probate Code Sub-section 13550 Et. seq. violation of RICO Act, Fraud undue influence obstruct-ion of Justice, Breach of Contract, Title VII Violation As Bus. & Prof. Codes, negli-gence as to malpractice, Request for Jurisdiction under C.C.P. 664.6 and Demand for Jury Trial.

Plaintiff is now and at all times mentioned in this complaint was a Trustee Representative of all Property in

false Judicial Proceedings in April 3, 2007, August 14, 2007, P.C. 118, Penal Code section 241.1 et. seq. on the Federal Law 18 U.S.C. section 1621. See: United States v. Debrow (1953) 346 U.S. 37474 S. Ct. 113 98 L. Ed. 92, 96 for the history of the crime and corroboration rule. As to obstruct the administration of justice and its falsity is obvious or within the judicial knowledge of the Court. See: Discussion 21 Cal. $.L. Rev. 582.18 So. Cal. Rev. 1258; Cf In re Blanche (1940) as obtaining money and selling property violates bribery, statue in a prosecution for soliciting another to join as to their intent must be charged. To induce a scheme to pretend on eviction to vacate, the City of San Francisco Sheriffs Department obtaining an eviction of false pretense is corrupt intent to influence unlawfully the persons to whom it is given in his action, opinion, corruptly a wrongful design to require or cause some or other advantage to the person or to some other persons violates P.C. 7 (6) P.C. 7 (3) as these defendants. Thus it is not to show that the briber or the bribe-taker sought to benefit himself, see: Perkins 3d. p. 537. As Attorney Gary Lieberman brainwashed my brother, the City Sheriffs Dept. as to undue influence for eviction that causes hardship and damages for us, the family for their cruelty, sufferings that violates humanity under the Constitution that they must obey but sabotaged and concealed as to mutual intent under Penal Code 67. The crime is complete when the offer is made and harm done as was done in

November 7, 2007 up to present. December 15, 2007 and December 22, 2007 as the Lower Court and Atty. Gary Lieberman, guilty and violates Law of Respondeat Superior as they know it is not feasible. Fraud, barred by statue and estoppel, but they created an scheme to defraud as willful C.C.P. 3299 32, 84 P.C. 494, P.C. 495, grand theft, negligence and malpractice issues of Atty. Lieberman. The act of Judge John Dearman who apparently corroborated the misrepresentation, see: in re Nunez (1965) 62, C2d. 234 42, CR 6, People v. Martines (1948) 88 CA 2d 767, 199 P. 2d. 375.

This act or misrepresentation and a Notice to Vacate illegally done as to suppressed material evidence and decision of Court of Appeals or higher Courts needs to vacate judgment of Judge John Dearman as to obstruct justice, violates Law of Respondeat Superior, a RICO Act and Title VII violation and Law of Property violations under the law as to enormous abuse done to us that is why I asked for those damages and will ask for government claim as to their corruption and egregious acts of obstruction of justice. Liable jointly and severally as to Settlement Code C.C.P. section 877.6.

Wherefore, Plaintiff and Remainders who were affected by these egregious conspirators demands summary judgment as follows:

1. Compensatory damages of $2,000,000.00
2. Punitive damages of $3,000,000.00

3. Prejudgment interest according to law C.C.P. 3299 P.C. 494, 495, Grand Theft $1,500,000.00

4. Cost of lawsuit $100,000.00

5. Any other and further relief the Court considers proper.

Dated : January 9, 2008

VERIFICATION

I declare under penalty of perjury under the laws of the State of California that the foregoing complaints and allegations are true and correct.

Dated 1/10/08

Respectfully Submitted:

Rizalina Abellan

Rizalina Abellan

In Propia Persona

(415) 992-1853

APP-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: Rizalina Abellan<br>TELEPHONE NO.: 415-992-1853 FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Rizalina Abellan | FOR COURT USE ONLY<br>ENDORSED FILED San Francisco County Superior Court<br>DEC 19 2007<br>GORDON PARK-LI, Clerk<br>BY: CARLOS MURILLO Deputy Clerk |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS: 400 McAllister St.<br>MAILING ADDRESS: S.F. Calif. 94102<br>CITY AND ZIP CODE:<br>BRANCH NAME: Probate Dept. | |
| PLAINTIFF/PETITIONER: Rizalina Abellan<br>DEFENDANT/RESPONDENT: Atty Gary Lieberman, Rosellee Abellan | |
| **NOTICE DESIGNATING RECORD ON APPEAL (UNLIMITED CIVIL CASE)** | Superior Court Case Number:<br>280338 |
| RE: Appeal filed on *(date)*: 11/26/07 | Court of Appeal Case Number *(if known)*: |

**Notice: Please read *Information on Appeal Procedures for Unlimited Civil Cases* (Judicial Council form APP-001) before completing this form. This form must be filed in the superior court, not in the Court of Appeal.**

TO: Clerk of the Superior Court of California, County of *(name of county)*:

NOTICE IS HEREBY GIVEN that *(name)*: Rizalina Abellan

The [X] Appellant [ ] Respondent in the above case elects to proceed with the following record on appeal:

***(check only one)***

1. [ ] (Appendix Only; no Reporter's Transcript)
   a. elects under rule 8.124 of the California Rules of Court to prepare own transcript in lieu of a court-prepared clerk's transcript.
   AND
   b. elects to have no reporter's transcript. *(Date and sign only.)*

2. [ ] (Appendix and Reporter's Transcript)
   a. elects under rule 8.124 of the California Rules of Court to prepare own transcript in lieu of a court-prepared clerk's transcript.
   AND
   b. elects a reporter's transcript as designated on page 3. *(Fill out the reporter's transcript section on page 3.)*

3. [ ] (Clerk's Transcript Only; no Reporter's Transcript)
   a. elects under rule 8.120 of the California Rules of Court to proceed with a clerk's transcript as designated on page 2. *(Fill out the clerk's transcript section on page 2.)*
   AND
   b. elects to have no reporter's transcript.

4. [X] (Clerk's and Reporter's Transcripts)
   a. elects under rule 8.120 of the California Rules of Court to proceed with a clerk's transcript as designated on page 2. *(Fill out the clerk's transcript section on page 2*
   AND
   b. elects a reporter's transcript as designated on page 3. *(Fill out the reporter's transcript section on page 3.)*

Date: 12/19/07

Rizalina Abellan
(TYPE OR PRINT NAME)

▶ Rizalina Abellan
(SIGNATURE OF PARTY OR ATTORNEY)

Form Approved for Optional Use
Judicial Council of California
APP-003 [Rev. January 1, 2007]

NOTICE DESIGNATING RECORD ON APPEAL (UNLIMITED CIVIL CASE)
(Appellate)

Cal. Rules of Court, rules 8.120, 8.124, 8.128, 8.130
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

APP-003

| CASE NAME: Estate of Rufino Abellan | CASE NUMBER: 280338 |
|---|---|

**NOTICE DESIGNATING CLERK'S TRANSCRIPT**

(Cal. Rules of Court, rule 8.120)

A. It is requested that the following documents in the superior court file be included in the clerk's transcript *(give the specific title of each document, an accurate description, and the date of filing):*

Document Title and Description — Date of Filing 12/19/2007

(NOTE: Items 1–7 are required to be a part of the clerk's transcript and will automatically be included.)

