[Clear Form]

FILED
JAN 14 2008

CV 08    0252    BZ

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Rizalina Abellan,
Roberto, Romeo + David
abellan, Jaindi J
                    Plaintiff,

CASE NO. CGC- 97-468-998

vs.

Superior court of Calif.
atty. Gary Pisthaman
Hodmins Eng. Fielfey
Sheriffs Dept. of S. F. San
Paul Kwong
                    Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Rizalina Abellan, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1550.00    Net: Same

Employer: Retired - AOA

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | $1550

3 | 

4 | 

5 | 2.   Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a.    Business, Profession or    Yes ___ No ✗
8 |           self employment?

9 |     b.    Income from stocks, bonds,    Yes ___ No ✗
10 |           or royalties?

11 |     c.    Rent payments?    Yes ___ No ✗

12 |     d.    Pensions, annuities, or    Yes ___ No ✗
13 |           life insurance payments?

14 |     e.    Federal or State welfare payments,    Yes ✓ No ___
15 |           Social Security or other govern-
16 |           ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | Pension
20 | 

21 | 3.   Are you married?    Yes ___ No ✗
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.    a.    List amount you contribute to your spouse's support: $ _____
27 |     b.    List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1        children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2   P. H.

3   I. H.

4 5.   Do you own or are you buying a home?   Yes ___ No ___

5 Estimated Market Value: $ 640,000 in   Amount of Mortgage: $ 510,179

6 6.   Do you own an automobile?   Yes ___ No ___

7 Make BMW   Year 1986   Model Sedan

8 Is it financed? Yes ___ No X   If so, Total due: $ ___

9 Monthly Payment: $ 0

10 7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11 Name(s) and address(es) of bank: Wells Fargo - West Portal

12 St. S.F. Calif

13 Present balance(s): $ negative Balance

14 Do you own any cash? Yes ___ No ___ Amount: $ ___

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)   Yes ___ No X

17 _____

18 8.   What are your monthly expenses?

19 Rent: $ 2,179.00   Utilities: 150.00

20 Food: $ 200   Clothing: 50.00

21 Charge Accounts:

22 **Name of Account**     **Monthly Payment**     **Total Owed on This Account**

23 Citibank   $ 450.00   $ 5500.00

24 Capital One   $ 75.00   $ 450.00

25 Children's Place   $ 30.00   $ 120.00

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 _____

- 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes __✓__ No ____
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _case no 280338 on appeal a portion_
7  _of notice to vacate - Property at S.F. Ca. 101 campbell_
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _1/14/08_                                _T& Jacline Hallan_
12      DATE                                    SIGNATURE OF APPLICANT