UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rizalina Abellan,<br><br>    Plaintiff(s),<br><br>v.<br><br>Superior Court of California,<br><br>    Defendant(s).<br>_____ / | No. C08-0252 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/29/08

Signature: Rizalina Abellan

Counsel for: Pro se
(Plaintiff, Defendant, or indicate "pro se")

n:\forms\consent-decline.frm

MC-950

| PLAINTIFF/PETITIONER: Rizzalina Abellan et al. | CASE NUMBER |
| DEFENDANT/RESPONDENT: Superior court of cal. atty. Harry | C08-0252 B2 |
| OTHER: Sukuman Farmers Insurance Phoebe Kwong and Sheriff Dept. 456 S.F. Calif. | |

**PROOF OF SERVICE BY FIRST-CLASS MAIL**

1. I am at least 18 years old and **not a party to this action**. I am a resident of or employed in the county where the mailing took place, and my residence or business address is (specify): Robert Roth 71 Tioga St San Francisco Calif. 94134

2. I served copies of the *Notice of Limited Scope Representation* (form MC-950) by enclosing each of them in a sealed envelope with first-class postage fully prepaid and (check one):
   a. [X] deposited the sealed envelopes with the United States Postal Service.
   b. [X] placed the sealed envelopes for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. Copies of the *Notice of Limited Scope Representation* (form MC-950) were mailed:
   a. on (date): 1/29/08
   b. from (city and state):

4. The envelopes were addressed and mailed as follows:
   a. Name of person served: Superior court, Calif. Probate Dept. S.F. CA 94102
      Street address:
      City:
      State and zip code: Calif. 94102
   b. Name of person served: atty. Gary Sukuman, 1615 South Hill Road Novato
      Street address:
      City:
      State and zip code: Calif. 94947
   c. Name of person served: Miss Phoebe Kwong
      Street address: 18819 Crest Ave. East
      City: Vallejo city Calif. 94546
      State and zip code:
   d. Name of person served: Farmers Insurance co. document div. Oklahoma
      Street address: city
      City: Oklahoma 73126-8994
      State and zip code:

[X] Names and addresses of additional persons served are attached. (You may use form POS-030(P).)
Sheriffs Dept. 456 fl. City Hall S.F. Calif. 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing and all attachments are true and correct.

Date: 1/29/08

Robert Y Roth
(TYPE OR PRINT NAME OF DECLARANT)

▶ [signature]
(SIGNATURE OF DECLARANT)

## NAMES AND ADDRESSES OF PERSONS NOTICE WAS MAILED

1. Rizalina Abellan, Daughter, adult, 264 Faxon Street, San Francisco, Ca 94112

2. Antonio Abellan, Son, adult, 57 Luassane Avenue, Daly City, Ca 94014

3. Restituto Abellan, Sr., son, adult, 23246 Jorgensen Lane, Hayward, Ca 94541

6. Rosevilla Galzote, daughter, adult, 101 Pope Street, San Francisco, Ca 94112

7. Romeo Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134

8. Roseller Abellan, son, adult, 13400 Twin Cities Road, Herald, Ca 95638

9. David Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134

10. Marilyn Abellan, daughter, adult, 2184 Pyramid Dr., Richmond, Ca 94803

11. Rosemary Abellan Bautista, daughter, adult, 101 Campbell Ave., SF. Ca 94134

12. Pepsi Abellan, daughter, adult, 340 Naple Street, San Francisco, CA 94112

13. Alicia Abellan Levita, daughter, adult, 19-A 11th Str. West Rembo., Manila, Philippines

14. Gary Lieberman, attorney, 60 East Sir Francis Drake Blvd, S-286, Larkspur, California 94939

15. Superior Court, 400 McAllister Street, San Francisco, Ca 94102

16. United States District Court 450 Golden gate ave. S.F. Calif. 94102

17. The Sheriffs Dept. 456 flr. City Hall. S.F. Ca. 94102

18. Miss Phoebe Kwong 18819 crest ave. Castro Valley Calif 94546

19. The Farmers Ins. Co. document division Oklahoma city Oklahoma

20. The Honorable Judge Cline 350 McAllister ave. S.F.Ca. 94102

21. The Honorable Judge Ronald George 350 McAllister St. S.F. Ca. 94102

Dated 1/29/08

Rizalina Abellan
Proper

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

January 22, 2008

To:   Rizalina Abellan
      264 Faxon Ave
      San Francisco, CA 94112

Re: Rizalina Abellan v. Superior Court of California, et al. - C08-0252 BZ

To Whom It May Concern:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for **April 28, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

Enclosed please find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:   /s/ Lashanda Scott
      Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTPROPER.LTR.wpd