UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rizalina Abellan,

    Plaintiff(s).

    v.

Superior Court of California,

    Defendant(s).
_____/

No. C08-0252 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **April 28, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: February 1, 2008

                      Richard W. Wieking, Clerk
                      United States District Court



By: Lashanda Scott - Deputy Clerk to Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,

        Plaintiff,

 v.

SUPERIOR COURT OF CALIFORNIA et al,

        Defendant.

Case Number: CV08-00252 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

Dated: February 1, 2008

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk