p. 1

1  Rizalina Abellan

2  264 Faxon Avenue

3  San Francisco, CA 94112

*FILED*
*FEB - 5 2008*
*NORTHERN DISTRICT COURT*
*CLERK, U.S. DISTRICT*
*RICHARD W. WIEKING*
*DISTRICT OF CALIFORNIA*

4              The District Court of California

5                   450 Golden Gate Avenue

6                   San Francisco, CA 94102

7                              *Case no- CO8-0252*

8  Rizalina Abellan                Case No. CGC-97-468948

9  Appellant / Plaintiff           *First* ~~Second~~ Amendment Complaint

10      Vs.                        P.C. 548(a) I(e)(c)

11  Superior Court of California    Insurance Code 1871.4 (57 c a

12  Atty. Gary Lieberman            4th 151) Ins. Code 1871.7(b)

13  Roseller Abellan                Reg. Section 25.2702-5 (c)(4)

14  Sheriff Dept. of San Francisco  Probate Code 21306, 21307

15  Farmers Insurance               P.C. 494 & 495 Probate Code

16  Phoebe Kwong                    Section 8201, C.C.P. 1209 (a)

17                                  5 as to possession.

18

19

20      Here comes Rizalina Abellan alleges Destruction of Insured

21  Property P.C. 548 was amended in 1988.  This offense is

22  punishable by imprisonment for 2, 3 or 5 years and a fine of

23  $50,000.00 P.C. 548a.  Theft was also done, taking mortgage

24  illegally without consent, with interference to use and transfer

25  P.C.  484(e) (I) or P.C. 484 (e) (c) and (a) relettered intent

    to defraud from another or legal owner as acquiring knowledge to

        - 1 -

1  mislead Rizalina Abellan, P.C. 484, e(1) as to the Doctrine of
2  Relation back applies as the Grantee was in Possession of the
3  property during the grand theft and mortgage loan fraud as those
4  violates non-performance of contract as to executor void fraud.
5  Losses in 2001, 2002 and affirmed 2003, loss for interference
6  in February, 2001 under Judge Diane Becton Smith. That's why I
7  received supersedea and should be dismissed and requested
8  dismissal relief for damages that were filed. As to RICO Act,
9  obstruction of justice, Title VII, violation of Equal Protection
10 to the Law under the 14th amendment, violation of Insurance Code
11 1871.4 (57c a 4th 151) as to bona fine claim as subject to civil
12 penalties of $10,000.00 as assessment of three (3) times the
13 amount of each claim assessment, Insurance Code 1871.7 (b) as I
14 am entitled for payment lost by Insurance Co. in the amount owed
15 as to contract and not paid violates breach of contract times
16 thee (3)x of the amount of comparable value of $349,000.00 as
17 amounting to $1,047,000.00 as defrauded and contractual breach
18 that the Farmers Insurance should perform and negligence of the
19 company occurred. As I am the Grantee involved and payor of my
20 personal property under the Law of California, Trust on Inter
21 vivos, Trust non-Probate status as to Title, see: Bailey v.
22 Security Trust Co. (1919) 179 Cal. 540, 548, 177 p. 444. See:
23 Fitch and v. Bunch (1866) 30 Cal. 208 212, Rockefeller v. Smith
24 (1930) 104 Cal. App. 544, 547, 286 P. 487. The subject of an
25 escrow may be a deed as I won that was acted by the defendant

1 Gary Lieberman, a vicious, vexatious and corrupt lawyer
2 involving a fraudulent schemes of transaction of sale, grand
3 theft to mortgage with the help of a broker, mortgage company
4 and title company that the insurance refused to investigate.
5 Defendants also violates Penal Code 550, Insurance Code 1871.4
6 for 1st conviction 1 to 2 years penalty of \$10,000.00 up to three
7 (3) times as to contract insurance c. 1871 (b) amended 1995.
8 Both the Defendant Attorney Gary Lieberman, Insurance Co. and
9 Superior Courts breached their covenant of Good Faith and Fair
10 Dealings subject to damages for breach of implied covenant.
11 Property affected by the breach bore at the time of the grant to
12 the value of the whole property, expense, interest for the time
13 which the grantee derived the benefit, not exceeding 4 years and
14 defending possession of the property. Civil Code section 3305
15 as to consequential damages according to proof and interest,
16 Civil Code section 3306 as to breach of real estate contract.
17 This contract violating or covenants in conveyance Civil Code
18 sub-section 1461-1463, recission and damages for breach sub-
19 section 3304, 3305 as to price paid x3 times expenses and
20 interest as to Civil Code section 1113 as to warranties. Civil
21 Code sub-section 1461-1463 as to quiet enjoyment,          and
22 right to convey as actual knowledge of Grantee, Rizalina
23 Abellan. That this conspirators should be punished and jailed
24 for their offenses, conspiracies, corruption and abuse.
25 Plaintiffs and Joinder request sanctions for defiant and

