Rizalina Abellan

264 Faxon Avenue

San Francisco, CA 94112

FILED
08 MAR 12 PM 3:58

In the United States District Court

Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

Rizalina Abellan et al.

Plaintiff

VS.

Superior Court of California

Atty: Gary Leiberman

Fire Insurance Exchange

San Francisco Sheriff's Department

No. C-08-0252SI

Sup. Ct. No. 280338

A – 120113

To the Honorable Judge Susan Illston. Please take notice that Plaintiff Rizalina request for extension of time based on the ff:

1. The defendant Coddington Hicks and Danforth served motion to dismiss fire exchange insurance under F.R.C. P. 12(b)(6) as to statement of facts requested.

2. In the middle of my deadline filed by your office. I have a deadline to amend my case up to March 14, 2008. I like to consolidate and answer their motion so I will not amend again and opposed in another filing. I am requesting 20 days extension of time to join my response in their frivolous, malicious motion and character assassination as these actors join forces to disregard me as a claimant. They are wrong. To mislead the court is abuse of process. They also violated Title VII Section 1981-1983 and Unruh Act as they refuse to accommodate me base on my race, sex and prose litigant when I have a meritorious case base on the law and justicability and should be stopped.

3. I have also a brief to make under Court of Appeals Case No. 120113

4. if they think they can sabotage the case and use a scapegoat then they are wrong. They violated and used Federal Racketeering Act. Conspired to dispose my case by R.I.C.O. Act as these violate C.C.P. 3294 as fraudulent to conceal, misled willfully as to meritorious claim issued supersceder, remitutur by the Court of Appeals and summarily denied on the merits if they even can understand the ruling of the higher court. It is eggrigious and despicable, nuisance and vexatious claim to exit a responsibility and negligent defendants.

   Wherefore Plaintiff request for extension time be extended and

affirmed as I am prose. I deal with my day to day life and time is the essence.

Dated 03-12-08

Respectfully Submitted

Rizalina Abellan

In Propia Persona

415-992-1853

## **VERFICATION**

I, Rizalina Abellan declare:

I am the Plaintiff in the extension of time. I am aware of my time and because of unexpected response of Coddington Hicks and Danforth Law office my extension is true and correct. I declare under penalty and perjury under the laws of California that my statement in true and correct.

Dated: 3-12-08

Rizalina Abellan
*Rizalina Abellan* (signature)
Proper

PROOF OF SERVICE

I, Rizalina Abellan declare that:

I am at least 18 years of age and a party to the above-entitled action. My Extension of Time, to file my amended complaint. My business address is 264 Faxon Avenue, San Francisco, CA 94112.

I served the foregoing motion on 03-12-08, by depositing Extension of Time thereof in the United States mail in Daly City, California, enclosed in sealed envelopes, with postage fully prepaid, addressed to District of California under Judge Susan Illston and the following persons will be served.

1. atty Lee Danforth 555 Twin Dolphin Dr. suite 300 Redwood city Calif. 94065
2. atty Kathryn Klaus 555 Twin Dolphin Dr. suite 300 Redwood city ca. 94065
3. Superior court of calif 400 McAllister st. S.F. ca.
4. atty. Harry Lieberman 1815 South Hill drive suite 1 700 alto Calif. 94947
5. Northern District court of California 450 Golden gate Ave. S.F. Ca. 94102
6. miss Phoebe Kwong 28819 crest ave. Castro valley Calif. 94546
7. S.F. Sheriffs Dept. S.F. city Hall Rm. 456 San Francisco. Calif 94102
8. Court of appeal 350 McAllister st. S.F Ca. 94102
9. Fire Insurance Exchange Oklahomce city Oklahoma
10.

1
2  I declare under penalty of perjury under the laws of the State of Califonia that the
3  foregoing is true and correct
4
5
6  03-12-08
7
8
9
10
11                                                          *signature*
12
13                                                          Rizalina Abellan
14
15
16
17
18
19
20
21
22
23
24
25