TO BE FILED IN THE COURT OF APPEAL

APP-006

| COURT OF APPEAL, APPELLATE DISTRICT, DIVISION | Court of Appeal Case Number: A-120113 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>Rizalina A Bellan<br>264 Faxon Ave S.F. Ca 94112 | Superior Court Case Number:<br>Dist. ct no. C08-02525<br>Sup. ct. no. 280358 |
| TELEPHONE NO.: 415-992-1885   FAX NO. (Optional): | FOR COURT USE ONLY |
| E-MAIL ADDRESS (Optional): Rizalina A Bellan | |
| ATTORNEY FOR (Name): | FILED |
| APPELLANT: Rizalina A Bellan Et. al | MAR 24 2008 |
| RESPONDENT: Superior Ct. of San Francisco<br>Fire Ins. Exchange/Kathy Gary Liberman<br>Phoebe Kwong   Sheriff Dept. of S.F. Ca. | RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| APPLICATION FOR EXTENSION OF TIME TO FILE BRIEF (CIVIL CASE) | |

Notice: Please read *Information on Appeal Procedures for Unlimited Civil Cases* (Judicial Council form APP-001) before completing this form.

1. I (name): Rizalina A Bellan - Appellant
   request that the time to file [X] appellant's opening brief (AOB) [ ] respondent's brief (RB) [ ] appellant's reply brief (ARB), now due
   on (date): 7-24-08   be extended to (date): 4-30-08

2. I [X] have [ ] have not received a rule 8.220 notice.

3. I have received:
   [X] no previous extensions to file this brief.
   [ ] the following previous extensions:
   (number of extensions): 1   extensions by stipulation totaling (total number of days): 30 days
   (number of extensions):   extensions from the court totaling (total number of days):

4. I am unable to file a stipulation to an extension because
   [ ] the other party is unwilling to stipulate to an extension.
   [X] other reason (please specify):

5. The reason I need an extension to file this brief is (please specify; see Cal. Rules of Court, rule 8.63, for factors used in determining whether to grant extensions): not enough time due to cold & flu, health reason, documents were missing, family sickness and family wedding opener.

6. The last brief filed by any party was: [ ] AOB [X] RB filed on (date):

7. The record in this case is:
   
   |  | Volumes (#) | Pages (#) | Date filed |
   |---|---|---|---|
   | Appendix/Clerks Transcript: | ✓ | | |
   | Reporters Transcript: | | | |
   | Augmentation/other: | ✓ | | |

8. For attorneys filing application on behalf of client:
   [X] I certify that I have delivered a copy of this application to my client (Cal. Rules of Court, rule 8.60).

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

Rizalina A Bellan                ► Rizalina A Bellan
(TYPE OR PRINT NAME)                (SIGNATURE OF PARTY OR ATTORNEY)

---

**ORDER**

EXTENSION OF TIME IS:
[ ] Granted to _____
[ ] Denied

Date: _____                    _____
                                 (SIGNATURE OF PRESIDING JUSTICE)

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>APP-006 [Rev. January 1, 2007] | **APPLICATION FOR EXTENSION OF TIME TO FILE BRIEF (CIVIL CASE)**<br>(Appellate) | Cal. Rules of Court rules 8.50,<br>8.60, 8.63, 8.212<br>www.courtinfo.ca.gov |
|---|---|---|
| | | American LegalNet, Inc.<br>www.FormsWorkflow.com |

APP-006

CASE NAME: Estate of Rufina Abellan

CASE NUMBER: A-120113
Dist ct. C08-00252SI
Sup ct. No. 280338

**NOTICE TO PARTIES:** A copy of this document must be mailed or personally delivered to the other party or parties to this appeal. A PARTY TO THE APPEAL MAY NOT PERFORM THE MAILING OR DELIVERY HIMSELF OR HERSELF. A person who is at least 18 years old and is not a party to this appeal must complete the information below and mail (by first-class mail, postage prepaid) or personally deliver the front and back of this document. When the front and back of this document have been completed, and a copy mailed or personally delivered, the original may then be filed with the court.

