IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN, | No. C 08-00252 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, et al., | |
| Defendants. | |

On February 28, 2008, the Court dismissed plaintiff's complaint with leave to amend. Plaintiff's third amended complaint was due March 14, 2008. On March 12, 2008, plaintiff filed a motion for an extension of time in which to file her third amended complaint. The Court hereby GRANTS plaintiff's motion for an extension [Docket No. 17]. **If plaintiff chooses to amend her complaint, she must file her new complaint no later than April 4, 2008.**

On March 10, 2008, defendant Fire Insurance Exchange filed a motion to dismiss based on an earlier version of plaintiff's complaint. That earlier version has already been dismissed by this Court's February 28, 2008 order. Accordingly, the March 10, 2008 motion [docket # 14] is denied as moot and the hearing date is vacated.

**IT IS SO ORDERED.**

Dated: March 24, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN,<br><br>      Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA et al,<br><br>      Defendant. | Case Number: CV08-00252 SI<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

Dated: March 27, 2008

                                            Richard W. Wieking, Clerk
                                            By: Tracy Sutton, Deputy Clerk