Lee J. Danforth, Esq. - SBN 73695
Richard S. Baum, Esq. - SBN 178760
Kathryn C. Klaus, Esq. - SBN 205923
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027

**ATTORNEYS FOR** Defendant
Fire Insurance Exchange

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>ATTY GARY LIEBERMAN<br>FIRE INSURANCE EXCHANGE<br>MISS PHOEBE KWONG<br>SAN FRANCISCO SHERIFFS DEPT.<br><br>　　　　　Defendants.<br>_____ / | No. CV 08 0252SI<br><br>NOTICE OF WITHDRAWAL AND WITHDRAWAL OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6), OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]<br><br>Date:　April 18, 2008<br>Time:　9:00 a.m.<br>Dept.　10<br>Judge:　Judge Susan Illston |

Defendant Fire Insurance Exchange (hereinafter "FIE") hereby withdraws its Motion to Dismiss Pursuant to FRCP 12(b)(6), or In the Alternative, Motion for a More Definite Statement Pursuant to FRCP 12(e). Plaintiff Rizalina Abellan mailed to counsel for FIE a copy of the Second Amended Complaint, a response to which was due on or before March 12, 2008. On or about February 28, 2008, this Court dismissed plaintiff's Second Amended Complaint with leave to amend. The Court's proof of service indicates that a copy of that order was mailed to plaintiff on that date; plaintiff did in fact receive that order as she subsequently requested an extension of time within which to file her amended pleading as ordered by the Court. However, plaintiff opted not to serve a copy of the order on counsel for FIE. Having not received a copy of that order and unaware that the Court had dismissed the

Withdrawal of Motion to Dismiss Pursuant to FRCP 12(b)(6),
or, In the Alternative, Motion for a More Definite Statement
[FRCP 12(e)]

1 defective pleading, counsel for FIE prepared and filed the motion to dismiss and alternative motion for
2 a more definite statement.
3     FIE reserves the right to renew its motion to dismiss and alternative motion for a more definite
4 statement pending plaintiff's filing of the last amended pleading.  FIE also reserves the right to seek its
5 costs and fees associated with the filing of the motion to dismiss and alternative motion for a more
6 definite statement based on plaintiff's failure to serve a copy of the Court's order on counsel for FIE.
7 Dated: March 26, 2008                    CODDINGTON, HICKS & DANFORTH

9 By: _____/S/_____
10        Kathryn C. Klaus
       Attorneys for Defendant
       Fire Insurance Exchange

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Withdrawal of Motion to Dismiss Pursuant to FRCP 12(b)(6),
or, In the Alternative, Motion for a More Definite Statement
[FRCP 12(e)]

2