April 4, 2008

Rizalina Abellan
264 Faxon Avenue
San Francisco, CA 94112

Subject:

An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To insure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

Sincerely,

RICHARD W. WIEKING, Clerk
　　　/s/

by: Yumiko Saito
Case Systems Administrator


(1) Name: Gary Lieberman          Address _____
　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　 _____

(1) Name: Fire Insurance Exchange  Address _____
　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　 _____

(1) Name: Phoebe Kwong             Address_____
　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　 _____

NDC CSA-17 REV. 3/89