Lee J. Danforth, Esq. - SBN 73695
Richard S. Baum, Esq. - SBN 178760
Kathryn C. Klaus, Esq. - SBN 205923
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027

**ATTORNEYS FOR** Defendant
Fire Insurance Exchange

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN, | No. CV 08 0252BZ |
| Plaintiff, | |
| vs. | NOTICE OF MOTION AND MOTION BY DEFENDANT FIRE INSURANCE EXCHANGE TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) |
| SUPERIOR COURT OF CALIFORNIA, ATTY GARY LIEBERMAN FIRE INSURANCE EXCHANGE MISS PHOEBE KWONG SAN FRANCISCO SHERIFFS DEPT. | Date: May 30, 2008<br>Time: 9:00 a.m.<br>Dept.: 10 |
| Defendants. | Judge: Judge Susan Illston |

TO PLAINTIFF IN THE ABOVE-ENTITLED MATTER:

PLEASE TAKE NOTICE that defendant Fire Insurance Exchange ("FIE") hereby moves and will move the Court on the date, time, and place set forth above, to dismiss plaintiff's Rejection for Dismissal of My Complaint filed in this action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1. Plaintiff Has Not Established Grounds for Federal Jurisdiction;

2. Plaintiff's Rejection of Dismissal Does Not Constitute an Amended Complaint;

3. Plaintiff's Formal State Court Claims Fail to State a Cognizable Cause of Action; and,

4. Plaintiff's Rejection of Dismissal Fails to Allege Any Facts Which Would Give Rise to a Cognizable Cause of Action Against FIE.

1  This motion is based on this notice and motion, the following memorandum of points and authorities and request for judicial notice filed herewith, the pleadings and papers filed herein, including but not limited to the Court's previous Order Granting Application to Proceed in Forma Pauperis and Dismissing Plaintiff's Complaint, and on such other matters as may be brought to the attention of the Court and the parties at or before the hearing on this motion.

Dated: April 21, 2008                                   CODDINGTON, HICKS & DANFORTH


By:   /s/ Kathryn C. Klaus
     Kathryn C. Klaus
     Attorneys for Defendant
     Fire Insurance Exchange

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Notice of Motion And Motion By Defendant Fire Insurance Exchange To Dismiss Pursuant To F.R.C.P. 12(b)(6) - Case No. CV-08-0252BZ

2