Lee J. Danforth, Esq. - SBN 73695
Richard S. Baum, Esq. - SBN 178760
Kathryn C. Klaus, Esq. - SBN 205923
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027

**ATTORNEYS FOR** Defendant
Fire Insurance Exchange

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN, | No. CV 08 0252BZ |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING MOTION TO DISMISS AND DIRECTING ENTRY OF JUDGMENT PURSUANT TO F.R.C.P. 54(b) |
| SUPERIOR COURT OF CALIFORNIA, ATTY GARY LIEBERMAN FIRE INSURANCE EXCHANGE MISS PHOEBE KWONG SAN FRANCISCO SHERIFFS DEPT. | Date: Time: 9:00 a.m. Dept. 10 |
| Defendants. | Judge: Judge Susan Illston |

The motion of defendant FIRE INSURANCE EXCHANGE ("FIE") to dismiss plaintiff's Rejection for Dismissal of My Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, came on regularly for hearing on _____, 2008, the Honorable Susan Illston, United States Judge, presiding. Kathryn C. Klaus appeared as counsel on behalf of FIE and plaintiff appeared pro se.

Having considered the briefs filed in support of and in opposition to the motion, and having heard and considered the oral arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.      The motion of defendant FIE to dismiss is GRANTED WITHOUT LEAVE TO AMEND.

Because this Order resolves all claims by plaintiff against defendant FIE, and because the Court

1  expressly determines that there is no just reason for delay in the entry of judgment as to this defendant,
2  the Court directs, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, that judgment
3  be entered in favor of defendant FIE and against plaintiff RIZALINA ABELLAN.
4     IT IS SO ORDERED.

7  Dated: _____     _____
                                      Susan Illston
8                                     United States Judge

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

[Proposed] Order Granting Motion to Dismiss and Directing
Entry of Judgment Pursuant to FRCP 54(b)