UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Abellan,

   Plaintiff(s),

   v.

Superior Court of California,

   Defendant(s).
_____/

CASE NO. 08-00252 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  May 14, 2008 at 2:00 p.m.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Kathryn C. Klaus | Fire Insurance Exchange | 650-592-5400 | kklaus@chdlawyers.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

_____
Attorney for Plaintiff

Dated: April 22, 2008

Kathryn C. Klaus
Attorney for Defendant

Rev 12.05

**PROOF OF SERVICE**
(C.C.P. §§ 1011, 1013, 1013a, 2015.5)

I, the undersigned, declare that I am employed in the County of San Mateo, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 555 Twin Dolphin Drive, Suite 300, Redwood City, California 94065.

I am readily familiar with my employer's business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, mailing via overnight delivery, transmission by facsimile machine, and delivery by hand.

On April 23, 2008, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein.

**Notice of Need for ADR Phone Conference**

_X_ U.S. MAIL: The correspondence or documents were placed in sealed, labeled envelopes with postage thereon fully prepaid on the above date placed for collection and mailing at my place of business to be deposited with the U.S. Postal Service at Redwood City, California on this same date in the ordinary course of business.

___ OVERNIGHT DELIVERY: The correspondence or documents were placed in sealed, labeled packaging for overnight delivery with all charges to be paid by my employer on the above date for collection and mailing at my place of business to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages, on this date in the ordinary course of business.

___ HAND DELIVERY: The correspondence or documents were placed in sealed, labeled envelopes and served by personal delivery to the party or attorney indicated herein, or if upon attorney, by leaving the labeled envelopes with a receptionist or other person having charge of the attorney's office.

___ FACSIMILE TRANSMISSION: The correspondence or documents were placed for transmission from (650) 592-5027 at Redwood City, California, and were transmitted to a facsimile machine maintained by the party or attorney to be served at the facsimile machine telephone number provided by said party or attorney, on this same date in the ordinary course of business. The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

PERSONS OR PARTIES SERVED:

Rizalina Abellan
264 Faxon Avenue
San Francisco, CA 94112

///

///

1  I certify (or declare) under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this declaration was executed on April 23, 2008.

*Sheri Darbonne*
Sheri Darbonne

Court: USDC Northern District
Action No: 08-00252 SI
Case Name: Abellan v. Superior Court of California