IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN, | No. C 08-00252 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff's third amended complaint is dismissed without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: April 28, 2008

SUSAN ILLSTON
United States District Judge