1. Notice of appeal
2. Notice designating record on appeal *(this document)*
3. Judgment or order appealed from
4. Notice of entry of judgment *(if any)*
5. Notice of intention to move for new trial or motion to vacate the judgment, for judgment notwithstanding the verdict, or for reconsideration of an appealed order *(if any)*
6. Ruling on item 5
7. Register of actions *(if any)*
8. Sept. 12, amended rejection of Sale
9. aug. 14, 2007 rejection of Sale of Property
10. July 30, 2007 answer to Petition barred by [illegible]
11. May 13, 2005 Special notice filed by [illegible]
12. July 17, Remittitur affirmed 2003 7/17/03 [illegible]
13. aug 3, 2001 To Vacate Judgment
14. May 24, 2001 application for temporary stay enforcement declaration filed 5/24/01
15. May 5, 2001 notice of appeal
16. Feb. 02, 2001 opposition for judgment as to Letters of administration Points of authorities
17. aug. 7, 2000 - Request for Special notice
18. July 27, 2000 - will contest.

B. It is requested that the following EXHIBITS admitted into evidence or marked for identification be copied into clerk's transcript on appeal *(check only one box):*

1. ☒ All Exhibits
2. ☒ Specific Exhibits *(give the exhibit number [for example, Plaintiff's #1, Defendant's B, Respondent's A), a brief description, and admission status.):*

☒ See additional pages.

**MC-030**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | *FOR COURT USE ONLY* |
|---|---|
| Rizalina Abellan<br>264 Faxon ave. S.F. Ca.<br>94112<br>TELEPHONE NO.: 992-1853 FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS: 400 mcallister St. S.F. Ca.<br>MAILING ADDRESS: S.F. Calif.<br>CITY AND ZIP CODE:<br>BRANCH NAME: Probate dept | |
| PLAINTIFF/PETITIONER: RIZALINA ABELLAN<br>DEFENDANT/RESPONDENT: atty Gary Leibman Superior court officials / Rosalie abellan | |
| **DECLARATION** | CASE NUMBER: 280338 |

I Rizalina abellan declare That I will procure my transcript upon filling my briefs due to time and fillings of several documents for two months which I run out of time and time limits were not allotted plus the stress and disfunctionally beyond my control as to the fraud and intentional deceit and abuse. determination of Higher court is in trick. I declare under the state of california That the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/19/2007

RIZALINA ABELLAN
(TYPE OR PRINT NAME)

Rizalina Abellan
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify)*:

American LegalNet, Inc.
www.USCourtForms.com

APP-003

| CASE NAME: | CASE NUMBER: |
|---|---|
| Estate of Rufina Abellan | 280338 |

NOTICE TO PARTIES: A copy of this document must be mailed or personally delivered to the other party or parties to this appeal. A PARTY TO THE APPEAL MAY NOT PERFORM THE MAILING OR DELIVERY HIMSELF OR HERSELF. A person who is at least 18 years old and is not a party to this appeal must complete the information below and mail (by first-class mail, postage prepaid) or personally deliver the front and back of this document. When the front and back of this document have been completed and a copy mailed or personally delivered, the original may then be filed with the court.

## PROOF OF SERVICE

☐ **Mail** ☒ **Personal Service**

1. At the time of service I was at least 18 years of age and not **a party to this legal action.**

2. My residence or business address is *(specify)*: 71 [illegible] St. S.F Ca. 94134

3. I mailed or personally delivered a copy of the *Notice Designating Record on Appeal (Unlimited Civil Case)* as follows *(complete either a or b)*:

   a. ☒ **Mail.** I am a resident of or employed in the county where the mailing occurred.

      (1) I enclosed a copy in an envelope **and**

         (a) ☒ **deposited** the sealed envelope with the United States Postal Service, with the postage fully prepaid.

         (b) ☐ **placed** the envelope for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

      (2) The envelope was addressed and mailed as follows:

         (a) Name of person served: Superior court of calif. (Probate dept.)

         (b) Address on envelope: 400 McAllister St. S.F. CA. 94102

         (c) Date of mailing: 12/19/07

         (d) Place of mailing *(city and state)*:

   b. ☐ **Personal delivery.** I personally delivered a copy as follows:

      (1) Name of person served: court of appeals

      (2) Address where delivered: 350 McAllister St. S.F. CA. 94102

      (3) Date delivered: 12/19/07

      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/19/07

Robert V. Roth
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF DECLARANT)

ENDORSED
FILED
San Francisco County Superior Court

DEC 06 2007

GORDON PARK-LI, Clerk
BY MARJORIE SCHWARTZ-SCOTT
Deputy Clerk

CALIFORNIA SUPERIOR COURT, UNLIMITED JURISDICTION

CITY AND COUNTY OF SAN FRANCISCO

LAW AND MOTION DEPARTMENT

| | |
|---|---|
| RIZALINA ABELLAN et al.,<br>Plaintiff,<br>vs.<br>THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>Defendant. | No. 468948<br>**ORDER OF RECUSAL AND TRANSFER** |

On December 6, 2007, good cause appearing, the Honorable Patrick J. Mahoney recuses himself from hearing plaintiff's motion to vacate judgment pursuant to an order from the Acting Presiding Judge. The matter is transferred for hearing to Judge Umhofer in Department 21 at the Hall of Justice, 850 Bryant Street, San Francisco, CA 94103.

Dated: Dec. 6, 2007

By: [signature]
The Honorable Patrick J. Mahoney
Judge of the Superior Court

California Superior Court

City and County of San Francisco

Law & Motion Department • Room 302

RIZALINA ABELLAN et al.,

Plaintiff,

vs.

THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

Defendant.

No. 468948

**Certificate of Service by Mail (CCP § 1013a(4))**

I, Gordon Park-Li, Clerk of the Superior Court of the City and County of San Francisco, certify that:

1) I am not a party to the within action;

2) On DEC 0 6 2007, I served the attached:

**ORDER OF RECUSAL AND TRANSFER**

by placing a copy thereof in a sealed envelope, addressed to the following:

Rizalina Abellan
264 Faxon Avenue
San Francisco, CA 94112

David Abellan
101 Campbell Street
San Francisco, CA 94134

Romeo Abellan
101 Campbell Street
San Francisco, CA 94134

Roberto Abellan
101 Campbell Street
San Francisco, CA 94134

3) I then placed the sealed envelope in the outgoing mail at 400 McAllister St., San Francisco, CA 94102 on the date indicated above for collection, attachment of required prepaid postage, and mailing on that date following standard court practice.