- 3 -

1   misleading act, sanction for no-contest clause, see: Section
2   21303.   It sets forth as enforceable to beneficiary who contest.
3   Because claims violates testator's intent, it defeats the
4   purpose, a claim of creditors did not  fall also within
5   creditor's claim exception, Prob. Code 21305 (a) as illegal.
6   Revoke as devises will be disposed of as the contesting devise
7   is predeceased "without issue." are added to the clause as a
8   deterrent for executor's who is illegal, contesting that they
9   cannot do as to no-contest clause that they should obey as a
10  greater deterrent of corrupting  and abusing the will that these
11  Rule of Law.   They violated  to willful corrupt intent as to
12  anti-lapse statute probate code section 21110 (a) will be given
13  $1.00 to dispose of as disinherited for violation.   Also
14  distribution from the trust to the other person is prohibited,
15  regulation section 25.2702-5 (c) (4), prohibits distribution of
16  corpus to any beneficiary.  This regulation do not entitle any
17  beneficiary of any amount of money other than the Plaintiff,
18  Rizalina Abellan, as I am the term holder within 21 years before
19  the expiration of the retained interest. These are stress*ful*
20  depressi*on*that are done to us by these court, abusing me before
21  trial, putting me to jail, abusing me inside the jail for a week
22  even though they don't have jurisdiction.  What kind of Judge is
23  this. So corrupt, vindictive, without cause, illegal, egregious
24  and all bad things he does to human beings as I experienced in
25  court and other case that I observed in court.  They have to go

- 4 -

1  to jail because of enormous violation, worst than contempt, a 5-
2  year jail term is not enough as what we suffered for 7 years as
3  to their corruption, fraud and misleading offense.  These people
4  are so unfortunate. Those  who should protect the constitution
5  were the ones who violated it.  This is human rights violation,
6  property and liberty violation.  Warrantless arrest is an
7  illegal thing in the eyes of the law and order, a Human Rights
8  violation of the world order as far as we are concerned.
9  Unconscionable tactic of deception and corrupt abuse of all
10 concerned conspirators under the RICO Act.  Breaching the
11 contract to gain advantage as deceitful as to violation of our
12 Constitutional Freedom of property, liberty and obedience to the
13 law were violated as to warrantless arrest,  all these rights
14 were  continued  subjected to future threat and future violation
15 and obstruction of justice for 8 years running.  That is why I
16 am asking as these are the testator's intent by Rule of Law so
17 any beneficiary who claimed is barred of any amount of money,
18 Regulation section 25.2702-5 (c)(4) so the Superior Court
19 violated the law in authority, the sale, taking rents, abusing
20 the term holder, the Remainders of giving illegal Notice to
21 Vacate.  They disregarded me the Remainders who are qualified to
22 live in the house  with my consent as also bound by Law of
23 Succession as Qualified Residential Trust.  We are abused by the
24 Court and Attorney Lieberman for 8 (eight) years now.  That is
25 why I will fill a government claim for tort, criminal offense

1 that they knew willfully due to undue influence, violation of
2 bribery statute, breach of contract, malicious and frivolous
3 lawsuit, negligence as to covenant of good faith and fair
4 dealings, violation of no-contest clause and property regulation
5 section 29.2702-5 (c) (4), stealing rent, grand theft to
6 mortgage taking, selling property without consent as to
7 concealment and misleading plaintiffs and remainders. We are
8 fighting for seven (7) years. I become destitute right now, my
9 FICO score is 500 low due to these corrupt and abuse defendant.
10 I was not able to pay my house payment and all my bills due to
11 filing costs and fees. I am demanding a Jury Trial so as the
12 people can judge in their own eyes what they do to humanity, on
13 people like us, so common that we are taken for granted as to
14 years of abuse. That they refuse to falter just for the money
15 and rights that they never own. The issue is so grave that it
16 needs public importance to the citizens of the State and world.
17 It is a threat to the justice order or the law that they should
18 obey and they deserve to be punished to the full extent of the
19 crime committed that will serve as a deterrent for future
20 violations as I am disregarded Prose Litigant and violated and
21 abuse of our rights and freedom under the constitution. I
22 refuse to pursue A.D.R. as I did not suggest it. The Clerk of
23 Court did it and I refused to have this procedure, ADR and
24 request for a Trial Judge to handle my case and my Jury demand
25 should be approved based on justiceability as the evidence prove

- 6 -

1  as this case will help transform this State or country to peace,
2  tranquility, equality to the law and order,  as to public policy
3  and public interest.

4     Beneficiary had no probable cause, nor court to decide
5  under Probate Code section 2132 (b), Probate Code 21306, 21307
6  does not have safe harbor as the will, it has provision of no-
7  contest clause, plus there is a term limit under the Law of
8  Perpetuties of 21 years that were violated.  Succession, too, as
9  to next term of 21 years for the Remainders in which subject to
10 Qualified Residential Trust that I authorized as to owner and as
11 to my term of 21 years or a nominal devise may be a part of the
12 valid disinheritance clause because of the Wills of the Decedent
13 or myself exercising the intent of inter-vivos disinheritance
14 provision or no contest clause, that the defendant Superior
15 Court Attorney Lieberman, Roseller Abellan that were violated
16 because they have no rights to any property, a non-probate
17 status under the joint tenancy of community property.  They
18 don't have jurisdiction of the courts, attorneys, juries in rem
19 or in personam as they are disinherited under the will "without
20 issue."  For violation as the will of my parent suggests and in
21 which I invoke, too, as to no consent from me, vexatious,
22 egregious as to corruption and abuse as against the law,
23 violates Law of Respondeat Superior, RICO Act, Title VII,
24 section 1981, 1983 race, color,     as proper, A.D.A., Equal
25 Justice to Justice Act, 14th amendment C.C.P. 170.1, 170.6,

- 7 -

1  170.7, Cannons 1,2,3 of Judicial Codes and Statutes as to their
2  breach of contract, vexatious negligence as to malpractice
3  beyond reasonable doubts, defiant and willful for their crime a
4  to undue influence of corruption of all concerned defendants who
5  are without remorse to their crime which they take for granted.