## PROOF OF SERVICE
☒ Mail   ☐ Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is (specify): 264 Faxon ave. S.F. Ca. 94112

3. I mailed or personally delivered a copy of the *Application for Extension of Time to File Brief (Civil Case)* as follows (complete either a or b):

   a. ☒ **Mail.** I am a resident of or employed in the county where the mailing occurred.

      (1) I enclosed a copy in an envelope **and**

      (a) ☒ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

      (b) ☒ placed the envelope for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

      (2) The envelope was addressed and mailed as follows:
      (a) Name of person served: Atty. Gary Sukuman
      (b) Address on envelope: 1414 South Hill Rd. Suite I Novato calif. 94947
      b) Superior ct. of San Francisco 400 McAllister 2nd flr. San Fran. Ca. 94102
      (c) Date of mailing: 3-20-08
      (d) Place of mailing (city and state): Onondaga Branch S.F. Ca. 94112

   b. ☐ **Personal delivery.** I personally delivered a copy as follows:
      (1) Name of person served: Court of appeals 350 McAllister st. S.F. Ca. 94102
      (2) Address where delivered: District ct. of northern ca. 450 Holdengate ave.
      atty. Lee Danforth ___ S.F. Ca. 94102 Ralph Redwood Shores
      suite 300 Redwood city calif 94065
      (3) Date delivered: 3-20-08
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/20/08

RIZALINA ABELLAN    ▶ *Rizalina Abellan*
(TYPE OR PRINT NAME)          (SIGNATURE OF DECLARANT)

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 2

In re the Estate of RUFINA ABELLAN, Deceased.

RIZALINA ABELLAN, et al.,
Plaintiffs and Appellants,
v.
ROSELLER ABELLAN,
Defendant and Respondent.

A094392
San Francisco County No. PES00280338

Dear Counsel:

This case is now fully briefed and has been tentatively assigned to the judicial panel indicated below. **Counsel are directed to advise the Court *immediately* if settlement discussions are underway or are being considered or if there is any other basis for an early dismissal of the appeal.**

Many cases are submitted for decision without oral argument on the basis of the written briefs which have been thoroughly reviewed by the Court. Such submissions are entirely appropriate. In the rare event the Court determines that oral argument would be helpful in a case where argument has been waived, counsel will be notified when to appear.

Notwithstanding the foregoing, if either party feels that oral argument is necessary, a written request with a proof of service upon all parties must be filed in this Court within ten calendar days of the date of this notice. If no request for oral argument is received within the indicated ten-day period, it will be submitted at such time as the Court approves the waiver. (California Rules of Court, rule 22.5.)

If oral argument is requested by any party or deemed warranted by the Court, counsel will be notified subsequently of the date and time for oral argument. A continuance of argument will be granted only upon a showing of good cause; counsel may not stipulate to a continuance.

Hon. J. Anthony Kline
Presiding Justice

November 16, 2001

The assigned judicial panel is:

_X_Kline, P.J.    __Haerle, J.    _X_Lambden, J.    _X_Ruvolo, J.

wav2

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 2

Rizalina Abellan
264 Faxon Ave.
San Francisco, CA 94112

In re the Estate of RUFINA ABELLAN, Deceased.

RIZALINA ABELLAN,
Plaintiff and Appellant,
v.
ROSELLER ABELLAN,
Defendant and Respondent.

A098284
San Francisco County No. PES280338

* * REMITTITUR * *

I, Diana Herbert, Clerk of the Court of Appeal of the State of California, for the First Appellate District, do hereby certify that the decision entered in the above-entitled cause on May 14, 2003 has now become final.

___Appellant ✓ Respondent to recover costs
___Each party to bear own costs
___Costs are not awarded in this proceeding
___See decision for costs determination

Witness my hand and the Seal of the Court affixed at my office this   JUL 14 2003

Diana Herbert
Clerk of the Court

Deputy Clerk

msck