Dated: DEC 0 6 2007

GORDON PARK-LI, Clerk

By: MARJORIE SCHWARTZ-SCOTT
deputy

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

**APPEALS DIVISION**

ENDORSED
FILED
San Francisco County Superior Court

NOV 2 6 2007

GORDON PARK-LI, Clerk
BY: ANITA BAIROGH
Deputy Clerk

**IN RE THE ESTATE OF RUFINA ABELLAN, ( deceased )**

| | |
|---|---|
| RIZALINA ABELLAN, Plaintiff/Appellant | NO. 280338 |
| vs. | **CLERK'S NOTICE OF FILING OF NOTICE OF APPEAL** |
| ROSELLER ABELLAN Defendant/Respondent | |

You and each of you are notified that a notice of appeal was filed in the above entitled action on November 26, 2007 from the Writ of Possession dated November 20, 2007, a Notice to Vacate..

DATED: November 26, 2007

GORDON PARK-LI, Clerk

By: ______________________
Anita Bairogh, Deputy

**CERTIFICATE OF SERVICE BY MAIL**
**(Code Civ. Proc. § 1013a(4))**

I, Anita Bairogh, deputy clerk of the Superior Court for the City and County of San Francisco, certify that:

1) I am not a party to this action;
2) On November 26, 2007, I served the attached:

**CLERK'S NOTICE OF FILING OF NOTICE OF APPEAL**

by placing a copy thereof in a sealed envelope, addressed as follows:

Court of Appeal – 350 McAllister St., 1st Floor, San Francisco, CA 94102

Rizalina Abellan, In Pro Per
264 Faxon Avenue
San Francisco, CA 94112

Gary Lieberman, Esq.
60 East Sir Francis Drake Blvd., S- 286
Larkspur, CA 94939

and

3) I then placed the sealed envelope in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection, attachment of required prepaid postage, and mailing on that date following standard court practices.

DATED: November 26, 2007

GORDON PARK-LI, Clerk

By: [signature]
Anita Bairogh, Deputy Clerk

Court of Appeal, First Appellate District, Div. 2 - No. A119359
**S157912**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

RIZALINA ABELLAN, Petitioner,

v.

SUPERIOR COURT OF SAN FRANCISCO COUNTY, Respondent;

ROSELLER ABELLAN, Real Party in Interest.

---

The application for stay and petition for review are denied.

SUPREME COURT
FILED

NOV 1 5 2007

Frederick K. Ohlrich Clerk

DEPUTY

GEORGE
Chief Justice

COPY

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

FILED
Court of Appeal First Appellate District
NOV - 9 2007
Diana Herbert, Clerk
By ________ Deputy Clerk

RIZALINA ABELLAN,

Petitioner,

v.

THE SUPERIOR COURT OF SAN FRANCISCO COUNTY,

Respondent;

ROSELLER ABELLAN,

Real Party in Interest.

A119686

(San Francisco County Super. Ct. No. 280338)

**BY THE COURT:**

The petition for writ of prohibition/supersedeas/stay is denied.

Dated: NOV - 9 2007

KLINE, P. J ________ P.J.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

FILED
Court of Appeal First Appellate District
OCT 29 2007
Diana Herbert, Clerk
By__________________Deputy Clerk

RIZALINA ABELLAN,

Petitioner,

v.

THE SUPERIOR COURT OF SAN FRANCISCO COUNTY,

Respondent;

ROSELLER ABELLAN, ET AL.,

Real Parties in Interest.

A119359

(San Francisco County Super. Ct. No. 280338)

BY THE COURT:

The petition for writ of mandate is denied.

Dated: OCT 29 2007 KLINE, P. J. P.J.



COPY

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 2

FILED
Court of Appeal First Appellate District
NOV - 9 2007
Diana Herbert Clerk
By
Deputy Clerk

RIZALINA ABELLAN,
Petitioner,
v.
SUPERIOR COURT SAN FRANCISCO,
Respondent;
ROSELLER ABELLAN,
Real Party in Interest.

A119686
San Francisco County No. 280338

BY THE COURT:

The application for waiver of filing fees and costs is granted as to filing fee only.

Date: NOV - 9 2007 KLINE, P. J. P.J.

orwv

Ruzalina Abellan
Roberto Abellan
Romeo Abellan
David Abellan
101 Garfield
St. S.F. Ca.
94164

Superior court of California
400 McAllister St.
California 94102

ENDORSED
FILED
San Francisco County Superior Court
NOV 07 2007
GORDON PARK-LI, Clerk
BY: MARY ANN MORAN
Deputy Clerk

Ruzalina Abellan
Roberto Abellan
Romeo Abellan
David Abellan

Plaintiffs

VS.

Superior court
Probate dept
atty: Gary Siebelman
Rosiller abellan

877468 48 in Ref. to Ct. Cud No.
case no: 280308
A-119359
A-094387
Notice of Hearing
Motion to Vacate 280308
Notice to Vacate
"Fraud" C.C.P. 3399
Larceny P.C. 499
P.C. 487(C)(b)
C.C.P. 581(d) Estoppel
C.C.P. 47.650 and
C.C.P. 664.6
relief C.C.P. 473
473(d)
Hearing date 12/6/07
930AM Dept 302

Ruzalina abellan Trustee Representative does not consent for Notice to vacate it is illegal and Fraud C.C.P. 3394, 5794 Larceny as to illegal taking lost on July 14, 2003 and Superseded on June 7, 2001 Rosiller abellan the atty Gary Siebelman [illegible] litigant did willful intent to defraud conceal and deceit of abuse Superior court on april 3rd aug 14, 2001 Hearings were barred by Statute illegal no jurisdiction of both Parties admin[illegible] [illegible] is void court is void [illegible] [illegible] [illegible]

EJ-130

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address):
GARY R. LIEBERMAN, ESQ. (State Bar # 71684)
McCarty & Lieberman
1615 Hill Road, Suite 1
Novato, CA 94947

TELEPHONE NO.: (415) 897-2226 FAX NO. (Optional): (415) 897-3335
E-MAIL ADDRESS (Optional): glieberman11@verizon.net
ATTORNEY FOR (Name):
[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME:

PLAINTIFF: ROSELLER ABELLAN, ADMINISTRATOR ESTATE OF RUFINA ALBANIA

DEFENDANT: ROBERTO ABELLAN, DAVID ABELLAN, and ROMEO ABELLAN

**WRIT OF**
[ ] EXECUTION (Money Judgment)
[X] POSSESSION OF [ ] Personal Property
[X] Real Property
[ ] SALE

CASE NUMBER: 280338

1. To the Sheriff or Marshal of the County of: San Francisco
You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): Roseller Abellan, Administrator Estate of Rufina Albania Abellan
is the [X] judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. Judgment debtor (name and last known address):