6       As Judgment notwithstanding the verdict, had filed appeals
7  on Nov. 26, 2007 to issue extraordinary Writ of Prohibition, a
8  Writ of Possession as they don't have rights to any property,
9  interfered for 8 years now, stole the rent, harass the renter,
10 took mortgage loans, started to tear down the house and demolish
11 the house to lower the value. Egregious corruption of Judge
12 John Dearman and Attorney Lieberman, Phoebe Kwong who knows that
13 it was contested by us. They all know that it is fraud, but
14 still they don't care. That is why it cannot be resolved by
15 ADR. I demand Jury because these people should be punished for
16 5 years jail time as restitution for damages they do to the
17 lives of people in California, to my family, to my finances and
18 expense to my health and well-being that I suffered,
19 unconscionable act of reckless disregard for willful intent to
20 defraud. That this matter involve are of public and general
21 interest to the People of the State of California and that it
22 requires a speedy resolution thru a Jury Trial as to present
23 question of law. It was decided but sabotaged and corrupted.
24 There is urgent need for resolution for their lawlessness,
25 corruption with the media, intervention for uniformity of the

- 8 -

1  decision within the state as for publication to news media for
2  the public to know as relief were sought in the Lower Court
3  opposed or rejected and were ignored on April 3, 2007, Aug. 14,
4  2007.  Opposition filed, rejection filed were amended, were
5  futile and sabotaged.  Issuance of Summary Denials on the merits
6  were ignored by Judge John Dearman as I asked for Stay Order of
7  Notice to Vacate were all futile as sabotaged. Aside from that,
8  they used my brother, Roseller to lock the property at 101
9  Campbell on December 15 and December 22, 2007 up to the present.
10 My other three (3) brothers were forced to stay with me.  They
11 slept in my sofa and on the floor.  In November, they slept in
12 my van and David, who is disabled, caught the flu for 3 weeks
13 and also Romeo, who is also A.D.A.  These are results of the
14 egregious attitude of the lawyer.  He knew his mistakes and also
15 he deceived Roseller, who don't know the law and  his rights
16 whether he is entitled or not.  He and courts misled my brother,
17 Roseller and myself as a Plaintiff. Romeo, Roberto and David are
18 also misled and used tactics of abuse like RICO Act, undue
19 influence using the Sheriffs Department to issue these illegal
20 Notice to Vacate.  The Lower Court, Probate Department is barred
21 forever as to Estoppel.   Lost in court, based on contract,
22 interference under Judge Diana Becton Smith who issued in
23 February 2001.  Supersedea was issued by Court of Appeals on
24 June, 2001, Remititur issued by Court of Appeals, March 2002,
25 Affirmance in 2003 by the Court of Appeals, Summary Denials on

1 | the merits, all courts has no jurisdiction. Now I have to ask
2 | for Summary Judgments

3 | These require sanction Attorneys discipline provisions in Bu.
4 | Prof. Code section 61036 as he knew the fact that he violated
5 | the Law of Property, Probate Code, section 15687 as to dual
6 | compensation acting as Trustee when he is not. As the agreement
7 | as a Trustee was made to my benefit, Prof. Code section 21700
8 | (a) (5) Kalmanoucitz v. Bitting, 43 Cal. App. 45h 311, 50 Cal.
9 | Rptr. 2d. 332, (1st Dist. 1996) Beneficiary named in the Will
10 | Probate, code section 8200 and request the Court of production
11 | of the Will Probate Code section 8201.

12 |      The Attorney, the Superior Court are liable for alteration
13 | of the Will as they are obligated including Phoebe Kwong, an
14 | illegal buyer, Attorney Lieberman, Farmers Insurance Company as
15 | Fiduciary duties were breach of contract of insured of home at
16 | 1609 San Pablo Ave., San Pablo, California as to alteration,
17 | concealment against any person who are in possession of the Will
18 | or Contract as Plaintiffs requires and gives consent to this
19 | Federal Court to exercise their duties under the law to
20 | prosecute, investigate the criminal and felonious offense under
21 | Probate Code, Penal Code 494, 495                       Probate
22 | Code section 8201, Code of Civil Procedure section 1209 (a) (5)
23 | who are in possession of the Will or Contract including Attorney
24 | Lieberman who was hired and contested as illegal. Actionable in
25 | tort or a criminal offense, see: Butler v. State Bar (1986) 42

1 | Cal. 3d. 323, 228 Cal. Rptr. 499, 721, P.2d. 585 Attorney
2 | Discipline proceedings as never hired by the Personal
3 | Representative or Trustee of the properties involved and is a
4 | fraudulent act between the court, Superior Court, Probate Dept.
5 | Attorney Gary Lieberman and Phoebe Kwong.  Obligation of
6 | Insurance Company as to breach of contract, Sheriffs Department
7 | as collaborator that they knew it was wrong because I have
8 | talked to them in November, 2007 because I won the case in
9 | court.  Estoppel and Barred to all no-jurisdiction in Rem or in
10 | Personam, that is why I request for Summary Judgments on the
11 | merits.