ROBERTO ABELLAN
101 CAMPBELL STREET
SAN FRANCISCO, CA 94134

DAVID ABELLAN
101 CAMPBELL STREET
SAN FRANCISCO, CA 94134

[ ] Additional judgment debtors on next page
5. Judgment entered on (date):
April 3, 2007
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ
a. [X] has not been requested.
b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . $
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . $
13. Subtotal (add 11 and 12) . . . . . . . . . $ 0.00
14. Credits . . . . . . . . . . . . . . . . . . . $
15. Subtotal (subtract 14 from 13) . . . . . . . $ 0.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees). . . $
17. Fee for issuance of writ . . . . . . . . . . . $
18. Total (add 15, 16, and 17) . . . . . . . . . $ 0.00
19. Levying officer:
(a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of. . . . . . . $
(b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . . $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

(SEAL) SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN FRANCISCO

Issued on (date): OCT 12 2007 Clerk, by GORDON PARK-LI, Deputy

L. Dolson

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

WRIT OF EXECUTION

Code of Civil Procedure, §§ 699.520, 712.010, Government Code, § 6103.5 www.courtinfo.ca.gov

| | |
|---|---|
| **Roberto I. Abellan David Abellan Romeo Abellan**<br>**101 Campbell Street**<br>**San Francisco, CA 94134** | **San Francisco Sheriff Civil Section**<br>**1 Dr. Carlton B. Goodlett PL**<br>**Rm 456 Civil Divison**<br>**San Francisco, CA 94102**<br><br>**(415) 554-7235** |
| **San Francisco - Superior Court**<br>**400 McAllister Street**<br>**San Francisco, CA 94102** | |
| **Roseller Abellan, Administrator Estate of**<br>**Roberto Abellan, David Abellan, and Romeo Abellan** | |
| **Notice to Vacate** | **2007347237** \| **280338** |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| | |
|---|---|
| **Eviction Address:** | **101 Campbell Street**<br>**San Francisco, CA 94134** |

Final notice is hereby given that possession of the property must be turned over to the landlord on or before:

| | |
|---|---|
| **Eviction day, date and time:** | **Wednesday, November 07, 2007, at 6:01 AM** |

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at that time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage cost and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), or, if the property is valued at less than $300.00, the landlord may dispose of your property or retain it for his own use.(715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right to Possession form with this office. No claim of right to possession can be filed if box 9a(1) located on the back of the writ is checked.

Michael Hennessey, Sheriff

By: [signature]
Sheriff's Authorized Agent

10-31-07

K)

CPM Form 8.32
09/05/2004 (Revised)

Original

FW-003

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
Rizalina Abellan
264 Faxon Ave. S.F. Ca. 94112

TELEPHONE NO.: 415-992-1853 FAX NO.:
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Rizalina Abellan (Proper

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: Superior Court of California
MAILING ADDRESS: 400 McAllister St. S.F. CA
CITY AND ZIP CODE: 94102
BRANCH NAME:

PLAINTIFF/ PETITIONER: Roberto David Amid Rizalina Abellan
DEFENDANT/ RESPONDENT: Superior Ct. Roselier Villegas Abellan

FOR COURT USE ONLY

FILED
San Francisco County Superior Court
NOV 0 6 2007
GORDON PARK-LI, Clerk

CASE NUMBER: CGC-07-468948

## ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS

1. The application was filed on *(date)*: 11-06-07 ☐ A previous order was issued on *(date)*:
2. The application was filed by *(name)*: Rizalina Abellan
3. ☒ IT IS ORDERED that the application is granted ☒ in whole ☐ in part *(complete item 4 below)*.
   a. ☐ **No payments.** Payment of all the fees and costs listed in California Rules of Court, rule 3.61, **is waived.**
   b. ☐ **The applicant shall pay** all the fees and costs listed in California Rules of Court, rule 3.61, EXCEPT the following:
      (1) ☐ Filing papers.
      (2) ☐ Certification and copying.
      (3) ☐ Issuing process and certification.
      (4) ☐ Transmittal of papers.
      (5) ☐ Court-appointed interpreter.
      (6) ☐ Sheriff and marshal fees.
      (7) ☐ Reporter's fees* *(valid for 60 days)*.
      (8) ☐ Telephone appearance (Gov. Code, § 68070.1 (c))
      (9) ☐ Other *(specify code section)*:

      *Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. **Method of payment.** The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay *(specify)*: percent. (2) ☐ Pay: $ per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:

| Date: | Time: | Dept.: | Div.: | Room: |
|---|---|---|---|---|

   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. **All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.**
4. ☐ IT IS ORDERED that the application is **denied** ☐ in whole ☐ in part for the following reasons *(see Cal. Rules of Court, rules 3.50–3.63)*:
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3(a)(6)(B); form FW-001-INFO).
   b. ☐ Other *(Complete line 4b on page 2)*.
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
5. ☐ IT IS ORDERED that a **hearing** be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is *(specify)*:
   b. The applicant should appear in this court at the following hearing to help resolve the conflict:

| Date: | Time: | Dept.: | Div.: | Room: |
|---|---|---|---|---|

   c. The address of the court is *(specify)*:
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

**NOTICE: If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.**

**WARNING: The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.**

Date: NOV 0 6 2007

DAVID L. BALLATI
Presiding Judge
☐ JUDICIAL OFFICER ☐ Clerk, by ________, Deputy

*(Clerk may GRANT in full a nondiscretionary fee waiver, see Cal. Rule of Court, rules 3.56.)*

Form Adopted for Mandatory Use
Judicial Council of California
FW-003 [Rev. January 1, 2007]

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS (Fee Waiver)**

Government Code, § 68511.3;
Cal. Rules of Court, rules 3.50–3.63
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

SUM-1(

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
Superior court of california San Francisco
atty Gary Lieberman
Rosellen akellan

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
Rozalina akellan
roberto akellan
Romeo akellan
daniel akellan

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want th court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER: (Número del Caso): CGC-07-468948

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE: *(Fecha)* NOV 06 2007 GORDON PARK-LI Clerk, by *(Secretario)* Jun Panelo, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 46