12 |     Wherefore, my demand for  Summons, Judgment for these
13 | offenses cited in my numerous complaints are the same ,
14 | $7,000,000.00 for torts and damages against the City of San
15 | Francisco, 7 (seven) years  of abuse and still ongoing,
16 | restitution of all the property, revocation of illegal notice to
17 | vacate and losses incurred  due to corruption of the following,
18 | Farmer's Insurance Co., Phoebe Kwong, Attorney Gary Lieberman,
19 | Superior Court of San Francisco and Sheriffs Department of San
20 | Francisco.  You people made us  destitute, it is a torture to us
21 | what you did.  Money alone can pay for what you did and inflict
22 | to us in person mentally and physically, tortuous of 7 (seven)
23 | years hell of abuse.

24 |

25 | Dated : January 25, 2008

- 11 -

1            V E R I F I C A T I O N

2        I declare under penalty of perjury under the laws of the

3    State of California that the foregoing complaints and

4    allegations are true and correct.

5                                    Respectfully Submitted:

6                                    Rizalina Abellan

7

8                                    Rizalina Abellan
                                     In Propia Persona
9                                    (415) 992-1853

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 12 -

1
2                             UNITED STATES DISTRICT COURT

3                            NORTHERN DISTRICT OF CALIFORNIA

4
5    Rizalina Abellan,                              No. C08-0252 BZ

6         Plaintiff(s).

7         v.                                        NOTICE OF IMPENDING
                                                    REASSIGNMENT TO A UNITED
8                                                   STATES DISTRICT COURT JUDGE

9    Superior Court of California,
10        Defendant(s).

11   _____/

12        The Clerk of this Court will now randomly reassign this case to a United States District Judge

13   because either:

14        (1)    One or more of the parties has requested reassignment to a United States District

15   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

16        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary
17   restraining order) that a United States Magistrate Judge may not take without the consent of all
18   parties, the necessary consents have not been secured, and time is of the essence.
19
          The Case Management Conference set for **April 28, 2008** at **4:00 p.m.** is hereby **VACATED**.
20
21
22   Dated: February 1, 2008
23
24                                                  Richard W. Wieking, Clerk
25                                                  United States District Court

26                                                  *Lashanda Scott*
27                                                  By: Lashanda Scott - Deputy Clerk to
                                                    Magistrate Judge Bernard Zimmerman
28

reassign DCT

## Other Events
<u>3:08-cv-00252-BZ Abellan v. Superior Court of California et al</u>
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 2/1/2008 8:05 AM PST and filed on 2/1/2008

**Case Name:**        Abellan v. Superior Court of California et al
**Case Number:**    <u>3:08-cv-252</u>
**Filer:**
**Document Number:** 6

**Docket Text:**
**CLERK'S NOTICE of Impending Reassignment to U.S. District**

## Judge (ls, COURT STAFF) (Filed on 2/1/2008)

### 3:08-cv-252 Notice has been electronically mailed to:

### 3:08-cv-252 Notice has been delivered by other means to:

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\PDF\reassign.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/1/2008] [FileNumber=41014:
[
13bd65aa2c561a1830f1217edb866ed58abb69f5f54eb8e51d69c7e04390803f1e
aad80f6e3f26a0a94acbeb0137517a5ab1229e5fd3f017f519dee8fc67]]

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,

        Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

        Defendant.

_____/

Case Number: CV08-00252 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

Dated: February 1, 2008

*Lashanda Scott*

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

CV08-00252 BZ

Wachovia Mortgage
P.O. Box 659558
San Antonio. TX 78265-9558

1,031

January 28, 2008                                    Loan Number: 0045099488

**WACHOVIA**

001031  M9DtA1TA
Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112-2214


Property Address:   264 Faxon Ave
                    San Francisco CA 94112


Happy Anniversary!  Thank you again for choosing a Wachovia Fixed
Rate Pick-a-Payment Mortgage to finance your home.  As you know,
your loan has a minimum payment that changes periodically in
accordance with your loan agreement.  Through this letter, we are
notifying you of the next adjustment in your payment amount.

The payment will change to $ 2,215.32 with the April 01, 2008
payment.  This will be the new payment until the next payment
adjustment on April 01, 2009.  If you have an escrow account for the
payment of taxes or insurance, please refer to the billing
statement for the total payment due.

Assuming that all minimum payments are made between now and
April 01, 2008, the estimated loan balance on April 01, 2008
will be $ 538,729.98.  We calculated the new payment using this
estimated principal balance.

Your payment Change Limit ("Payment Cap") will limit the increase in
your payment.  You'll be happy to know that your 7.50% annual payment
cap protected you by limiting your new minimum payment to
$ 2,215.32.  Without the cap, the fully amortized payment would have
been $ 3,707.39.

The interest rate in effect on the loan was  7.24000%.

If you have any questions about this notice, please call our VIP
Customer Group at 800-909-1825.

FR001 003 CPI

NOTICE REQUIRED BY FEDERAL LAW:
*Please be advised that Wachovia Mortgage may be attempting to collect
 a debt.  If you are currently in bankruptcy or your debt has been
 discharged in bankruptcy, Wachovia Mortgage is only exercising its
 rights against the property and is not attempting to hold you
 personally liable on the Note.