American LegalNet, Inc.
www.USCourtForms.com

LINA ABELLAN

# NDCData.com

**Single Property Profile**

| Property Location | Last Updated: 5/17/2007 | | | | |
|---|---|---|---|---|---|
| Address: | 101 CAMPBELL AVE | City: | SAN FRANCISCO | Zip: | 94134 |
| APN#: | 6206 -001 | Use Code: | Single Family Residence | County: | San Francisco |
| Driving Directions | | Tract | 0 | Census Tract | 264.02 |
| Zone: | RH1 | | | | |
| Map Page/Grid: | 68B/A2 | Legal Desc: | BLK 44 | | |

| Appraisal Tax Information | | | |
|---|---|---|---|
| Total Assessed Value: | 116,718.00 | Tax Amount: | 1,277.48 |
| Percent Improvement: | 61.04 | Tax Year: | 2006 |

| Current Owner Information | | | |
|---|---|---|---|
| Current Owner: | ABELLAN,RESTITUTO P & RUFINA | Owner Address: | 101 CAMPBELL AVE |
| City, State: | SAN FRANCISCO CA | Zip: | 94134 |
| Last Transaction: | | Deed Type: | |
| Amount: | 0 | Document | |

| Last Sale Information | | REVIEW DEED DOCUMENT | VIEW DEEDS |
|---|---|---|---|
| Transferred From: | | Seller Address: | |
| Sale Date: | | Prior Sale Date: | |
| Most Recent Sale Price: | 0 | Prior Sale Price: | 0 |
| Document Number: | | Prior Document No.: | |
| Document Type: | | Prior Document Type: | |

| Lender Information | | | |
|---|---|---|---|
| Lender: | | Full/Partial: | |
| Loan Amount / 2nd Trust Deed: | 0 / NA | Loan Type: | |

| Physical Information | | | | | |
|---|---|---|---|---|---|
| Building Area: | 1458 | # of Bedrooms: | 2 | Lot Size: | 1189 |
| Additional: | 0 | # of Bathrooms: | 1.00 | Year Built/Effective: | 1947 / 0 |
| Garage: | 0 | # of Stories: | 2 | Heating: | |
| First Floor: | 0 | Total Rooms: | 5 | Cooling: | |
| Second Floor: | 0 | # of Units: | 1 | Roof Type: | |
| Third Floor: | 0 | Garage/Carport: | yes / | Construction/Quality: | wood frame / 0 |
| Basement Finished: | 0 | Fireplaces: | | Building Shape: | irregular |
| Basement Unfinished: | 0 | Pool/Spa: | | View: | |

| Flood Data | | ? | FLOOD MAP | GET FLOOD DATA |
|---|---|---|---|---|
| Panel Date: | | Comm/Panel Number: | | Flood Zone: |

Copyright © 1998-2005 NDCData.com

Print/E Mail This Listing

Microsoft Virtual Earth 2006 Microsoft Corporation © 2006 NAVTEQ © AND

600 yds

**1613 CALIFORNIA AVE** **SAN PABLO** **94806-4777** **1601** **$350,000**

**RESIDENTIAL Detached** **New** **SP:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Dir:** | 23RD TO CALIFORNIA | **Bldr/A:** | | **Beds:** 2 | **# of Units:** | **SqFt:** 805 / Public Records | | |
| **Cross St:** | 23RD | **Model:** | | **Baths:** 1 / 0 | **%OwnOcc:** | | **$/SqFt:** | 435 |
| **D/N/S:** | SAN PABLO PROP | **Style:** | Cottage | **# Rms:** 5 | **Unit's Flr:** | | **Lot Ac:** | 0.07 |
| **TB Map:** | 588G4 | **Story:** | One Story | **Yr Blt:** 1926 | **TIC%:** | **Pool:** No | **Lot SF:** | 3150 |
| **Complex:** | | | | | **Const:** Existing | | | |
| **Unit Info:** | | | | | | | | |
| **Pets:** | Allowed - Yes | | | | | | | |
| **Sales Ofc:** | | | | **Subdiv:** | | | | |

***Features***

| | | | |
|---|---|---|---|
| **M Level:** | 2 Bedrooms, 1 Bath | | |
| **U Level:** | No Steps to Entry | **L Level:** | No Steps to Entry |
| **+ Rooms:** | No Additional Rooms | | |
| **Kitchen:** | Range/Oven Free Standing, Refrigerator | | |
| **Ba Non-Mstr:** | Shower Over Tub, Tile, Updated Baths | | |
| **Mstr Bath:** | Other | | |
| **Heat:** | Wall Furnace | **Fireplace:** | 0 / None |
| **Cool:** | Ceiling Fan(s) | | |
| **Garage:** | 0 / Side Yard Access, None | | |
| **Equipment:** | Other | | |
| **Flooring:** | Linoleum, Tile, Wall to Wall Carpeting | **Laundry:** | Hookups Only, In Laundry Room |
| **Lot:** | Level | **Wtr/Sewr:** | Sewer System - Public, Water - Public |
| **Exterior:** | Wood Siding | **Pool:** | None |
| **Roof:** | Composition Shingles | **Foundatn:** | |
| **View:** | Other | **Disabled:** | Other |
| **Yard Desc:** | Back Yard, Front Yard, Side Yard, Tool Shed | | |

***Schools***

**District:** West Contra Costa (510) 234-3825 **Elem:** Call School District **Jr Hi:** Call School District **Sr Hi:** Call School District

***Homeowner's Association***

**HOA:** No **Name:** **Fee:** **Pd:** **Trans Fee:** **Lit Pend:**

**Fee Inc:**

**Docs:**

**Ameni:**

***Remarks***

READY TO MOVE IN, NEW TILE FLOOR IN KITCHEN AND BATHROOM,NEW BATH TUB, NEW PAINT INSIDE & OUTSIDE, BIG BACK YARD AND A LONG DRIVE WAY.

| | | | | | |
|---|---|---|---|---|---|
| **Orig List $:** $350,000 | **Sale $/Orig $:** % | **Last List $:** 350,000 | **Sale $/Last $:** % | **Sale $/SF:** | **Market:** 7/9/2007 |
| | | | | | **Pend:** |
| | | | | | **COE:** |
| | | | | | **Off Mrkt:** |

Prepared By: FLORA REYES 07/14/200... © 2007 BEAR, CCAR, EBRD. This information is deemed reliable, but not guaranteed.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

FILED
Court of Appeal First Appellate District
OCT 29 2007
Diana Herbert, Clerk
By__________ Deputy Clerk

RIZALINA ABELLAN,

Petitioner,

v.

THE SUPERIOR COURT OF SAN FRANCISCO COUNTY,

Respondent;

ROSELLER ABELLAN, ET AL.,

Real Parties in Interest.

A119359

(San Francisco County Super. Ct. No. 280338)

BY THE COURT:

The petition for writ of mandate is denied.

Dated: OCT 29 2007 KLINE, P. J. P.J.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOR THE

FIRST APPELLATE DISTRICT

DIVISION TWO

FILED
Court of Appeal - First App. Dist.
JUN 1 - 2001
RON D. BARROW, CLERK
By ______ DEPUTY

RIZALINA ABELLAN,

Plaintiff and Appellant,

vs.

ROSELLER ABELLAN, et al.,

Defendants and Respondents.

A095079

San Francisco County

Super. Ct. No. 280338

BY THE COURT:

The "amended writ of mandate and prohibition or supersedeas to cure defect denied May 14, 2001 be restored or issued" and the "urgent" request for a stay are denied.

Dated ______________________

______________________ P.J.



CONTRA COSTA COUNTY
**Office of the District Attorney**
*Robert J. Kochly*
*District Attorney*

August 23, 2007

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

RE: Gary Libberman
Complaint No. 07-08-260

Dear Rizalina Abellan:

We have received your complaint about Gary Libberman.