**citi**

CITI CARDS
PO BOX 6077
SIOUX FALLS SD 571170000

January 23, 2008

Illᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵll

RIZALINA A ABELLAN
HOUSE OF JEMS
264 FAXON AVE
SAN FRANCISCO CA   94112-2214

MasterCard
ACCOUNT NUMBER:
5082290021272718

BALANCE: $5,912.42
MIN. DUE: $875.00

Dear RIZALINA A ABELLAN:

This letter is just a reminder that as of the date of this letter the CitiBusiness® / AAdvantage® Card account payment has not been received. We value your business and want to ensure that we can continue to honor transactions made with the card.

If a payment has already been mailed, thank you. If not, call us at the toll-free number below to set up a payment by phone. A U.S. checking account is required. Please note that a fee will be applied for this service. We will ask for the checking account number and the check number to record the payment against. This is a safe and fast way to make a payment. If preferred, payments can be sent to:

CitiBusiness Card
PO Box 6537
The Lakes, NV  88901-6537

Sincerely,

T. WINGFIELD
VICE PRESIDENT CITICORP CREDIT SERVICES, INC. (USA)
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE.

Toll-Free Telephone Number: 1-866-833-0487
TDD Number: 1-800-926-5818 (Hearing Impaired Only)

Any representative can assist you.
Office Hours (Central Time):
Monday - Friday 7:00 a.m. to 8:00 p.m. ET
Saturday      7:00 a.m. to 3:30 p.m. ET

Send Correspondence to:
Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117-6077

/LZ/C09604/001/ZZ/SY/ZP/8000/SYSTEMB /I2008012380005869/1946

 **FARMERS***

| Renewal premium: | credit from prior invoice: | Total due: | Please pay by due date: |
|---|---|---|---|
| $ 429.47 | $ 0.00 | $429.47 | 02-14-08 |

## *Offer of Renewal*
(This is the only notice prior to due date.)

*Thank you for your business!*

Optional payment (*See below)

$ 219.73

The Company will renew your policy for the term of **02-14-08** to **02-14-09**, if payment of the premium is made on or before the due date. If payment is not received by the due date, your policy will not renew.

* To renew your policy, you may pay the premium or the optional payment amount above which includes a **$ 5.00** service charge. The remaining balance is due **60** days from the due date above.

### Policy information

Insurance provided by: **FIRE INSURANCE EXCHANGE**

Named insured: **RIZALINA A ABELLAN**

Policy number: **92742-59-29**

Property location: **1609 CALIFORNIA AVE**
**SAN PABLO CA 94806-4777**

| Description of coverages (See reverse for deductible) | Amount of insurance | Premium |
|---|---|---|
| Dwelling | $ 111,000 | $ 403.34 |
| Other structures | $ 11,100 | Included |
| Personal Property | $ 5,550 | Included |
| Loss of Use | | Included |
| Personal Liability | $ 500,000 | $ 10.00 |
| Medical Payments to Others | $ 1,000 | Included |
| Extended Replacement Cost on Bldg | | $ 16.13 |
| Building Ordinance Or Law | 10% | Included |
| Other (See Policy) | | Included |
| | | |
| Earthquake - - - - Not Covered | Not Covered | Not Covered |
| | Renewal premium  $ | 429.47 |

Agent: **OCTAVIO RAMIREZ**                    Phone: **(650) 742-0795**

Agent's e-mail:  **oramirez@farmersagent.com**

25-0952  3 07  Printed on:  12 17-07     Retain for your records - Offer of Renewal continues on reverse side.                    A0952501

Octavio Ramirez
1611 El Camino Real
Millbrae CA 94030

Please write your policy number on your check and return this invoice with payment. Your canceled check is your receipt. **Thank You!**

TO PAY WITH YOUR CREDIT /DEBIT CARD, PLEASE CONTACT YOUR AGENT.

**VISA** **MasterCard**

### *Invoice*

Make check payable to: FIRE INSURANCE EXCHANGE

| Policy number:  92742-59-29 | Please pay by: 02-14-08 | Total due: $429.47 | Optional payment: $  219.73 |
|---|---|---|---|

You can now pay your bill and view your policy online, see details at www.farmers.com

**Agent Number: 96-80-327**

89239692742592904294702197 38

RIZALINA A ABELLAN
264 FAXON AVE
SAN FRAN CA  94112-2214

FARMERS INS GRP OF COS
PO BOX 894729
LOS ANGELES CA  90189-4729

25-0952  3 07  A0952501



POLICY NUMBER: **92742-59-29**

**Construction Techniques and Materials**

| Modem | X |
|---|---|
| Vintage, Typical of Era of Home Design | |

**Alarm or Sprinkler System**

| Local Fire/Smoke Alarm | NO |
|---|---|
| Local Electronic Burglar Alarm | NO |
| Central Station Burglar/Fire Alarm | NO |
| Full Sprinkler Sytem | NO |
| Partial Sprinkler System | NO |

**Special Conditions**

| | Description | % of Total | |
|---|---|---|---|
| **Wall Height** | 8 foot | 100 | % |
| | 9 foot | 0 | % |
| | 10 foot | 0 | % |
| **Wall Framing** | Wood | 100 | % |
| | Steel | 0 | % |
| | Other | 0 | % |