The Contra Costa County District Attorney's Consumer Fraud Unit reviews consumer complaints looking for a pattern and practice of unlawful and unfair business activities. Where appropriate, we can institute informal, civil or criminal enforcement action. We are prohibited, however, from representing a private citizen who seeks the return of money or other personal civil remedies.

Your complaint will remain in our active files to compare with other complaints, if any, against Gary Libberman. If we determine that there is sufficient evidence of criminal conduct or unlawful business practice, we will take further action.

Very truly yours,

ROBERT J. KOCHLY
District Attorney

Ken W McCormick
Deputy District Attorney

KWM:ch

Special Operations Division
627 Ferry Street
Martinez, California 94553-1125

Consumer Fraud (925) 646-4620
Worker's Comp/Auto Insurance (925) 646-2585
Fax (925) 646-4683

Exhibit H

RECORDING REQUESTED BY:

Fidelity National Title

WHEN RECORDED MAIL TO:

RESTITUTO P. ABELLAN
RUFINA ABELLAN
101 CAMPBELL AVENUE
SAN FRANCISCO, CA 94134

SAN FRANCISCO, CA RECORDER'S OFFICE
Bruce Jamison, Recorder
DOC- E901287
FIDELITY NATIONAL TITLE
Tuesday, May 07, 1991 08:00:00am
Rec 5.00 --- Pg 5.00
Mic 1.00 --- Amt 9.00
TOTAL -> $9.00
REEL F370 IMAGE 0074

RECORDERS USE ONLY

ORDER NO.
ESCROW NO. 354760-MO

GRANT DEED (INDIVIDUAL)

The undersigned grantor(s) declare(s):

Documentary transfer tax: $ 0.00
(XXX) Computed on full value of property conveyed.
(XXX) Computed on full value less value of liens and encumbrances remaining at time of sale.
( ) Unincorporated area (XXX) City of SAN FRANCISCO
Tax Parcel No. 6206/1

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Restituto P. Abellan and Rufina Abellan, husband and wife, and Marilyn A. Abellan, an unmarried woman

hereby GRANT(S) to

RESTITUTO P. ABELLAN AND RUFINA ABELLAN, HUSBAND AND WIFE AS JOINT TENANTS

the following described real property in the city of SAN FRANCISCO County of , State of California:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

Dated April 18, 1991

Restituto P. Abellan
Rufina Abellan
Marilyn A. Abellan

STATE OF CALIFORNIA } s.s.
County of San Francisco }

On this 30th day of May, 19 91, before me, the undersigned, a Notary Public in and for said County and State, personally appeared RESTITUTO P. ABELLAN ---- personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same.

WITNESS my hand and official seal.

OFFICIAL SEAL
S. J. WALLER
NOTARY PUBLIC - CALIFORNIA
San Francisco County
My Comm. expires ... 13, 1994

Notary Public in and for said County and State (Notary Seal)

FD-100 (Rev. 1/89) MAIL TAX STATEMENT AS DIRECTED ABOVE

*Through the courtesy of* Fidelity National Title INSURANCE COMPANY

STATE OF CALIFORNIA )
County of San Francisco ) ss.

E901287

(Acknowledgement)

On this 1st day of May the year 19 91 before me, S. J. Waller, a Notary Public in and for the said County and State, residing therein, duly commissioned and sworn, personally appeared RUFINA ABELLAN and MARILYN A. ABELLAN

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s):

(☒ INDIVIDUAL) Whose name is subscribed to this instrument, and acknowledged that he (she or they) executed it.

(☐ CORPORATION) Who executed the within instrument as ______ president and ______ secretary, on behalf of the corporation therein named, and acknowledged to me that such corporation executed the within instrument pursuant to its articles and by-laws and a resolution of its Board of Directors.

(☐ PARTNERSHIP) That ______ executed the within instrument on behalf of the partnership, and acknowledged to me that the partnership executed it.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, in and for said County and State, the day and year first above written.

[signature]

Notary Public in and for said County and State of California

My commission expires: 6/13/1994

OFFICIAL SEAL
S. J. WALLER
NOTARY PUBLIC - CALIFORNIA
San Francisco County
My Commission Expires June 13, 1994

FD-1B

ANDREA ANGWIN
115 SIERRA DRIVE
WALNUT CREEK, CA 94596-4712

April 18, 2001

Rizalina Abellan
264 Faxton Avenue
San Francisco, CA 94112

RE: Abellan v. Reyes
#059729

Dear Ms. Abellan;

I received your request for the transcript of the proceedings which occurred 2/15/2001 in the above-entitled case in Department 30 of the Contra Costa Superior Court before the Hon. Diana Becton Smith.

The cost for preparation and delivery of the same is $11.00. Please submit a check to the above address. Enclosed you'll find an envelope for your convenience.

Thank you,

Andrea Angwin

ANDREA ANGWIN, CSR, RPR
Certified Court Reporter

# GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**

Name: RESTITUTO P. ABELLAN ESTATE
RUFINA ABELLAN ESTATE
Account Number: 0305395253
Home Phone #: (415)467-3017

**PROPERTY ADDRESS**

101 CAMPBELL AVENUE
SAN FRNCSC CA 94134

**GMAC Mortgage**

Visit us at www.gmacmortgage.com for account information or to apply on-line.

For information about your existing account, please call: (800) 766-4622.

For information about refinancing or obtaining a new loan, please call:
Nationwide, 24 hours (800) 753-4622
Or to find a branch near you (800) 888-4622

860803 10/19/07 12.30 0021774 20071019 GJ267106 GMACH 1 OZ DOM GJ26710000- 146316 GM
#BWNHJPY
#KW04287195746#

RESTITUTO P. ABELLAN ESTATE
RUFINA ABELLAN ESTATE
RIZALINA ABELLAN REPRESENTATIVE
264 FAXON AVE
SAN FRANCISCO CA 94112-2214

Please verify your mailing address, borrower and co-borrower information Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side

**DO NOT PAY, AMOUNT WILL AUTOMATICALLY BE DRAFTED FROM YOUR ACCOUNT**

## Account Information

| | |
|---|---|
| Account Number | 0305395253 |
| Current Statement Date | October 18, 2007 |
| Maturity Date | May 01, 2023 |
| Interest Rate | 7.50000 |
| Current Principal Balance* | $94,967.65 |
| Current Escrow Balance | $400.12 |
| Interest Paid Year-to-Date | $5,493.31 |
| Taxes Paid Year-to-Date | $638.74 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $999.88 |
| Subsidy/Buydown | $0.00 |
| Escrow | $181.71 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $590.80- |
| Total Amount Due | $590.79 |
| Account Due Date | November 01, 2007 |

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Receipt | 10/01/07 | 10/12/07 | $590.80 | | | | | | $590.80 |
| Principal Curtailment | 10/01/07 | 09/28/07 | $0.01 | $0.01 | | | | | |
| Payment | 10/01/07 | 09/28/07 | $590.79 | $403.81 | $596.07 | $181.71 | | | $590.80- |
| Receipt | 09/01/07 | 09/14/07 | $590.80 | | | | | | $590.80 |
| Principal Curtailment | 09/01/07 | 08/31/07 | $590.80 | $590.80 | | | | | |
| Principal Curtailment | 09/01/07 | 08/17/07 | $0.01 | $0.01 | | | | | |
| Payment | 09/01/07 | 08/17/07 | $590.79 | $397.63 | $602.25 | $181.71 | | | $590.80- |
| Receipt | 08/01/07 | 08/03/07 | $590.80 | | | | | | $590.80 |
| Principal Curtailment | 08/01/07 | 07/20/07 | $0.01 | $0.01 | | | | | $0.01- |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

See back for automatic payment sign-up information and other payment options.