**Kitchen Grade for this Dwelling:**

There are four possible kitchen grade categories: Economy, Standard, Custom, and Luxury. Your grade is based on the following general description:

STANDARD          - A kitchen that typically includes the following:

STANDARD GRADE KITCHEN ITEMS INCLUDE THE FOLLOWING

24' BASE CABINETS WITH COUNTERTOPS; 24' WALL CABINETS; 1 RANGE/OVEN;

0  0  0NO NO NO NO NO STANDARD     STANDARD     STANDARD GRADE KITCHEN ITEMS

1 EXHAUST FAN; 1 REFRIGERATOR, FROST-FREE; 1 DISHWASHER, 1 SINK STAINLESS STEEL,

1 RANGE HOOD WITH TWO-SPEED EXHAUST FAN.

**Number and Grade of Full Baths and Number of Half Baths in this Dwelling:**

There are four possible bath grades (shown in the table at right), but we apply only the two most predominant grades for any one home. The grade(s) applied to your home are based on the following general descriptions.

For more information about kitchen and bath grades, please contact your Farmers Agent.

| Luxury | 0 |
|---|---|
| Custom | 0 |
| Standard | 1 |
| Economy | 0 |
| Half Baths | 0 |

| STANDARD          -A bath that typically includes the following: | -A bath that typically includes the following: |
|---|---|
| BATHROOM WITH THREE OR MORE OF THE FOLL FIXTURES: 1 TOILET, COLORED OR WHITE, FLOOR MOUNT WITH TRIM AND TANK; 1 SINK, MEDIUM-RANGE FIXTURE; 1 VANITY CABINET, WITH BACKER BOARD; 1 CERAMIC TILE COUNT 1 TUB/SHOWER, MEDIUM-RANGE FIXTURE; 1 GLASS TUB/SHOWER ENCLOSURE; 1 MEDICINE CABINET WITH MIRROR. | |

Additional building features that may affect estimated reconstruction cost are listed below. Items included in your dwelling are indicated by an 'X' in the first section of the table and by a number in the second section (on the following page).

| Additional Furnace | | Intercom System | |
|---|---|---|---|
| Air Conditioning | | Jacuzzi | |
| Attached Carport | | Metal Spiral Stairs | |
| Open Breezeway | | Patio Cover | |
| Screened Breezeway | | Porch, Open | X |
| Composite Deck | | Porch, Screened | |
| Central Stereo System | | Redwood Deck | |
| Central Vacuum | | Solar Room | |
| Greenhouse | | Wood Deck | |
| Hot Tub | | Wood Spiral Staircase | |

Page 2 of 4

**FARMERS**

POLICY NUMBER: **92742-59-29**

# Information We Used to Estimate the Reconstruction Cost Estimate for Your Home

We recommend that you contact **OCTAVIO RAMIREZ** your Farmers® agent, at **(650) 742-0795** , to discuss your reconstruction estimate and make sure your home's special features and any improvements you have made are taken into account. Your agent can also explain any unfamiliar terms used in the estimate. The information used to estimate labor and material costs is periodically updated to keep pace with changes in normal market conditions. However, reconstruction cost estimating programs can neither anticipate abnormal market conditions nor keep up with rapidly changing costs. The reconstruction cost estimate can serve as a guide, but it is your responsibility to choose the Coverage A limit that is right for you. The Coverage A limit in your policy is the amount of insurance on your home.



| Coverage A Limit:$ | 111,000 | Reconstruction Cost Estimate: | 111,000 |
|---|---|---|---|
| Year Built: 1940 | | ZIP Code: 94806 | |

**Square Footage:** 650

The total square footage figure includes all floors of a multi-story dwelling and the square footage of a built-in garage. We say a garage is built in when 50% or more of the space above the garage is living area. IMPORTANT: The total square footage does NOT include any of the following: attached garage, attached carport, basement (even if fully furnished), attached greenhouse or solar room, porch or breezeway, or detached structures.

| Style of home or number of stories | 1 STORY |
|---|---|
| Foundation type | CEMENT SLAB (INCL. BASEMENTS) |
| Basement as a % of ground floor | 0 % |
| Percent of basement that is finished | 0 % |
| Walkout basement | NO |
| Roof type | ASPHALT SHINGLE |
| Is the roof of elaborate construction? | NO |
| Exterior balcony | NO |
| Percent of cathedral ceilings | 0 % |
| Garage type | NONE |
| Interior wall construction | DRYWALL/SHEETROCK |
| Number of units in this dwelling | 1 |

The next three categories — exterior walls, interior walls, and floor covering — all have four spaces with an assigned percentage. For each category, it's possible that the total of the percentages for all four spaces will not be 100% (That's because only the four predominant materials are listed).

| Exterior Walls | WOOD SIDING | 100% | WOOD SIDING | 100% |
|---|---|---|---|---|
| | WOOD SIDING | 100% | WOOD SIDING | 100% |
| Interior Wall Covering | PAINT | 100% | PAINT | 100% |
| | PAINT | 100% | PAINT | 100% |
| Floor Covering | CARPET | 92% | VINYL | 8% |
| | CARPET | 92% | VINY | 8% |

A42501H2

## CALIFORNIA RESIDENTIAL PROPERTY INSURANCE DISCLOSURE

Policy Number: 92742-59-29

Date of Mailing: 12-17-2007

Agent Number: 96-80-327

RIZALINA A ABELLAN
264 FAXON AVE
SAN FRAN CA 94112-2214

This disclosure is required by California Law (Section 10102 of the Insurance Code). It describes the principal forms of insurance coverage in California for residential dwellings. It also identifies the form of dwelling coverage you have purchased or selected.