## Important News

Pay down debt! Fund a home improvement project or tuition! Call the number above to apply for a Home Equity Line or Loan!

STATE OF CALIFORNIA Steve Poizner, *Insurance Commissioner*

**DEPARTMENT OF INSURANCE**
CONSUMER SERVICES AND MARKET CONDUCT BRANCH
CLAIMS SERVICES BUREAU
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov

November 09, 2007

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

**Department of Insurance File Number: CSB - 6289343**
Regarding: Fire Insurance Exchange

Dear Ms. Abellan:

Thank you for contacting the California Department of Insurance. We received your request for assistance and have sent the insurance company an inquiry.

So that you may anticipate what will happen with your file, the following is a brief explanation of the complaint review process:

- If you have given permission to do so, we have furnished the insurance company with a copy of your request. This is because you are best able to explain your problem. If you have not given permission, your concerns have been paraphrased and summarized for the insurance company's response.

- The insurance company will re-evaluate its handling of your claim and will respond to both you and the Department. Insurance laws provide the insurance company with twenty-one days to respond to the Department's letter, although this period may extend a few days longer, taking into account mailing times.

- If the insurance company acknowledges that a mistake has been made by the insurance company, it will correct what is wrong because it is the insurer's responsibility to correct its mistakes.

- If the insurance company takes a position unfavorable to you, we will determine if it has adequate legal or contractual support for its position. We will also determine if the insurer has complied with applicable California insurance laws, but the regulatory process of ensuring compliance is a separate function from our trying to resolve your insurance problem.

We will make every effort to complete our investigation process quickly. However, due to the complexity of some claim issues, we may need to communicate several times with the insurer and conduct research into disputed points. This may result in your file being open sixty days or longer, but please be assured that your concerns are important to us. We will advise you of our findings when we conclude our investigation.

Often, disputes of this nature deal with questions of fact or law that the Department of Insurance may not be empowered to resolve. While **this Department does not have the legal authority to determine the amount of damages you may recover as a result of your claim or decide matters of legal liability**, we understand your concerns and are making every effort to gather information and evaluate the circumstances of your complaint. If your issue is not resolved by our intervention, we will advise you of any alternative avenues you can take to attempt a positive resolution to your complaint.

Department of Insurance
Claims Services Bureau
Department of Insurance File Number: CSB - 6289343
November 9, 2007

We hope the information contained in this letter is useful and will help you understand the complaint review process. Again, thank you for contacting us with your concerns.

Sincerely,

L. Tran
Associate Insurance Compliance Officer
Ph 213.346.6567
Fx 213.897.5891
Em TranL@insurance.ca.gov

Please refer to our file number on all correspondences.

MC-950

| | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER: atty Gary Selberman | 280338 |
| DEFENDANT/RESPONDENT: Rosilia Arellano | |
| OTHER: Rezalina Arellano | |

**PROOF OF SERVICE BY FIRST-CLASS MAIL**

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify)*:
Patricia Honan 264 taxon Ave. S F. Ca. 94112

2. I served copies of the *Notice of Limited Scope Representation* (form MC-950) by enclosing each of them in a sealed envelope with first-class postage fully prepaid and *(check one)*:
   a. [X] deposited the sealed envelopes with the United States Postal Service.
   b. [ ] placed the sealed envelopes for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. Copies of the *Notice of Limited Scope Representation* (form MC-950) were mailed:
   a. on *(date)*: 1/14/08
   b. from *(city and state)*: San Francisco california 94112

4. The envelopes were addressed and mailed as follows:

   a. Name of person served: atty: Gary Selberman
   Street address: 105 South Hill Rd suite I
   City: novato calif 94947
   State and zip code:

   b. Name of person served: Superior court of calif. 400 mcallister St
   Street address: S.F. calif 94102
   City:
   State and zip code: S.F. CA. 94102

   c. Name of person served: Honorable Judge cline
   Street address: 350 mcallister St.
   City:
   State and zip code: S.F. Ca. 94102

   d. Name of person served: Hon. Judge [illegible]
   Street address: 350 mcallister st.
   City:
   State and zip code: S.F. calif. 94102

[X] Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing and all attachments are true and correct.

date 1/14/08

Respectfully Submitted
Rezalina Arellano

# NAMES AND ADDRESSES OF PERSONS NOTICE WAS MAILED

1. Rizalina Abellan, Daughter, adult, 264 Faxon Street, San Francisco, Ca 94112
2. Antonio Abellan, Son, adult, 57 Luassane Avenue, Daly City, Ca 94014
3. Restituto Abellan, Sr., son, adult, 23246 Jorgensen Lane, Hayward, Ca 94541
6. Rosevilla Galzote, daughter, adult, 101 Pope Street, San Francisco, Ca 94112
7. Romeo Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134
8. Roseller Abellan, son, adult, 13400 Twin Cities Road, Herald, Ca 95638
9. David Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134
10. Marilyn Abellan, daughter, adult, 2184 Pyramid Dr., Richmond, Ca 94803
11. Rosemary Abellan Bautista, daughter, adult, 101 Campbell Ave., SF. Ca 94134
12. Pepsi Abellan, daughter, adult, 340 Naple Street, San Francisco, CA 94112
13. Alicia Abellan Levita, daughter, adult, 19-A 11th Str. West Rembo., Manila, Philippines
14. Gary Lieberman, attorney, 60 East Sir Francis Drake Blvd, S-286, Larkspur, California 94939
15. Superior Court, 400 McAllister Street, San Francisco, Ca 94102

Date 1/14/08

Respectfully Submitted
Rizalina Abellan
In Propia Persona
415-992-1853

Rizalina Abellan
Roberto Abellan
Romeo Abellan
David Abellan
[illegible] St. S.F. Ca. 94124

Superior Court of California
400 McAllister St.
California 94102

ENDORSED FILED
San Francisco County Superior Court
NOV 07 2007
GORDON PARK-LI, Clerk
BY: MARY ANN MORAN, Deputy Clerk