This disclosure form contains only a general description of coverages and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and, if so, the amount payable. Regardless of which type of coverage you purchase, your policy may exclude or limit certain risks.

READ YOUR POLICY CAREFULLY. If you do not understand any part of it or have questions about what it covers, contact your insurance agent or company. You may also call the California Department of Insurance consumer information line at (1-800-927-HELP or 1-800-927-4357).

The cost to rebuild your home may be very different from the market value of your home since reconstruction is based primarily on the cost of labor and materials. Many factors can affect the cost to rebuild your home, including the size of your home, the type of construction, and any unique features. Please review the following coverages carefully. If you have questions regarding the level of coverage in your policy, please contact your insurance agent or company. Additional coverage may be available for an additional premium.

## FORMS OF COVERAGE FOR DWELLINGS
(Dwelling Coverage selected or purchased)

☐ **GUARANTEED REPLACEMENT COST COVERAGE WITH FULL BUILDING CODE UPGRADE** PAYS REPLACEMENT COSTS WITHOUT REGARD TO POLICY LIMITS, AND INCLUDES COSTS RESULTING FROM CODE CHANGES.

In the event of any covered loss to your home, the insurance company will pay the full amount needed to repair or replace the damaged or destroyed dwelling with like or equivalent construction **regardless of policy limits. Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover guaranteed replacement cost.** The amount of recovery will be reduced by any deductible you have agreed to pay.

This coverage includes all additional costs of repairing or replacing your damaged or destroyed dwelling to comply with any new building standards (such as building codes or zoning laws) required by government agencies and in effect at the time of rebuilding.

To be eligible to recover full guaranteed replacement costs with building code upgrade, you must insure the dwelling to its full replacement cost at the time the policy is issued, with possible periodic increases in the amount of coverage to adjust for inflation and increases in building costs; you must permit inspections of the dwelling by the insurance company; and you must notify the insurance company about any alterations that increase the value of the insured dwelling by a certain amount (see your policy for that amount)

☐ **GUARANTEED REPLACEMENT COST COVERAGE WITH LIMITED OR NO BUILDING CODE UPGRADE** PAYS REPLACEMENT COSTS WITHOUT REGARD TO POLICY LIMITS BUT LIMITS OR EXCLUDES COSTS RESULTING FROM CODE CHANGES.

In the event of any covered loss to your home, the insurance company will pay the full amount needed to repair or replace the damaged or destroyed dwelling with like or equivalent construction **regardless of policy limits. Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover guaranteed replacement cost.** The amount of recovery will be reduced by any deductible you have agreed to pay.

This coverage does **not** include all additional costs of repairing or replacing your damaged or destroyed dwelling to comply with any new building standards (such as building codes or zoning laws) required by government agencies and in effect at the time of rebuilding. Consult your policy for the applicable exclusions or limits with respect to these costs.

To be eligible to recover full guaranteed replacement cost with limited or no building code upgrade, you must insure the dwelling to its full replacement cost at the time the policy is issued, with possible periodic increases in the amount of coverage to adjust for inflation and increases in building costs; you must permit an inspection of the dwelling by the insurance company; and you must notify the insurance company about any alterations that increase the value of the insured dwelling by a certain amount (see your policy for that amount).

*(Continued on the reverse side)*

[X] **LIMITED REPLACEMENT COST COVERAGE WITH AN ADDITIONAL PERCENTAGE** PAYS REPLACEMENT COSTS UP TO A SPECIFIED AMOUNT ABOVE THE POLICY LIMIT.

In the event of any covered loss to your home, the insurance company will pay to repair or replace the damaged or destroyed dwelling with like or equivalent construction **up to a specified percentage over the policy's limits.** See the declarations page of your policy for the limit that applies to your dwelling. **Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover this benefit.** The amount of recovery will be reduced by any deductible you have agreed to pay.

To be eligible for this coverage, you must insure the dwelling to its full replacement cost at the time the policy is issued, with possible periodic increases in the amount of coverage to adjust for inflation; you must permit an inspection of the dwelling by the insurance company; and you must notify the insurance company about any alterations that increase the value of the insured dwelling by a certain amount (see your policy for that amount). Read your declaration page to determine whether your policy includes coverage for building code upgrades.

[ ] **LIMITED REPLACEMENT COST COVERAGE WITH NO ADDITIONAL PERCENTAGE** PAYS REPLACEMENT COSTS UP TO POLICY LIMITS ONLY.

In the event of any covered loss to your home, the insurance company will pay to repair or replace the damaged or destroyed dwelling with like or equivalent construction **only up to the policy's limit.** See the declarations page of your policy for the limit that applies to your dwelling. **Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover this benefit.** The amount of recovery will be reduced by any deductible you have agreed to pay. To be eligible to recover this benefit, you must insure the dwelling to 80 percent of its replacement cost at the time of loss. Read your declaration page to determine whether your policy includes coverage for building code upgrades.