Rizalina Abellan
Roberto Abellan
Romeo Abellan
David Abellan

Plaintiffs

VS

Superior Court Probate Dept
Atty. Gary Feldman
Rosita Abellan

[illegible] 846848 in Ref. to Case No. Case No. 280308 A-119359 A-124387

Notice of Hearing motion to vacate 280308 Notice to Vacate "Fraud" C.C.P. 3294 Larceny P.C. 487 P.C. 487(c)(b) C.C.P. 581(d) [illegible] C.C.P. 47 6.50 and C.C.P. 664.6 Relief C.C.P. 473 473(d)

Hearing Date 12/6/07 9:30 AM Dept 302

Rizalina Abellan Trustee Representative does not consent for Notice to Vacate it is illegal and Fraud C.C.P. 3294, 3294 Larceny [illegible] to illegal taking [illegible] July 14, 2003 and [illegible] [illegible] Rosita Abellan the atty Gary Feldman [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] to [illegible] and [illegible] and [illegible] of [illegible] Superior Court [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] illegal [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] possession, Taking illegal

court of appeals lacks jurisdiction as to remand. Because it was adjudicated and sabotage as required by judgment of 3 appeal judges [illegible] on the merit. It was filed and appealed for Petition for Review at the Supreme Court on Nov. 5 2007. as to plausible error on affirmation judgment was already done. Supreme Court Judge [illegible] is corrupt and attorney [illegible] subject to be debarred to State Bar for violations of Bus. and Prof. code, illegal taking of two properties, 1609 [illegible] fraud [illegible] [illegible] 101 [illegible] as corrupt and [illegible] not accept defeat as corrupt [illegible] [illegible] [illegible] Respondent [illegible] Exhibit A to 8 alphabetically [illegible]

Wherefore I pray for the [illegible]

1. [illegible] damages of $ [illegible]
2. Punitive damages of $ [illegible]
3. [illegible] $1,500,000
4. [illegible] $1,000,000
5. [illegible] the court [illegible]

I declare under penalty of perjury under the laws of [illegible] that the foregoing [illegible] is true and correct [illegible]

Respectfully submitted
[illegible]

Rizalina Abellan
264 Faxon Avenue
San Francisco, CA 94112

CASE MANAGEMENT CONFERENCE SET

APR 0 4 2008 -9AM

DEPARTMENT 212

Superior Court of California

400 McAllister Street

San Francisco, CA 94112

Rizalina Abellan

Abellan

Vs.

The Superior Court of California

~~Probate Department~~

Atty. Gary Lieberman

Roseller Abellan

Case No CGC-07-468948

Dismissal of Notice

To Vacate Fraud

C.C.P. 3399 and 3294

C.C.P. 581 (d) (e) Estoppel

CCP 426.50 C.C.P. 426

Larceny P.C. 449, PC 50

487 (c) 487 (b) P.C. 494

Relief as to c.c. p 473, 473 (d)

I, Rizalina Abellan and its Remainders request to abate notice to vacate letter November 01, 2007 be dismissed based on the following:

1. Superior Ruling is illegal and improper and abuse its discretion or in excuse of Jurisdiction see: Clavey v. Lord (1891) 87C 413 419, 25 p. 493 also Wilder v. Wilder (1932) 214, 763, 7p 3d 113 Court lost jurisdiction upon issuance of superseded. Remititur July 14, 2003 oral

SUM-100

# SUMMONS
# (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

Superior court of california San Francisco
atty Gary Lieberman
Rosellen abellan

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

Rozalyn abellan
Roberto abellan
Romeo abellan
Daniel abellan

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER: (Número del Caso): CGC-07-468948

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE: NOV 06 2007
*(Fecha)*

Clerk, by Jun Panelo, Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
Rizalina Abellan
264 Faxon ave. S.F. Ca. 94112

ATTORNEY(S) FOR

U.S. DISTRICT COURT of Northern Calif. COUNTY OF San Francisco 94102

Rizalina Abellan et al
Remainders Roberto Romeo Paul Abellan
PLAINTIFF(S)

vs

Superior Ct. of California
atty Gary Lieberman)
Farmers Insurance Co
DEFENDANT(S)
miss Phoebe Kwong.
San Francisco Sheriffs Dept.

CASE NUMBER
CGC 8746848

**PROOF OF SERVICE BY MAIL**
**—CCP 1013a, 2015.5**

I declare that: I am Robert V. Roth

I am (a resident of/employed in) the county of 71 Tioga St. S.F. Ca. 94134, California.
(County where mailing occurred)

I am over the age of eighteen years and not a party to the within cause; my (business/ ) address is: Arleta and Bayshore 7-Eleven San Francisco Calif. 94134

On 1/14/08 (Date), I served the within case no CGC-97-468948 complaints on the .........

in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Leland St Post Office 94134 addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 1/14/08 (Date), at San Francisco (Place), California.

Robert V. ROTH
(Type or Print Name)

[signature]
(Signature)

MC-950

| | |
|---|---|
| PLAINTIFF/PETITIONER: Rizalina Abellan. Joinder | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Roberto, Romeo Daniel Abellan- | CGC. 87-46848 |
| OTHER: Superior ct. of calif. | |

atty Gary Lieberman, Phoebe Ladong, Farmers Ins. co. Sheriffs dept. of S.F. Calif.

## PROOF OF SERVICE BY FIRST-CLASS MAIL

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify)*:
Robert v. Roth 71 Tioga St. S.F. Ca. 94134

2. I served copies of the *Notice of Limited Scope Representation* (form MC-950) by enclosing each of them in a sealed envelope with first-class postage fully prepaid and *(check one)*:
   a. [X] deposited the sealed envelopes with the United States Postal Service.
   b. [X] placed the sealed envelopes for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. Copies of the *Notice of Limited Scope Representation* (form MC-950) were mailed:
   a. on *(date)*: 1/14/08
   b. from *(city and state)*: where it was mailed

4. The envelopes were addressed and mailed as follows:
   a. Name of person served: Miss Phoebe Ladong
   Street address:
   City: castro valley calif.
   State and zip code:

   b. Name of person served: San Francisco Sheriffs dept. Rm. 456 city hall
   Street address: city at Polk St. S.F "civil division"
   City: calif.
   State and zip code: 94102

   c. Name of person served: Superior court of calif. Probate dept.
   Street address:
   City: S.F.
   State and zip code: calif. 94102

   d. Name of person served: Farmers Insurance Farmers national document center
   Street address: P.O. Box 268994
   City: oklahoma city oklahoma
   State and zip code: 73126-8994

E. atty Gary Lieberman 1615 Hill Road novato calif. 94947

[X] Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing and all attachments are true and correct.

Date: 1/14/08

Robert V. Roth
(TYPE OR PRINT NAME OF DECLARANT)

▶ [signature]
(SIGNATURE OF DECLARANT)