[ ] **ACTUAL CASH VALUE COVERAGE** PAYS THE FAIR MARKET VALUE OF THE DWELLING AT THE TIME OF THE LOSS, OR THE COST TO REPAIR, REBUILD, OR REPLACE THE DAMAGED OR DESTROYED DWELLING WITH LIKE KIND AND QUALITY CONSTRUCTION, UP TO THE POLICY LIMIT.

In the event of any covered loss to your home, the insurance company will pay either the fair market value of the damaged or destroyed dwelling (excluding the value of land) at the time of the loss or the cost to repair, rebuild, or replace the damaged or destroyed dwelling with like kind and quality construction **up to the policy limit with possible consideration of physical depreciation.** The amount of recovery will be reduced by any deductible you have agreed to pay. Read your declaration page to determine whether your policy includes coverage for building code upgrades.

[X] **BUILDING CODE UPGRADE** - ORDINANCE AND LAW COVERAGE PAYS UP TO LIMITS SPECIFIED IN YOUR POLICY. ADDITIONAL COSTS REQUIRED TO BRING THE DWELLING "UP TO CODE."

In the event of any covered loss, the insurance company will pay any additional costs, up to the stated limits, of repairing or replacing a damaged or destroyed dwelling to conform with any building standards such as building codes or zoning laws required by government agencies and in effect at the time of the loss or rebuilding (see your policy).

This disclosure form does not explain the types of contents coverage (Furniture, Clothing, etc.) provided by your policy. some policies do not replace contents with new items, but instead only pay for the current market value of an item. If you have any questions, contact your insurer or agent.

MC-950

| | |
|---|---|
| PLAINTIFF/PETITIONER: _Rizallina ABellon Et al_ | CASE NUMBER: |
| DEFENDANT/RESPONDENT: _Supirin court of california_ | _no. C08.0252-BZ_ |
| OTHER: _atty G. Lukwman, miss Phoebe_ | |
| _nuthg Farmins Ins. co. Sheriffs sept. ns. F. calif_ | |

## PROOF OF SERVICE BY FIRST-CLASS MAIL

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):* _71 Logw st. San Francisco. Culif. 94134_

2. I served copies of the *Notice of Limited Scope Representation* (form MC-950) by enclosing each of them in a sealed envelope with first-class postage fully prepaid and *(check one):*

   a. ☑ deposited the sealed envelopes with the United States Postal Service.

   b. ☐ placed the sealed envelopes for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. Copies of the *Notice of Limited Scope Representation* (form MC-950) were mailed: _at Leland Branch_
   a. on *(date):* _2/5/08_        _U.S. Postal Service_
   b. from *(city and state):*        _S.F. calif. 94134_

4. The envelopes were addressed and mailed as follows:

   a. Name of person served: _atty Gary Lukwman_   Name of person served: _Farmers Ins. co._
      Street address: _1655 South Atul PM Suite 1_   Street address: _roaument sunison_
      City: _Novato ca. 94947_   City: _oklahoma city, oklahoma_
      State and zip code:   State and zip code: _73126-8994_

   b. Name of person served: _miss Phoebe lwtoj_   Name of person served: _San Francis co_
      Street address: _18819 crest ave_   Street address: _Sheriff Sept. rm. 476_
      City: _anotin valley ca. 94546_   City: _city Hall S.F. Ca. 9410_
      State and zip code:   State and zip code:

☑ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing and all attachments are true and correct.

Date: _2/05/08_

_Robert V. Roth_
(TYPE OR PRINT NAME OF DECLARANT)        ▶   _(SIGNATURE OF DECLARANT)_

## NAMES AND ADDRESSES OF PERSONS
## NOTICE WAS MAILED

1. Rizalina Abellan, Daughter, adult, 264 Faxon Street, San Francisco, Ca 94112

2. Antonio Abellan, Son, adult, 57 Luassane Avenue, Daly City, Ca 94014

3. Restituto Abellan, Sr., son, adult, 23246 Jorgensen Lane, Hayward, Ca 94541

6. Rosevilla Galzote, daughter, adult, 101 Pope Street, San Francisco, Ca 94112

7. Romeo Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134

8. Roseller Abellan, son, adult, 13400 Twin Cities Road, Herald, Ca 95638

9. David Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134

10. Marilyn Abellan, daughter, adult, 2184 Pyramid Dr., Richmond, Ca 94803

11. Rosemary Abellan Bautista, daughter, adult, 101 Campbell Ave., SF. Ca 94134

12. Pepsi Abellan, daughter, adult, 340 Naple Street, San Francisco, CA 94112

13. Alicia Abellan Levita, daughter, adult, 19-A 11th Str. West Rembo., Manila,
Philippines

14. Gary Lieberman, attorney, 60 East Sir Francis Drake Blvd, S-286, Larkspur,
California 94939

15. Superior Court, 400 McAllister Street, San Francisco, Ca 94102

16. Court of appeals 350 McAllister St. S.F. Calif. 94102.

17. Supreme court of california 350 McAllister St. S.F. Ca.

18. District court of calif. (Northern) 450 Golden gate ave. S.F. calif 94102

19. sheriffs dept. of san francisco rm: 456 city Hall S.F. Ca. 94102

Respt fully submittd
Rizaline Abellan et al
415-997-1853

Dated 2/5/08