FILED

Rizalina Abellan
264 Faxon Avenue
San Francisco, CA 94112

MAY 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*Case no. C-08 252 SI*

Leave of Court to Amend, To

| | |
|---|---|
| RIZALINA ABELLAN, | Cure  Defect  with Leave of |
| Plaintiff | Court ,Adverse to Plaintiff's |
| Vs. | Dismissal.  Jurisdiction 28 |
| SUPERIOR COURT OF CALIFORNIA | U.S.C. section 754, sub-section |
| ATTY. GARY LIEBERMAN | 2201, 2202 under Rule 57, |
| FIRE INSURANCE EXCHANGE | Amendment 4 ( Search and |
| MISS PHOEBE KWONG | Seizure) as to Trial Denovo |
| SAN FRANCISCO SHERIFFS DEPT. | under Rule 38 and 39, Rule 57, |
| | 59, 60, 65 (a), section 1343, |
| Defendants. | Title 28 section 1331, 1332 |
| | Rule 60 (B) Relief Rule 9 (e) |
| | Article 3 of the Constitution |
| | 42 U.S.C. section 1983 Relief, |
| | And Pre-Judgment Remedies |
| | Subject of Fraud and Illegal |
| | Violation of Constitutional Law |

*a "Rivarov"*

- 1 -

1    Complaint comes now for Leave of Court.    The Honorable
2    Judges  Susan  Illston,  Judgment Order  Dismissal  is  abuse  of
3    process and discretion  when in facts, evidence and substance of
4    the complaint with out reasonable doubt on the issues are all
5    meritorious as the Judge collateral attack on the merits are
6    discriminatory subject to Title VII section 1981-1983 under the
7    color 42 U.S.C. 1983.    Equal Justice to Justice Act and Unruh
8    Act violation as a Prose Litigant if these case are an scapegoat
9    to sabotage violates C.C.P. 170.1, C.C.P. 170 TO C.C.P. 170.7
10   violates Cannons of Judges 1, 2 and 3 as the inherent power to
11   summarily convict the defendants to a cause under the Law of
12   Property constitutional denial of administration of Justice in
13   such causes and charges are directly  tend to influence the
14   court hence are contemptuous (U.S. v. Sanders 290 F. 428 as the
15   court acting arbitrarily held contempt of court and also the
16   defendants involved.    A RICO Act, a Federal offense.    Being
17   issues April 29 immaterial subject to scapegoat, see: U.S. v.
18   Sanders 290 F. 428, Misconduct as officers of the Court as
19   subject Plaintiff complaint is meritorious and consent and
20   advise was not in good faith in the discharge of duty.  Ant the
21   defendants offense to our complaint to it is required where the
22   Court is open and there is opportunity for existing _____

23       As Attorney Gary Lieberman, the Superior Court, Attorney
24   Kathryn Klaus attempting to influence the Court through illegal
25   filing.    Probating a non-Probate are constitutional violation

1   are professional gross violation of professional property,
2   warranting punishment and disqualification as for contempt of
3   Court.  Leber v. U.S. 170 F. 881 96 C. CA 57.

4        Subject case are guilty of contempt by obstructing Justice
5   in moving to withdraw appearance of defendants where motion,
6   alibi and suggestion of unclear as to issue and lawful complaint
7   is obstruction of  Justice to me being property stolen, money
8   stolen by using the Court system as was alleged with clarity and
9   evidence attachment as to issues that are against the law is
10  unclear to my allege complaint?

11       The issues of financial status to be permitted to proceed
12  in the Federal Court, Court of filing fee under 28 U.S.C.
13  section 1915 (a) (1) are true at the time of my.  I am broke.  I
14  was not able to pay my house payment at that time, January 14,
15  2008 and had filed late payment of my mortgage and my other
16  incidental bills.  I had to borrow money from my aunt and to
17  Statewide Realty Broker to pay my bills and actually sued by
18  Miss Jearry Miyoshi in Small Claims Court for my bills to her as
19  attachment three (3) years ago, see attachment.

20       Falsification of Judicial Proceedings or records is
21  contempt and more reprehensible when done my attorney and the
22  Court, U.S. V. Ford, 9 F. 2d. 900.

23       Subject dismissal interposing false answer in suit to abate
24  are guilty of  obstructing justice and of contempt,  see: U.S.
25  v. Frank, 53 F. 128 reversed C.C.A.  Loughlin v. U.S. 57 f. 2D.

1  1080 and reversed. Rearse v. U.S. 59 f. 2D. 518 any attempt by
2  mere colorable dispute to obtain the opinion of despicable abuse
3  as to constitutionality of complaint upon a question of law
4  which the party desires to know for his own interest and purpose
5  where there is substantial controversy between those who appear
6  as adverse to the suit is an abuse of the court, constituting a
7  contempt against the Judges are actionable RICO Act and contempt
8  of court.   See: Lord v. Veazie 40 U.S. 251 How 251,12 L. Ed.
9  1067.   These are punishable by attachment as to the decision
10 and controversy.   See C.C.P. a.1801. Hollingsworth v. Duane,
11 Fed. Case No. 6,616, Wall Sr. 77 no. 14,997, Wall Sr. 102.

12     It is a contempt punishable by attachment of the defendants
13 , the court to publish remark which have tendency to prejudice
14 the public with respect to the merits of a cause depending in
15 court and to corrupt the administration of    justice.    See:
16 Republica v. Oswald. I U.S. 319T, Dolk 319, I L. Ed. 153, I am
17 Dec. 246.   To constitute contempt must relate to pending matter,
18 as to my case, see:  Corrish v. U.S.. 299 F. 283 calculating  to
19 prejudice in the public mind.  To obstruct the administration of
20 Justice Pending proceedings is within the Judicial Code section
21 268 28 U.S.C. A section 385-U.S. v. Providence Tribune Co. 241.F
22 524. as to my case, Prejudiced Publication relating to pending
23 proceedings favoring defendants to forestall fraud, dismissed
24 action  on  the  merits  should  not  be  permitted  to  preside
25 heldguilty of contempt as to Judicial Code section 268,  28

- 4 -

1   U.S.C. section 385.    See _____ v.U.S. 33. F 3d 660.
2   Subject dismissal of my case to sabotage criticism of judges
3   ministerial    subject    to    C.C.P.    170.1,    170.6,    170.7
4   disqualification as to hiding misbehavior of all defendants in
5   the  courts  presence  or  so  thereto  obstruct  justice  in  the
6   administration of justice.    The misbehavior of any officer of
7   the court or of any party to obstruct that justice in their
8   official transaction and to disobedience or resistance of any
9   officer or of any party, juror witness or of any other person to
10  any  Lawful  Decision,  writ,  process  order,  rule,  decree  or
11  command of such court.    Held that under such section common law
12  power to punish as to contempt, a law, a misstatement as to law,
13  rights,  of  individual  federal  court  could  no  loner  exercise
14  their  common-law  power  to  punish  as  for  contempt.    A
15  Misstatement of the effect of their decision citing:    Asbestos
16  Shinglo, Slate and Sheating Co. V. H.W. John Mnaville Co. 189 F.
17  G.H. Interferred as to my right of a lawful complaint as to
18  decisional  obligation  underlying  evidence  as  to  Remititur  of
19  Affirmance subject to trial de Novo or Honorable Judge Susan
20  Illston Trial approval before.    Individual code section 268
21  which was enacted as Act March 2, 183, 28 U.S.C.A Section 385 as
22  to Bias and Prejudice under Judicial code section 21  28 U.S.C.A
23  section 25 same thing with all defendants.    Citing Flemings v.
24  U.S. 270 F. 613 appeal dismissal 43 S. Ct. 10. 260 U.S. 762.67 I
25  Ed.496.    Genet  interference  is  a  clear  view  of  Bias  and

1   Prejudice to administration of justice as to Superior Court of
2   California violates Judicial code Section 21, 28   U.S. Section
3   25. 28 U.S.C. Section 385. C.C.P 3294 C.C.P, 3399 as to all
4   compelling evidence and higher court decision some offenses are
5   done after higher court decision some are before which are
6   against the law where will I go if the defendants corrupting
7   state and federal court for justiceability being sabotage as to
8   untenable, unconscionable abuse of discretion, process state,
9   federal, criminal offense of both defendants or court system.   A
10  systematic abuse of the law.  What will happen to our country to
11  safeguard peace and justice to citizen.  See U.S. V. Craig 270
12  f. 900 as to access as to voluntarily disqualify herself as
13  misbehavior    of    defendants    were    ignored    by    dismissal
14  justiceability as to my complaint is real as to evidence Code
15  28 U.S.C section 25.   See Flemings v. U.S. 270 F. 613 appeal
16  dismissed 48 Superior Court 10, 260 U.S. 752, 67 1. Ed. 496.

17      Contempts are two classes criminal and civil.   Criminal
18  contempt is the obstruction of administration of justice.   Where
19  as the gist of perjury is falsification under oath or order or
20  corrupting the process by the defendants.   Jud. Code section
21  268.28 U.S.C section 3815   See: Clark v. U.S. 61 F. 3d 695
22  offering and remanding for resentence.   These defendants are
23  these?   D.C. 1931. U.S. v. Clark I.F. Supp. 747 and cetiorari
24  Granted affirmed 53 S. Ct. 465, 289 U.S. I, 77 I Ed 993.
25  violation should be punished in any shape or form.   Court should

- 6 -

1  be directing the issuance of attachment to bring the defendant
2  into court may be converted into a criminal proceedings by the
3  intervention of the United States and my filling asking Judicial
4  Notice for Jurisdiction of the Trial Judge Hon. Susan Illston's
5  Jurisdiction asking these motion or my rejection to make a party
6  Plaintiff asking to make against the defendant and to be
7  Plaintiff to be made therein.  Citing U.S. v. Huff. 206. F 700.
8  As   justice  ─  ability   is   being   invoked   under   my
9  *14ᵗʰ amendment & equal justice to justice act amend to the estate*
   *tutur v Illegal Search & Seizure of Property + article III*
10 justice to justice act complaint as to illegal taking of
11 property, money, mortgage and bank account and responsibility of
12 FIE Insurance company under Atty. Kateryn Klaus, Atty. Gary
13 Leiberman, Superior Court of California's Probate Department
14 Obstruction of Justice.  Violation of 28 U.S.C. Section, 15
15 violation of 42 U.S.C. Section 385.  The federal courts are the
16 institution to preserve and enforce the rights of private
17 parties and to compel obedience of orders, decree made to
18 enforce the rights, remedies to which the courts have decided
19 such parties are lawfully entitled as to affecting the rights of
20 parties and litigant.  In Rice, 181. F. 217, C.C.A M.O. 1908.
21 Wasserman V. U.S.  161 F. 385 181. C.C.A. 645, 21 ANN. CAS. 897
22 as to my continuation of my original suit subject to crimes
23 committed by the defendants civil and criminal as to perjury
24 obstruction of justice resilient to crimes and punishment as to
25 contemptous an opportunity to be heard was not heard dismissal

1 without due process to complaint is violated of my
2 constitutional rights under my 14th amendment
3

4 To Hon. Judge Request to Leave to amend or cure defect to
5 vacate Judgment dismissal issue and facts meritorious base on
6 complaint's allege. See: Lemon vs. Hubbard (1909) 10 C.A. 471.
7 476 102 P. 554 on Plaintiff defective complaint corrected.
8 Secure relief by motion through mistake and inadvertence. See:
9 Elston v. Turlock (1985) 38 C. 3d. 227, 232, 211, C.R. 416 695
10 P. 2d. 713 section 167. Relief from deemed admission under
11 C.C.P. 2033.

12 Denial of Plaintiff's Right to file an amended complaint
13 and cure defect is a crime of contempt against the United States
14 within meaning of Section 3 of the Judiciary Act. I. Stat. 91.
15 U.S. v. Jacobe, Fed. Case NO. 15, 460, I Flip. 108 INt. Res.
16 Rec. 45-62, 3 Chi. Leg 345. Am. Law T. Rep. U.S. Cts. 148, I.
17 Leg. Op. 6. Am. Law 183. Subject to Recusal contempts are of
18 two classes criminal and civil, criminal contempts are
19 prosecuted to preserve the power and vindicate the dignity of
20 the courts and punish the offender, citing Clay v. Waters 178 F.
21 385, 101, C.C.A. 21 Ann. Cas 897. Plaintiffs complaints as
22 alleged with regards to the sale and illegal taking of property
23 is constitutional violation under Rev. St. section 725, 28 U.S.
24 CA section 385. As used and offered an evidence Doniphan v.
25 Lebman 179 F. 173.

- 8 -

1   Civil contempts are instituted to preserve and enforce the
2   rights of private parties and to compel obedience of orders and
3   decrees made to enforce the rights and remedies to which the
4   courts have decided such parties are lawfully entitled but in
5   Honorable Judge S. Eloston opinion and orders is one affecting
6   only the rights of parties, defendant  and not litigant.  Citing
7   frivolous, comparing the crimes committed with defendant as the
8   Higher Court decision in the light of C.C.P. 3294 C.C.P. 3399,
9   C.C.P. 430.10 Remititur issued as to Notice of the Sheriff Dept.
10  illegal or void, property sold, mortgage taking, rents and bank
11  accounts are civil contempt by the defendant named by the court
12  in a civil action for benefit of the opposing party, defendant
13  therein  or  by  willfully destroying, removing, concealing of
14  subject matter of litigation is contempt, see:    Dakota
15  Corporation v. Slope County, N. D. 75F. 2d. 584 certiorari
16  denied 56 S. Ct. 106, 296 U.S. 59380 L. Ed. 420.  Civil contempt
17  actions are prosecuted to preserve rights of private parties and
18  are remedial in nature.  Such in my case: see: Dakota v. Slope
19  County N. D. 75 F. 2d. 584 certiorari denied. 565 S. Ct. 106,
20  296 U.S. 593 L. Ed. 420.  It partakes of the mature of a crime ─
21  Fanshawe v. Tracy, Fed. Case No. 4, 643, 4 Biss. 490 (1910) as
22  to the defendants suppression, falsification of evidence, its
23  sufficiency in determining whether perjury is contempt of court,
24  relation of perjurer to court and other circumstances must be
25  considered as to my Leave to Amend, Clark v. U.S. 53 S. Ct. 465

1  I, 77 L. Ed. 993.  Affirming C.C.A. 61 F. 2D. 695   193) which
2  affirmed D.C. U.S.v. Clark I F. Supp. 747 and certiorari granted
3  Clark v. U.S. 53 S. Ct.  314, 287, U.S. 595.77 L. Ed. 519. (U.
4  S.  Minn.  193) see: In re Brule 71 F. 943 (D.C. NW 1895)

5  It is no defense that the court was without jurisdiction to
6  entertain the pending case - U.S.  vs. Toledo newspaper Co., 220
7  F. 458 affirmed. 38 S. Ct. 560, 247 U.S. 402 62 l. Ed. 1186,
8  Leave to file petition for  rehearing granted, 38 S. Ct. 581, 62
9  L. Ed. 1186.  Proceedings is within Judicial Code section 268,
10  28 U.S. CA section 385, U.S. v. Providence Tribune Co., 241,
11  524.   Such as in my case vs. defendants, Atty. Gary Lieberman,
12  Superior Court of California, Ins. Fire Exchange, Miss Phoebe
13  Kwong and Sheriff's Department as defendants, subject to
14  judicial code section 268, U.S. CA section 385
15  violation _____ section 725  U.S. v. Toledo Newspaper Co.
16  220 F. 458 affirmed 1916, Toledo Newspaper Co. v. U.S. 237 F.
17  986, 150 C.C.A. 636 affirmed.  Such opinion is bias and
18  prejudice based on Judicial Code 268 U.S. CA section 385. Rev.
19  St. section 25, RICO Act,  Equal Justice to Justice Act, my 145h
20  amendment a duty of the Court for the complaint to be heard.

21  Plaintiff complainant under  the Estate of Rufina Abellan
22  under the Appeals Court meritorious   decision which was
23  originally commenced and issued Remititur came back to be
24  refilled for Probate violates C.C.P. 430.10 as to splitting of
25

1  cases is Res-Judicata collateral Estoppel and is void, as the
2  evidence filed.

3      Subject matter and evidence issues that should be resolved
4  and relief or  Summary Judgment Order of Proceeding as to
5  hearing concerning the alleged offenses under Palma Notice, why
6  they had done a settled case. Originally commenced came back to
7  haunt us tortiously, maliciously and frivolously which all of
8  defendants in these state are the causation when they knew that
9  the property are non-Probate, a crime is committed, is a
10 tremendous obstruction of Justice to us especially when we are
11 minority, preventing access to court when supposed to be treated
12 liberally as to prose litigant. Subject to Title VII violation
13 based on race, color and natural origin 42 U.S.C. 1981-1983.
14 When authorized to have jurisdiction under the Law of Property
15 based on their offenses of illegal taking criminal and civil
16 contempt done by all with their fine jail term and sanction. I
17 know that I don't have a Bar Number, "but" we understand what
18 is right and what is wrong and the Honorable Judge should take
19 into consideration their offenses, a brutal offense of life,
20 liberty and property under the Law.  Sanctionable requires
21 qualification as to Recusal 42 U.S. CA 1981-1983 as to RICO Act
22 14th amendment as access Equal Justice to Justice Act. Dismissal
23 should be based on Palma Notice. Suppression, concealment and
24 willful intent where a sale take place, conveyance took place
25 mortgage took place, grand theft took place in the rent and bank

- 11 -

account. Where deed to mortgage was fraudulent, grand theft was fraudulent. Plaintiff Rizalina Abellan, estate representative creditor as required by statute under C.C.P. 3294, 3394, C.C.P.430.10, as to bifurcation of probate proceeding when remititur had issued subject to estoppel and void. Subject to summary adjudication or relief.

Proceeds of insurance on property conveyed or restitution as to application of proceeds to creditors claim as Plaintiff creditors and defendant judgment debtors beyond reasonable doubt. Presented evidence as to a settled case for relief under C.C.P. 473, C.C.P. 473 B. Actually my complaints is a bill in equity for fraud in the form which it is framed have been sustained and there has no general appearance, demurer plus or answer of the Superior Court and Attorney Leiberman as violative of law of respondent Superior and has an undoubted right to amend my bill. Insurance Co. of North America v. Svendsen, 74 F. 346 (CCSC 1890) where question of materiality of allegations is doubtful, allegations will be allowed to stand until final hearing. Shredded Wheat Co. v. Kellogs Co., 26 F. 3d 284 (DC Conn. 1928) Such my case is a bill in equity for want of proper prayer for relief or because it was erroneously placed on the lase, such objections being matters of form only - Daniel v. United Shoe Machinery Co. 120 F. 839. as to my amended or previous citing U.S. District California 1869 a court in equity has the power on hearing a cause if unable to do complete

justice by reasons of defective pleadings to permit amendments both of bills and answer  see: Neals vs. Neales, 76 U.S. I. 9 wall, I 19 L. Ed. 590. Thus doesn't violate 29th rule of equity practice prescribed by Supreme Court – Washington A & G.R. Co. vs Bradley 77 U.S. 299, 10 Wall, 299, 19 L. Ed. 894.    Also Fox V. Patterson 43 App. D.C.  484, App D.C. 1915 an amendment to bill in equity does not set forth a new different cause of action so as to forbids allowance in the courts discretion, although the reasons for relief are stated more fully and in some respects differently from those in the original bill where the purpose of both complaints is the same to establish a resulting trust arising from the same transactions and based on the same general rule of law applicable to resulting trusts. Brainard v. Buck 22 S. Ct. 458184 U.S. 99, 46 L. Ed. 449 affirming 1900, 16 App. D.C. 595. (U.S.A. D.C. 1902) such is a new ground and point in federal law on the ground I had construed to conform to the proof facts not to state a cause of action.

Where a deed is void as an executed contract by illegal defendants Superior Court Attorney Gary Lieberman, Phoebe Kwong, Insuranc Fire Exchange, Equity, "Plaintiff" will allow a bill for foreclosure brought on such deed done on the hypothesis that it was valid a mortgage amount to which a demurer must otherwise be sustained to be converted by amendments into bill for specific performance.   See: Randall v. Joques. Fed. Cas. No.

1  11553 4 Quart. Law. J. 218 Facts supports modifying new
2  amendments.

3      A court of equity has the power on hearing a cause, if
4  unable to do justice by reason of defective pleadings, subject
5  to evidence settled to permit amendments both of bills and
6  answer as right to amend pleading in general. See: Neals v.
7  Neales, 76 U.S. I., 9 waled I 19 L. Ed. 590. Such will violate
8  Supreme Court ruling of equity practice and free speech rights
9  violative of 29th rule of equity. The stateness of a demand or
10 want of proper parties in equity is no objection to amend the
11 bill and hence will not be stricken on defendants motion. D.C.
12 Cal. 1936 Asher v. Ingles 13 F. Supp. 654 will be allowed to
13 stand until the final hearing see: Shredded Wheat Co. v. Kellog,
14 26 F. 3d. 284 on motion to strike out the whole answer as to
15 evidence as to facts and evidence must be taken together for
16 Substantial justice as required. In suit for relief and summary
17 judgment in bills for assessment of damages on basis of
18 allegation in bill where complaint did not show fraud as to
19 pleadings, demurrers of complaint on basis of allegations in
20 bill relating to claims as interested parties in equity and the
21 court has jurisdiction . Superior Court Attorney Gary Leiberman
22 and Phoebe Kwong Illegal and fraudulent scheme of sale and
23 illegal mortgage interference of Attorney Leiberman for
24 violation of business and professional are not immune for their
25 corruption and willful concealment and fraudulent scheme done to

- 14 -

1  plaintiffs and remainders.   There are limits of immunity for
2  public officials for committing crimes fraud deceit and o
3  business of the courts to their exercise of public practice and
4  orders as to illegal responsibilities of public organize by the
5  government on the basis and scheme of fraud to property,
6  security life and liberty of illegally taken should be punished
7  as no excuse to immunity citation of immunity is vague and
8  irresponsible as evidence beyond reasonable done of abuse of
9  process decision fraud law statute code, final code,
10 constitutional should be subjected to equal treatment as law was
11 created for this purpose. For peace and prosperity.

12      Plaintiff now with genuine issue request by Rule 56 (3)
13 entitle Party for Summary Judgment Facts, evidence actually
14 presented such as to constitute my legal defense.  Huhn v. Braby
15 Transfer and Storage Co. (1947, CP T III )  159 F.2d. 383,170
16 ALR 999. Cert. den.  331 U.S. 844, 911. Ed. 1854 67 S. Ct. 1535
17 as to terminate my  controversy and Relief as to justiceable
18 nature as provided as in Calif. Code (during 1937, section 1062
19 as to property right under the constitution, life, liberty,
20
21 property and prosperity.  As to existence of duty, power,
22 privilege right, liability, disability and immunity  on any
23 legal relation depend upon our interest as declared.  Title 28
24 U.S.C. section 2201, 2202, Rule 59, Rule 60, Rule 57 vested to
25 be exercised as to judicial discretion, jurisdiction under 28
   U.S. 28 section 2201, 2202 as to Restraining Order and

1  injunction under Rule 65 (a) or (b) as on the merits and
2  substantial constitutional rights.

3      Jurisdiction founded on diversity of citizen and amount.
4  Plaintiffs are citizens of State of California, have Principal
5  of Business in this State.   Jurisdiction founded on Federal
6  question and amount of controversy of United States, Article III
7  section ___, Amendment III, Amendment IV and Amendment IX.
8
9      The matter of controversy exceeds exclusive interest and
10 cost, the sum of over $1,000,000 dollars that had been prayed
11 for summary or declaratory judgment as to damages.

12     Jurisdiction founded on the existence of a question under
13 the following statutes as fully appears.

14     1. U.S.C. Title 28 section 1331 amount of Fraud in
15        controversy, cost and section 1332, diversity amount
16        where by law, no jurisdictional amount is required as to
17        civil rights, unfair competition, section 1343 to civil
18        rights.
19     2. 28 U.S.C. sub-section 2201, 2202 under Rule 57, Rule 59,
20        Rule 60
21     3. Trial under Rule 38 and 39 under Rule 65 (a) or (b) as
22        to substantial constitutional rights and merits.
23
24
25

- 16 -

1    Leave of Court

2        Power of receiver to sue under 28 U.S.C. section 754,
3    Rizalina Abellan et. al. Surety in equity.  Plaintiff Rizalina
4    Abellan request Honorable Judge Susan Illston for relief under
5    equitable remedy of injunction as preventive, prohibitory
6    protective or restorative as law and circumstance of case
7    warrant because of defendant's continuous abuse whether criminal
8    and civil as to recurrent violations, cognizable danger which
9    serves to serve to keep case alive.  U.S. vs. W.T. Grant Co.
10   (1953) 345 U.S. 629 97 L. Ed. 1303, 73 S. Ct. 894 as to guard
11
12   abuse. Rule 65 remedy of injunction to defendants.  Superior
13   Court Attorney Gary Lieberman, Roseller Abellan who is not
14   administrator nor executor as or a restraining order or
15   injunction, See: Thomas v. Cooper (1958) CA 8 Ark) 254 F. 2d.
16   808.  As fully justified as to continued abuse as to civil,
17   criminal contempt of court and Penal Code offenses as to my
18   civil suits.  See: U.S. vs. Gilman (1972) D.C. NY, 341 F. Supp.
19   891 as to irreparable injury as to Declaratory Judgment Act 28
20   U.S.C. sub-section 2201, 2202 as well as joinder provision of
21   C.C.P. See:  Beacon Theaters Inc. v. Westover (1959) 359 U.S.
22   500, 3 L. Ed. 2d. 988, 79 S.Ct. 948.  For purpose of rule 60 (b)
23   for relief from Judgment dismissal Leave of Court to amend
24   Revivor and Re-argument based on evidence, record before the
25   court when it ordered, when in rendered interlocutory

decision or to reopen for further evidence at any time prior to entry of its final judgment. See: Triump Hosiery Mills v. Triumph International Corp. (1961, DC NY) 191 F. Gupp 937 revd. on other grounds (CA 2 NY) 308 F. 2d. 196. Mobay Chem. Co. v. Hudson Foam Plastics Corp. (1967, DC NY) 277 F. Supp. 413. Such authority under Federal Court in diversity where Federal sat authority and security agreement required to assemble property subject to security, receivership and make available to creditor defendant. Debtor in lien and equity performance, for injunction under Rule 65 (c) for payment of courts cost and damages as court deems proper who is found to have wrongfully restrained or enjoined as to recoverability clause in Federal Law and Rule advanced by Erie v. Tompkin as same law are applied for diversity as in State Court in which my case sits. As to my injunctive Relief and Summary Judgments Penn Cent. Transp. Co. v. Pirate Canoe Club, Inc. (1972, CA 7 NY) 463 F. 2d. 127. Such performance of defendant claimed by Plaintiff for permanent injunction in recovery for possession subject to illegal taking of property at 1609 San Pablo, California Avenue property and 101 Campbell St. property must be issued a permanent injunction as to irreparable injury to Plaintiff for their fraud, grand theft, civil and criminal offense. Justify permanent injuction would be final and conclusive as to evidence supersedea, remititur issued as to

- 18 -

defendants bifurcation of cases which violates C.C.P. 430.20, splitting of cases are abatement, subject to res-judicator collateral, estoppel and barred by statute as to non-probate status issuance of executor administrator or sale issued are illegal and fraud. C.C.P. 3294, C.C.P. 3399 for compensatory and no further hearing required, Port of New York Authority v. Eastern Air Line, Inc. (1966, DC NY_ 259 F. Supp. 745 as to Remedy to Enjoin State Court statutes and procedure filed April 4, 2008, ancillary to pending suit based on complaint filed and issuances of summons is void, See: Lynch v. Snipp (1972) DC NY 350 F. Supp. 1134, revd. On other grounds (CA 4 NC) 47 2 F. 2d. 769. cert. der. 415 US. 983, 39 L. Ed. 880, 94 S. Ct. 1576 such Plaintiff are entitled to property, money taken rents, bank account.   Duty of Federal court in the exercise of jurisdiction dependent on diversity of citizen to follow state statute and state court decision in the application of equitable principle and of my rights as trustee representative and remainder.   115 ALR 1007, 160 ALR 1243 as to writ of trial court before the hearing on the merits as to jurisdiction, see: U.S. v. Lynd. (1962, CA 5 Miss) 301 F. 2d. 818 cert. den.

Improper dismissal of party as error prejudicial to one of several defendants in any respect is erroneous as authorized by Rule 42(b) Hilton v. W.T.Grant Co. (1962, DC Pa.) 212 F. Supp. 126 Ruling was really harmful to Plaintiff as complainant surety

;in equity in fee. See: Tugwell v. A.F. Klaveness and Co. (1963 CA 5. Tex) 320 F. 2d. 866 cert. den. 376 U.S. 951, 11 L. ed. 2d. 970, 84 S. Ct. 967   inconsistent with substantial justice. Western Transmission Corp. v. Colorado Mainline, Inc. (1967, CA IV Wyo.) 376 F. 2d. 470.  Denial of permission to file defensive pleading was harmless error when government presented no issue of fact or additional issues of waiver of fees at the time of filing was destitute due to continue abuse of discretion, process and  constitutional rights in property, liability and pursuit of happiness and interfered in our daily life, business profession and was not able to procured funds because they make sure that we can't continue to defend as they are the causation as the property non-probate violated our property rights, liberty and freedom such as our complaint conform to law and equity.  As to they liability is not reversible error fraud C.C.P. 3294, 3399 for treble damages and court should act as receivership to avail funds for waiver of fees if allowed to conform as negative in our bank account and economically destitute to meet everyday necessity as business is slow cancel my license and renewed when I filed complaint.  Court rejection would avail the offeror nothing if allowed, see: Sleek v. JC Penny Co. (1963, CA 3.Pa_ 324 F. 2d. 467.

- 20 -

1    Dismissal for relief and damages prayed for damages found
2  for fraud for illegal property sale, rent taking, mortgage
3  fraud, interference of my administration are harmful and
4  prejudicial as to diversity, as to several  defendants are
5  erroneous as can be of  several defendant trial as authorized by
6  rule 24 (b) Hilton v. W.T. Grant Co. (1962, DC Pa.) 212 F. Supp
7  126. and we were harmed by error.  Bell v. Swift  and Co. (1960,
8  CA 5 Ala)   283 F. 2d. 40T.  As to my complaining, party Tugwell
9  v. A.F. Klaveness & Co. complaining party.  Ruling was
10  erroneous, same as to my complaint, Tugwell v. A.F. Klaveness &
11  Co. (1963 CA 5 Texas)  320 F. 2d. 866, Cert. den. 376 U.S. 951,
12  LL 1. Ed. 2d. 910, 84 S. Ct. 967.  Such is inconsistent with
13  substantial justice as to supersedea, interferences, fraud and
14  remititur issued violative of contempt of court, perjury,
15  criminal and civil offenses by defendants and there is no
16  immunity as to 42 U.S.C. SECTION 268, 395, 725, 15, Rule 60 (a)
17  relief should be granted from manifest error.  Rule 60 (b) (2),
18  rule 62 (b) performance of duties for new trial, rule 63,
19  erroneously to direct a verdict is an abuse of discretion.
20  Campbell v. American Foreign S.S. Corp. (1941) CA 2 NY, 116 F.
21  2d. 926, Cert. den. 313 U.S. 573, 85 1. Ed. 1530, 61 S. Ct. 959.
22  As authority to grant a trial rest in the Federal District Court
23  not the Court of Appeals.  Herring v. Kennedy Heving Hardware
24  Co. (1958 CA 6 Tenn.)  261 F. 2d. 202.  Such is  Rule 59 (1) as
25

- 21 -

section 269 of Judicial Code of 1911 or Rule 60 (B) within reasonable time of the District Court as to my access. As to equal Justice to Justice Act. As erroneously referred to direct verdict as to complete document evidence complaint filed April 4, 2008 as to all complaints on hand as ground for new trial even it supports verdict, Rule 59. Such had become for just, speedy and inexpensive determination of every action, Carraci v. Brother International Sewing Machine Corp. (1963, DC La) 222 F. Supp. 769, affd. (CA 5. La) 341 F. 2d. 377. As unusual circumstances as to factual and legal that could be presented and presented in equity: Seymour v. Potts and Callahan Contracting Co. (1941) D.C. Dist. Col.) 2 FRD 38. Facts are presented, facts in conclusion of law, evidence taken that justifies my case be a trial or that facts before a judgment entered in favor of a movant plaintiff originally entered. McCraw v. Superior (1974, CA 10 Oak., 1141 F. 3d. 789, See: Phelan V. Middle States Olk Corp. (1945, CA 2 NY 210F. 3d 360 Later App. (CA 2 NY) 220 F. 3d. 593 Cert. Den. 349 U.S. 929, 99L. Ed. 1260 75 S. Ct. 772 such as my complaint for condemnation U.S.A. Plaintiff and joinder for taking of property under the Power if Life Estate on Estate in fee. Simple absolute of 1609 California Sol. San Pablo and  101 Campbell Avenue, San Francisco, CA 94134 property attachment of Deed and evidence date of illegal conveyance taking or mortgage rent and

interference as the authority for the taking is the act of
article III of the constitution C.C.P. 329 and for fraud 3399
for treble compensatory damages we are known to be plaintiff and
remainder to qualified residential first obstructed justice. Use
have claimed an interest in the property money or rent taken
back account taken.   Wherefore, the Plaintiffs and remainders
demands judgment that the property condemned or restoration and
treble compensation for willful concealment and intent to
defraud under concerted act under RICO Law of Respondent
Superior be as certained and awarded as prayed for relief as
lawful and proper as to my filed complained amended with law to
amend and jurisdiction inviked entitled for summary.

Doctrine of qualified immunity in action under 42 U.S.C.S.
pp. 1983 -Bibens actions for civil rights violations 116 L. 3d.
965 Interest in property under violation of fourth amendment
guaranty against unreasonable searches and seizures, not
trespass per se, trespass is also relevant if it represent
invasion of defendants reason  expectation of privacy U.S. V.
Jackson (1978 CA 4 Va) 585 F.3d. 653.

Sheriffs Department illegal searches and seizure and
patting to jail within the privacy of home and interest in
personal property is government  termination of person's rights
to life, liberty and property through means intentionally
applied as to dealing with force and arrest, seizure of cars

1  where defendants had privacy interest, property interest were
2  searches and seizure is subject to truth amendment violation
3  against searches and seizure are subject to fourth amendment
4  prohibition as to search and trespass upon privacy of one's home
5  or possession within the meaning of law as originally conceived
6  as to Attorney Gary Leiberman, Rosellier Abellan subject to
7  stolen property at 101 Campbell Avenue, San Francisco, CA ,
8  stalling belonging of his brothers jewelry property tools and
9  equipment also at 1609 California Avenue property interference
10 trespass violative of illegal seizure sale of property through
11 means intentionally applied by Superior Court of California
12 Atty: Gary Liberman, Roseller Abellan, Phoebe Kwong, Sheriffs
13 Department of San Francisco and Insurance Fire Exchange duty to
14 defend and Illegal Seizure by Fraudulent filling against
15 property owner in fee.
16

17     Fourth amendment guarantees right of individual to be
18 seizure in his person unreasonable arrest as well as against
19 unreasonable searches of houses and seizure of papers, effect as
20 to jewelry,tools, property will be inventoried. United States
21 Exrel.  Patts v. Raff (1994 CA 3 PA) 141 F.3d. 45, Cert. Den.
22 (1944) 322 U.S. 727 88 l. Ed. 1563 64 S. Ct. 943.
23

24     Property rights of person in possession, property rights of
25 person in possession of premises and personal rights of
   individual  whom against whom seized evidence is to be used.

1  Limited states V. Hughs (1971 CA 5 Tax) 441 F. 3d 12 Cert. den.
2  1971) 404 U.S. 849, 30 L. Ed. 2 d. 88. 92 S. Ct. 156.   These are
3  applied to us these case law as attorney Leiberman and the court
4  Phoebe Kwong, Superior Court of California. Probate Department
5  Sheriffs Department and Insurance Fire Exchange did stole the
6  Property sold took mortgage, rent money stile personal effects
7  in both houses as burglars without consent criminal and subject
8  to prejudgment remedies summary judgment and relief C.C.P. 3294
9
10 for Fraud C.C.P. 3399 P.C. 494, 495. Bifurcation of case to
11 fulfill  willful intent to conceal    bifurcation C.C.P. 430.10
12 that the scheme they use for Illegal Seizure Sale and search
13 Tresspass Grand Theft violate Bus. & Prof Code 3-100; 5-100; 4-
14 100.   These violate Rules of Criminal Procedure reports
15 procedure Fourth amendment's policy against unreasonable
16 seizure.   Zucher v. Stanford Daly (1978) 436 U.S. 547, 56 L Ed.
17 525, 985 ct. 1970, 3 Media L.R. 2377 S. Ct. 231,99 S.Ct. 232
18 Cticaster Inc. v. Mccaskill(1995) W.D. Mo (1883 F. Supp. 1282).
19 As these points of authorities applied to my case for illegal
20 taking of 1609 California Ave. in San Pablo, illegal mortgage
21 taking of $29,000.00,  Mortgage Rent in the amount of $7.000.00,
22 Bank account $760.00, Sale of property compensable value
23 $349,000.00 X3.   Three times or triple damages for Fraud,
24 illegal seizure and Probate Scheme as we are in fee, Supersedea
25 and Remititur issued also as the causation of abuse of all

- 25 -

defendants subject to total damages illegal Jailling of
Plaintiffs Seizure and Privacy act and tresspass.  Request the
Honorable Judge Susan Illston for General Warrant and receives
for  the money taken the total amount. So I can pay my bills as
they make me destitute and I develop addiction going to casinos
because of stress, anxieties and depression which  they are
causation for our miseries,  disfunctionally concerted act of
conspiracy to steal are tortures mentally & physically.  My
small business was not taken cared of , my home payment were
late, FICO score went down, my brothers were thrown out in the
street and sleep in their car.  Care were seized illegally
causation.  These are tragedy that they have to pay and when you
say frivolous about my complaint is absurd.  I did not caused
these I need justice and relief under my constitutional    rights
to property life, liberty, happiness and privacy as evidence in
equity validity plaintiffs et. al are subject for summary
judgment and Declaratory Relief.  C.C.P. 473, 47 (b) compliance
of rule 41 of Federal Rules of criminal procedure subject
defendants are guilty of illegal seizures, sale of property,
rent mortgage, interference to privacy rights, property & life
and happiness subject be brought to magistrate within 48 hours
of warrantless arrest as requirement of Fourth amendment rather
than Rule 5A of criminal procedure.  U.S. v. Encarnation (2000)
CAI Puerto Rico/ 239 F.3d.395 cert. den (2001) 532 U.S. 1073

150, L. Ept. 2d 223,121 S. Ct. 2233.   Case Law applicable to
Defendant subject to corruption, violation of our Fourth
amendment of the constitution as to property in  fee citing
state Rules of Probate codes violation filed April 4, 2008 as to
Leave of Court to cure my defeat as to my filling of amended
complaint dated April 4, 2008.   As attachment and the rest of
filling with Leave of Court attachment for compliance.
Protection afforded by fourth amendments reaches all alike
whether offenders or suspected offenders interest are to be
protected or innocent giving it force and effect is obligatory
upon all entrusted under our Federal system with enforcement of
laws.   As to Hon. Judge Susan Illston & 4th  amendment and
jurisdiction of Appellant involved for illegal search and
seizure to Property and Effect by Defendant Atty. Gary
Leiberman, Roseller Abellan, Phoebe  Kwong, Superior Court of
California.  See: Worthington v. U.S. (1948, CA 6 Mich. ) 166 F.
2d. 557.   Guarantees contained in Fourth amendments creates zone
of privacy in view of ninth amendments.

Provisions must be protected.   Fourth amendments protects
granting of man's home and privacies of Life from invasions and
searches under indiscriminate authority, General authority see
Roc v. Wade (1973) 91 / U.S. 113,35 L. Ed. 2d.147, 93, S. Ct.
1409 as to arbitrary intrusion by Police or Sheriffs Dept.
illegally done by S.F. Sheriffs Dept. through the control and

corruption of Atty. Gary Leiberman tresspass in April the whole month bringing two Chinese people to sell the house illegally changing the mortgage name illegally must be punished for contempt, perjury, grand theft civil and criminal offense and also of Roseller Abellan in conspiracy last Saturday, April 26. Entered in the House installed alarmed illegally with the consent and dictate of Atty. Leiberman violates 4th Amendment, Illegal search and seizure interference, tresspass, stole belongings of my Brothers and give keep to my other Brother Antonio Abellan for illegal tresspass and theft of belongings as David Abellan my Brother who live. There are witness also Romeo Abellan as witness. Subject to warrant of arrest for Privacy Act and Illegal Seizure 18 v. SCS section 3109. Rightness Doctrine as to dispute to a point that warrant decision as resting on Article III as to adverse Legal interest as to depriving of my two disabled Brothers threatens of illegal sale as to qualified residential trust as Life Estate as to decedent intent a substantial controversy of abuse as to Constitutional Laws between parties having abuse legal interest of sufficient immediately to warrant issuance of Declaratory Judgment as to fitness and judicial decision as to hardship to the parties withholding court consideration as to hardship of litigant, accruing of denying relief sought as to substantial controversy not to technicalities but risk of denying relief is a matter of

1  practical common to property rights, Liberty and Happiness.   A

2  real substantial controversy based on rights to property under

3  4th amendment.   Supported by record even not pleaded and argued

4  at the District court 565 F. 2d. At 719 R. 35 as standing to

5  sue. Waiver of fees were not met because of their causation and

6  intentional fraud.   See attached evidence, self-explanatory why

7  waiver fees were filed and is not frivolous as mentioned but

8  meritorious on the grounds of causation.

9

10

11

12

13                                  Rizalina Abellan

14                                  In Proper Persona

15                                  264 Faxon Avenue

16                                  San Francisco, CA 94112

17

18

19

20

21

22

23

24

25

1    Bifurcated case splitting case is abatement. Obstruction of
2    justice, contempt of court of all violates C.C.P.    3294,
3    C.C.P. 3399 compensating three times (3x) penalty for fraud,
4    Penal Code 494 P.C.> 495 conspiracy, undue influence under
5    RICO Act, Title VII, seciton 1981-1983 under the color, Unruh
6    Act of equal accommodation as Prose Litigant violation of 42
7    U.S.C. section 1983. Violated my 14th amendment, equal Justice
8    to Justice Act as to willful intent to defraud.    Concerted by
9    F.I.E. Insurance Co., Gary Lieberman, Phoebe Kwong    and
10   Superior Court Judges, Probate Dept.    Violates Probate Codes
11   10531 (a), P. Code 10503, Probate Code 10580 et. seq. Probate
12   Code 2132, 2130b, 21307, Probate Code section 213 (b), 2130
13   (b), 21307.    Civil Code section 1623, Probate Code 10580,
14   10531, Business and Prof. Code 61036, deceit.    Probate Code
15   217001 (a) acting executor as fraud as to malice, Probate Code
16   damages under Probate Code 21320 (b), 2139 "without issue" as
17   to    Loss    of    Property    Insurance    Code    2071,    $349,000.00
18   comparative value subject to three times (3x) the amount for
19   willful fraud, $1,047,000.00 as was orally argued in Court of
20   Appeals, time three (3x) penalty for offense and corruption
21   with the Superior Court, consent a party to damagess without
22   immunity    as    they    knew    it    is    wrong    and    violates    Law    of
23   Respondeat Superior.    Abuse of Discretion, abuse of process
24   contempt C.C.P. 170.1, 170.6, 170.b Cannons violation 1,2,3.
25

- 2 -

1    My brother, Roseller Abellan, Atty. Gary Lieberman
2    continue to defy the Law the Court the Higher Court decision
3    continually conceal and persistent defiant. On Saturday early
4    morning about 5:00 a.m., my brother Roseller Abellan came to
5    101 Campbell property knocking at the door. So my brothers,
6    David and Romeo called me kthat they are putting alarm and so
7    they know that they cannot stay in the house.  I called the
8    police of San Francisco that my brother Roseller was there and
9    called the Pop-a Lock to open the door,  I believe with the
10   consent of Atty. Gary Lieberman.   These people are fraud,
11   malicious, despicable and eggregious.   The way they disobey
12   the law.   They don't have jurisdiction in Rem or in Personam.
13   Now the Court they use to the San Francisco police for their
14   scheme.   Unconscionable abuse of Atty. Gary Lieberman and
15   Roseller Abellan.   My brother showed the fraudulent order of
16   Judge Dearman paper work when it is fraud executor paper.
17   These corruption should be stopped.  I told the police we have
18   rights more than Roseller, the execution paper is void, the
19   property to sell is void.   The same law statute, codes,
20   constitutional that was filed by me on April4 were violated,
21   subject to attachment as exhibit.   These people are using
22   undue influence, RICO Act, concerted act, concealment as
23   illegal as police are corrupt, too.   They even towed the truck
24   1 gave to my brother, David Abellan.   The police also issued a
25   ticket on my brother's car and is being harrased continously.

- 3 -

1   We are abused so badly, even the police are committing crimes.

2   Three years ago, the truck was stolen and after a week, we

3   found it in Oakland with the front smuck and crushed badly.

4   We filed a complaint at Engelside Police Department and I gave

5   the Driver License they forgot inside my former van. I never

6   heard from the police for my complaint "conspirator". I have

7   two cars that was towed because we become destitute as they

8   are the causation. Because of corruption, these will go to the

9   Solicitor General, State Attorney Inspector General for

10   complaint. It becomes a vicious conspiracy politically, undue

11   influence, systemic abuse of the system involvement, fraud,

12   deceit, abuse of process. It becomes so ridiculous, callous

13   abuse of the law. Justice cannot prevail. Police, sheriffs

14   conspire to the Court and lawyers even if it is illegal. It

15   is whom you know. Superior Court's denial of due process as

16   to denial of Freedom of Speech in court, violates my due

17   process. Private use of State Law to secure property subject

18   to liability under 42 U.S.C. section 1983 as to

19   contitutionally infirm state action under my 14th amendment

20   under the color of the State Law attributable"fairly to the

21   State". Id. At 937, 102 S. Ct. at 2753 as to unjustified

22   seizure as to my obtaining writ are suited to documentary

23   proof. Private defendants faced with liability under 42

24   U.S.C.A section 1983 as invoking State Replevin, garnishment

25

- 4 -

1    or attachment statute that is violative of due process cannot
2    claim the immunity that is available to public officials.

3        As I was deprived of Probate court Judge to speak in
4    Court as to my suppression of Freedom of Speech, 14th
5    amendments, Rights and equal protection right as to equal
6    justice to justice act citing Wyatt v. Cole - U.S.- 112 S. Ct.
7    1827 118 L. ed. 2d. 504 (1992) on remand 9941113 (5th Cir.
8    1993) Cert. denied. U.S - 114 S. Ct. 470, 126, L. ed. 2d. 421.

9        These are the Plaintiff, et. al request for
10   prejudgment remedies:

11   1. The physical seizure of property in the defendant's
12      possession as illegal and continually abuse the law and the
13      Remainders' who have rights to stay as in fee, as to law of
14      succession as defendant Roseller Abellan and Attorney
15      Lieberman have no rights in Rem and in Personam filed April
16      4, 2008 any decision by Probate Courts are void and fraud.

17   2. Injunction - order of the Judge Honorable Susan Illston
18      from dong seizure of property as illegal act, penalty of
19      fine or jail or both for contempt as to Attorney Gary
20      Lieberman, corruption C.C.P. 3299, 3399 persistent and
21      Roseller Abellan. *Court document court Fraud.*

22   3. Lien lis pendens - The placement of a lien on the real
23      property of the defendants City of San Francisco Superior
24      Court Attorney Gary Leiberman, Miss Phoebe Kwong, Roseller

25

- 5 -

1    Abellan pending the outcome of the Litigation as to Atty.

2    K. Klaus contempt. *Sanction + fine*

3    4. Trustee Process - to hold or order of  the court to a

4    third party possessing property or wages of  the defendants

5    to hold the property or wages until further  order of the

6    court.

7    5. Replevin or claim of delivery - restoration to the

8    Plaintiff et.al 1609 property in San Pablo, California

9    Avenue, in which we have the absolute   cognizable interest

10   as    was defrauded by defendants.       Superior court

11   Probate    Department Atty Gary Leiberman,    Fire, Sheriffs

12   Department of San Francisco,  Insurance      Exchange, Miss

13   Phoebe Kwong.

14   6. No Exeat - the order of the court directing the defendants

15   not to leave jurisdiction as to contempt, perjury and

16   criminal offense done not to leave jurisdiction on

17   penalty of fine or jail or both for contempt.

18   a. Disposed property by defendants Superior Court and Atty.

19   Gary Lieberman with intent to defraud Rizalina Abellan

20   et.al.  with intent to defaud creditor as Plaintiffs now.

21   b. That assets will not provide for full payment of their debt

22   after a bulk sale due to compensatory fraud exemplary

23   damages. Emotional distress 3399 compensatory three times

24   (3x) of the amount of property $1,047,000.00.

25

- 6 -

c. Plaintiffs claims the right of possession to Atty. Gary Leiberman Property Superior Court and Phoebe Kwong filed April 29, 2008  abuse under claims of right of possession to your property under a purchase money security interest. If you disagree and think you don not owe party seeking procedural remedy said you did, or were about to do then you can ask the court to hear your side of the story so we can give back your property. If wants hearing you do not have to corrupt the system as you do attorney Gary Leiberman and so and will request license be revoked as to menace to society. Just check the box of the notice and mail it to the court subject case referred to Attorney General of U.S. States, Solicitor General or the Governor of State of California and answer requested why you did wrong, steal, probate or non-probate when all have no jurisdiction. As Courts leadership had failed concerted act of fraud and injustice. "Will" of people was not recognized as to constitutional, freedom of choice, speech, property, equality and justice. A.D.R. was superseded by trial under Hon. Susan Ellston or Trial De Nova as violative of 42 U.S.C. 1983. Equal Justice to Justice Act, Freedom of Choice was filed earlier. Request for Notice by Hon. Judge Susan Ellston for all defendants appearance as

- 7 -

1    directed by the Judge, not Atty. Kathryn Klaus, dated April

2    22, 2008 filed in Court.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Affidavit in Support of Application for Attachment

2                    **Affidavit or Declaration**

3        I Rizalina Abellan, David Roberto, Romeo Abellan who

4    were deprived of the Constitution Right of Freedom of

5    Property, Liberty and Justice ability under the

6    constitution of U.S. of America says:

7    1.   We are over 18 years of age and  I believe in the

8         obligation of an oath.

9    2.   I am the Trustee Representative owner and Remainder

10        under the Law of Succession the Properties are Life

11        Estate non-probate and familiar with its' financial

12        affairs.

13   3.   The defendant owes or indebted to the Plaintiffs et.al

14        for the 1609 California Ave. San Pablo Property for

15        Fraudulent Scheme C.C.P. 3294, C.C.P. 3399 for

16        compensatory damages rent of the property stolen, bank

17        money stolen Bank of the West Account and mortgage

18        amount of $29,000 x 3 + $87,000 value of the Property

19        $349,000 x 3 = $1,047,000.00 under C.C.P.  3299 as

20        stated orally agreed at the court of appeal under Hon.

21        Judge Jay Kline, Hon. E. Ruvelo and Hon. Judge

22        I ambden.

23   4. The defendants neglect and refuse to pay the amount as

24        requested before and continue to defy the court violates

- 9 -

the  use of RICO Act Systematic abuse of Process,

Business and Professional code, contempt of Court Justice

ability covenant of Good Faith and Fair Dealings as they

do not have way out unless to sabotage as to their

Bifurcation and Malicious prosecution subject to a

malpractice lawsuit or violation of Law of Respondent

Superior. *They even come with the Buyer on 4/18/2008. atty Gary Sederlion.*

5. There is a Probable cause that Judgment will be highly

entered against the defendants.

6. I know of no defenses, affects or counter-claims to this

action as to a settled case of the higher courts.

7. The defendants is about to change the Course of

Litigation, Kinder, delay thru A.D.R. which was rejected

in the early filling that I supersede or defraud again

Rizalina Abellan et.al as creditors and defendants as

debtors.

As my brother insisted to hold on the property,

committed felony by entering the abuse *the property* on Saturday with the

help of Attorney Lieberman and Superior Court as reported

to police for fraud and did nothing and corrupted the

system.  It is a systematic problem higher authorities

should know and all the media to be alerted.  It is already

theft, burglary of the house illegal sale in the internet.

- 10 -

1    Proof enclosed as to attachment.

2        Wherefore, the Plaintiffs et. al. request for the

3    following:

4    1.   Compensatory damages under C.C.P. 3399 in the amount

5         of $2,000,000.00 for malicious, frivolous lawsuit.

6    2.   Fraud under C.C.P. 3294 three times (3x) of 1609

7         property $349,000.00 x 3 = $1,047,000.00.

8    3.   Exemplary damages for seven (7) years of persistent

9         concerted act of fraud of all defendants in the amount

10        of $1,000,000.00.

11   4.   Emotional and mental abuse to all members of the

12        family - $2,000,000.00.

13   5.   Cost of lawsuit - $100,000.00.

14   6.   Or as the Court deems proper.

15   Dated:   05/19/2008

16

17                                Respectfully submitted:

18                                Rizalina Abellan

19                                Rizalina Abellan

20                                Romeo Abellan

21                                Roberto Abellan

22                                David Abellan

23

24

25

- 11 -

1

V E R I F I C A T I O N

2

3        I declare under the Law of State of California that the

4    foreoing is true and correct. I have read the foregoing and know

5    the contents thereof and at the same is true of my own knowledge

6    and information and belief and those matters and I believe it to

7    be true.

8        I declare under the penalty of perjury that the foregoing

9    is true and correct.

10        5/19/08

Rizalina Abellan
In Proper Persona
(415) 992-1853

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 4 -

ORIGINAL
FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Rizalina Abellan
   264 Faxon Avenue
2  San Francisco, CA 94112

3

4              **IN THE UNITED STATES DISTRICT COURT**

5              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 6 | No. C 08-0252 SI |
|   | *leave of court* |
| 7  RIZALINA ABELLAN, Et. al. | Rejection for Dismissal of my Complaint |
|   | Of FIE Fraud C.C.P. 32993399 |
| 8       Plaintiff | P.C. 494495 Relief under C.C.P. |
|   | 473, 473(B) Sanction C.C.P. |
| 9  Vs. | 664.6 for Jurisdiction, Hon. |
|   | Judge Susan Illston |
| 10 SUPERIOR COURT OF CALIFORNIA | |
|    ATTY. GARY LIEBERMAN | Plaintiff In Fee Absolute |
| 11 FIRE INSURANCE EXCHANGE | |
|    MISS PHOEBE KWONG | Probate Code 2132, 2130 (b), |
| 12 SAN FRANCISCO SHERIFFS DEPT. | 2130(a), 10519, Illegal |
|   | Contest, Fraud, C.C.P. 3291 – |
| 13        Defendants. | 3399, P.C. 494, P.C. 495 |
|   | Probate Code 217001 (e), Bu. |
| 14 | And Prof. Code section 61036 |

15

16

17
_____

18

19          Rizalina Abellan, Plaintiff et. al exercise power

20  without giving notice under my proposed action and complain

21  under Probate Code sub-section 10580 et. seq. because of my

22  status Trustee Representative have to manage, control, sell or

23  incorporate under Probate Code 10512 or to borrow  Probate Code

24  section 10514 Transfer to the Person Probate Code 10516 or to

25  complete a contract  Probate Code section 10517 or held by

- 1 -

1 | Rizalina Abellan
264 Faxon Avenue
2 | San Francisco, CA 94112

3

4
### IN THE UNITED STATES DISTRICT COURT

5
### NORTHERN DISTRICT OF CALIFORNIA

6 |                                    No. C 08-0252 SI
                                     *Leave of Court*
7 | RIZALINA ABELLAN, Et. al.         Rejection for Dismissal of my
                                     Complaint
8 |            Plaintiff              Of FIE Fraud C.C.P. 32993399
                                     P.C. 494495 Relief under C.C.P.
9 | Vs.                              473, 473(B) Sanction C.C.P.
                                     664.6 for Jurisdiction, Hon.
10 | SUPERIOR COURT OF CALIFORNIA     Judge Susan Illston
    ATTY. GARY LIEBERMAN
11 | FIRE INSURANCE EXCHANGE          Plaintiff In Fee Absolute
    MISS PHOEBE KWONG
12 | SAN FRANCISCO SHERIFFS DEPT.     Probate Code 2132, 2130 (b),
                                     2130(a), 10519, Illegal
13 |            Defendants.           Contest, Fraud, C.C.P. 3291 –
                                     3399, P.C. 494, P.C. 495
14 |                                  Probate Code 217001 (e), Bu.
                                     And Prof. Code section 61036

15

16

17
_____

18

19 | Rizalina Abellan, Plaintiff et. al exercise power

20 | without giving notice under my proposed action and complain

21 | under Probate Code sub-section 10580 et. seq. because of my

22 | status Trustee Representative have to manage, control, sell or

23 | incorporate under Probate Code 10512 or to borrow Probate Code

24 | section 10514 Transfer to the Person Probate Code 10516 or to

25 | complete a contract Probate Code section 10517 or held by

- 1 -

1  Rizalina Abellan

2  264 Faxon Avenue

3  San Francisco, CA 94112

4                    The District Court of California

5                        450 Golden Gate Avenue

6                        San Francisco, CA 94102

7

8  Rizalina Abellan                    Case No. CGC-97-468948

9  Appellant / Plaintiff              Leave of Court
                                       Second Amendment Complaint

10         Vs.                          P.C. 548(a) I(e)(c)

11  Superior Court of California        Insurance Code 1871.4 (57 c a

12  Atty. Gary Lieberman               4th 151) Ins. Code 1871.7(b)

13  Roseller Abellan                    Reg. Section 25.2702-5 (c)(4)

14  Sheriff Dept. of San Francisco
                                       Probate Code 21306, 21307
15  Farmers Insurance
                                       P.C. 494 & 495 Probate Code
16  Phoebe Kwong
                                       Section 8201, C.C.P. 1209 (a)
17
                                       5 as to possession.
18

19

20       Here comes Rizalina Abellan alleges Destruction of Insured

21  Property P.C. 548 was amended in 1988.  This offense is

22  punishable by imprisonment for 2, 3 or 5 years and a fine of

23  $50,000.00 P.C. 548a.  Theft was also done, taking mortgage

24  illegally without consent, with interference to use and transfer

25  P.C.  484(e) (I) or P.C. 484 (e) (c) and (a) relettered intent

to defraud from another or legal owner as acquiring knowledge to

- 1 -

**WELLS FARGO**

# Account Statement

November 9 through December 10, 2007
Account Number: 687-0286272
Page 1 of 6
Image Count: 1

241572
(CO114)

॥।ॱ॥ॱ।ॱ॥ॱ॥ॱ॥॥ॱ॥ॱ॥ॱ॥ॱ॥ॱ॥ॱ॥ॱ॥ॱ॥॥ॱ॥ॱ॥ॱ॥ॱ॥॥
RIZALINA A ABELLAN
264 FAXON AVE
SAN FRANCISCO CA 94112-2214

**Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

## Account Summary

### Daily access accounts

| Account | Account number | Balance last period | Balance this period |
|---|---|---|---|
| Wells Fargo Custom Checking | 687-0286272 | - $493.88 | $174.08 |
| International ATM Remittance Account | 122-6661617 | 0.00 | 0.00 |
| International ATM Remittance Account | 122-6661625 | 0.00 | 0.00 |
| Total | | - $493.88 | $174.08 |

Introducing Security Questions

In the coming months, we'll ask all online customers to make their accounts even safer by selecting and answering three security questions. If we ever need to confirm your identity, your correct answers to these questions will help us verify it's you. To learn more, visit our Security Questions Overview at www.wellsfargo.com/securityquestions

Quick and easy to set up, security questions help protect your account and keep your identity safe.

## Wells Fargo Custom Checking
Rizalina A Abellan
**Account Number:** 687-0286272

### Activity summary

| | |
|---|---|
| Balance on 11/08 | - $493.88 |
| Deposits | 2,889.00 |
| Withdrawals | - 2,221.04 |
| Balance on 12/10 | $174.08 |

*Continued on next page*



November 9 through December 10, 2007
Account Number: 687-0286272
Page 2 of 6

241573

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to
purchase your Travelers Cheques, talk to your local banker. Or sign on to Wells Fargo Online Banking at wellsfargo.com and select
"Account Services" then "Order Travelers Cheques".

## Activity detail
### Deposits

| Date | Description | $ Amount |
|------|-------------|----------|
| 11/15 | Preauthorized Debit Reversal | 500.00 |
| 11/15 | Preauthorized Debit Reversal | 25.00 |
| 11/21 | Preauthorized Debit Reversal | 500.00 |
| 11/21 | Preauthorized Debit Reversal | 25.00 |
| 12/03 | Us Treasury 312 Soc Sec 120307 Rizalina Abellan | 1,339.00 |
| 12/10 | Direct Deposit Advance On 12/08 ($50.00 *Finance Charge* Also Applies) | 500.00 |

**Total deposits** **$2,889.00**

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|--------|------|----------|
| 687 | 12/04 | 380.00 | 688 ^ | 12/07 | 75.00 | | | |

Total checks $455.00

*^ Check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.  See section
below for item details.*

### Converted check information

| Check | Description | | |
|-------|-------------|--|--|
| 688 | Citicard Payment Check Pymt 071206 00688 | 0E34CAD65063754B | |

### Other withdrawals

| Date | Description | $ Amount |
|------|-------------|----------|
| 11/09 | Continuous OD Level 2 Charge | 5.00 |
| 11/13 | Continuous OD Level 2 Charge | 5.00 |
| 11/14 | Cache Creek Bing Echeck 071113 Ref: ABER264 914738 P.O. Box 65 Brooks Ca | 500.00 |
| 11/14 | Cache Creek Bing Redepcheck 071113 0000005085 S-Abellan R:ABER264 | 25.00 |
| 11/14 | Continuous OD Level 2 Charge | 5.00 |
| 11/15 | NSF Return Item Fee | 34.00 |
| 11/15 | NSF Return Item Fee | 34.00 |
| 11/15 | Continuous OD Level 2 Charge | 5.00 |
| 11/16 | Continuous OD Level 2 Charge | 5.00 |
| 11/20 | Cache Creek Bing ¯check 071119 Ref: ABER264 914738 P.O. Box 65 Brooks Ca | 500.00 |
| 11/20 | Cache Creek Bing Redepcheck 071119 0000005085 S-Abellan R:ABER264 | 25.00 |

*Continued on next page*



**Department of Parking & Traffic**

A Division of the Municipal Transportation Agency

**DPT**

**Enforcement Division**
505 - 7th Street
San Francisco, CA 94103

```
ABELLAN RIZLINA                    MAIL DATE: 01/14/08
264 FAXON AVE                      LIC PLATE: CA3AIC453
SAN FRANCISCO, CA 94112-2214            VIN:
                                   TOW REASON: DPT
                                   59-REG EXPIRED 6 MOS
```

Registered Owner: ABELLAN RIZLINA

### *** NOTICE OF STORAGE ***

You are receiving this notice because the records of the Department of Motor Vehicles records show that you are the owner(s) of the vehicle listed above, which was impounded for the reasons shown above.

**STORAGE FEES ARE ACCRUING ON THIS VEHICLE. FAILURE TO PROMPTLY CLAIM THIS VEHICLE MAY RESULT IN ITS FORFEITURE BY LIEN SALE. EVEN IF YOU DO NOT CLAIM THE VEHICLE YOU WILL REMAIN LIABLE TO DPT FOR ANY UNPAID CITATIONS AND TO AUTORETURN FOR THE BALANCE OF TOWING AND STORAGE FEES THAT ARE NOT RECOVERED FROM THE SALE OF THE VEHICLE. CALIFORNIA CIVIL CODE § 3068.2.**

Vehicles Valued at less than $500: The vehicle may be sold at lien sale if you do not reclaim it within 15 days from the date of the tow.
Vehicles Valued at $500 or more: The vehicle may be sold at lien sale if you do not reclaim it within 30 days from the date of the tow.
The value of the vehicle is determined pursuant to California Vehicle Code § 22670.
To claim the vehicle before it is sold, bring your driver's license and this form to the offices of AutoReturn, 450 7th Street in San Francisco, CA, 94103, and pay the required fees. For inquiries concerning outstanding fees, contact AutoReturn at (415)865-8200.

**IF YOU HAVE ALREADY CLAIMED THE VEHICLE, IF YOU SOLD OR TRANSFERRED THE VEHICLE BEFORE IT WAS TOWED, OR IF THE VEHICLE HAS NOT BEEN TOWED, PLEASE DISREGARD THIS NOTICE. IF YOU SOLD OR TRANSFERRED THE VEHICLE BE SURE THAT YOU HAVE FILED A "NOTICE OF TRANSFER AND RELEASE OF LIABILITY" WITH THE DEPARTMENT OF MOTOR VEHICLES AND KEEP A COPY FOR YOUR FILES.**

Right to a Tow Hearing: The registered or legal owner, or an agent of the owner of a vehicle that is towed is entitled to a tow hearing to determine the validity of the towing and storage fees. If you would like a tow hearing, please submit your request immediately. If your car is valued at less than $500 **and you have not retrieved your vehicle**, you must request a hearing within 10 days of the tow (30 days if the vehicle has been retrieved). If your car is worth $500 or more, you must request a hearing within 30 days from the date of the tow.

If the vehicle has been towed by the Department of Parking and Traffic (DPT), you may contact the DPT Hearing Division at (415)701-5400 to schedule a tow hearing. Tow hearing requests may be made in person at the Department of Parking and Traffic, 11 South Van Ness Avenue in San Francisco, Monday through Friday, 8:00 a.m. to 5:00 p.m.

if the vehicle has been towed by the San Francisco Police Department (SFPD), please call (415)553-1619 or go to the Hall of Justice, 850 Bryant Street, Room 154 in San Francisco, for an in person hearing, Monday through Friday, 9:00 a.m. to 12:00 p.m. and 1:00 to 3:00 p.m.

**JMS  Associates, Inc.**
*1489 W Palmetto Park Road #480*
*Boca Raton, Fl 33486*
*800-747-6973*
*(Fax) 561-620-2531*

*Record Number: 080594*
*Date: 05/09/08*

*Rezalina Abellan*
*264 Faxon Ave*
*San Francisco, CA 87592*

*Attn: Rosalin*

*Reference: Mikala's Design Inc.*
*Total: $ 2,000.00*

*We are in possession of your Non-sufficient check, numbered # 0920, written to
the above referenced client. Please be aware if the funds in the full amount are
not received and continued avoid this responsibility; our firm will be forced to
turn the dishonored checks to the proper authorities. My client will seek all legal
options available. If legal action becomes necessary, in addition to the sum
reflected above, you will also be obligated to pay interest, and court costs,
including a reasonable attorney's fee.*

*We will forward this to an attorney in your local area and will avail ourselves to
whatever collection devices are available to execute on this debt, including
having the sheriff proceed on a writ of execution, garnishment, criminal
prosecution, or other collection proceedings.*

*Govern yourself accordingly,*

*Ilene Cramer*
*For the Firm*

(415) 356-6600    121 SPEAR STREET, STE 460
SAN FRANCISCO CA 94105-1584

BOE-431-C2 (FRONT) REV. 8 (3-06)

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

ACCOUNT NUMBER

**SR    BH    97225846**

HOUSE OF GEMS
RIZALINA A.ABELLAN
264 FAXON AVE
SAN FRANCISCO CA    94112-2214

DATE:    April 10, 2007

# NOTICE OF DELINQUENCY

### REASON FOR NOTICE

Failure to File YEAR 2006 Tax Return



Our records indicate that we have not received a Sales and Use Tax Return for the period or periods shown above. A return must be filed even if you have no sales or tax to report. Failure to file may result in revocation of your permit. If your permit is revoked and you engage in business afterward, you are guilty of a misdemeanor and may be prosecuted for each sale.

If you have filed your return and submitted taxes due, complete Section I, Verification of Payment, on the back of this notice. If there are any changes to your account information, complete Section II, Account Change. If you are no longer in business, complete Section III, Business Change, and indicate the date you ceased operating. If you sold your business, complete Section III, Business Change, and report the name and address of the buyer. Report the selling price of your fixtures and equipment if you did not report it on your final return.

After completing any part of the back of this notice, please return it to:

121 SPEAR STREET, STE 460
SAN FRANCISCO CA 94105-1584

If you have **not** filed a return for a delinquent tax period, you must file a completed return and include the required payment of tax, interest and penalty. The enclosed return may be used for that purpose. You may also be eligible to e-file. For additional information, access the Board's website at *www.boe.ca.gov*. To prevent the issuance of an estimated billing for a delinquent tax period, a return must be filed within ten working days from the date of this notice. Returns filed without payment will be billed for the corresponding tax, interest and penalty.

### Returns should be mailed to:

### STATE BOARD OF EQUALIZATION
### PO BOX 942879
### SACRAMENTO CA 94279-7072

If you have any questions or need assistance, you may contact your local Board office at:    (415) 356-6600

STATE BOARD OF EQUALIZATION

Enclosure

**After completing this notice, please return it to
the Board of Equalization office which handles your account.
Their address is on the front of this notice.**

---

**SECTION I: VERIFICATION OF PAYMENT**  *(complete this section if you have already filed your return and made payment)*

☐ Tax Return Payment     ☐ Account Balance Payment     ☐ Security Deposit Payment

| DATE OF PAYMENT | AMOUNT OF PAYMENT | BOARD OF EQUALIZATION OFFICE WHERE PAYMENT WAS MADE OR SENT |
|---|---|---|
| | | |

**PAID BY:**

☐ Cash - BOE Receipt Number: _____

☐ Credit Card - Confirmation Number: _____

☐ Money Order

☐ EFT Payment

☐ Check - Examine the back of the canceled check and locate an imprint similar to the sample below or provide a copy of the front and back of the check.

Enter the number at the top left corner of the stamp and the date at the bottom left corner of the stamp.

Number: _____

Date: _____

```
1209                          52035

        *SAMPLE*
      State Board of
      Equalization
      For Deposit only
                        8
SEP 08 05
```

---

**SECTION II: ACCOUNT CHANGE**  *(complete this section if your business name or address printed on the front of this notice is incorrect)*

NEW NAME

NEW LOCATION OF BUSINESS *(do not use P.O. Box for location of business)*

| NEW MAILING ADDRESS *(if different from business location)* | DAYTIME TELEPHONE NUMBER ( ) |
|---|---|

DATE ABOVE CHANGE WAS MADE

---

**SECTION III: BUSINESS CHANGE**  *(complete this section if your business was discontinued or if a change in ownership occurred)*

| DATE YOU DISCONTINUED BUSINESS | WAS THE BUSINESS SOLD? ☐ Yes ☐ No | IF YES, DATE SOLD | SELLING PRICE OF FIXTURES AND EQUIPMENT $ | |
|---|---|---|---|---|
| IF SOLD, TO WHOM? *(name)* | | ADDRESS OF BUYER | | |
| YOUR NAME | MAILING ADDRESS *(street, city, state, zip code)* | | | DAYTIME TELEPHONE NUMBER ( ) |

2950 N. Academy Blvd. Suite #101
Colorado Springs, CO 80917-5341



May 15, 2008

RETURN SERVICE REQUESTED

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Personal & Confidential
RIZALINA A ABELLAN GP1081666-3
264 FAXON AVE
SAN FRANCISCO CA 94112-2214

AAA COLLECTORS, INC.



TRIPLE CHECK, INC.

**(719) 550-0330**

| Account No.:   GP1081666 |
| --- |
| Total Now Due:  $525.00 |

Total may be from more than one account

Remit To:
AAA Collectors, Inc. d/b/a Triple Check, Inc.
2950 N. Academy Blvd. Suite #101
Colorado Springs, CO 80917-5341

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

✂ Please Enclose This Portion With Your Payment In The Envelope Provided ✂
...........................................................................................................................

### TO PAY BY CREDIT CARD, SEE REVERSE
### PLEASE NOTE ADDRESS CHANGES ON BACK OF RETURN COUPON

## YOUR CREDIT MAY BE AT STAKE!

**ACCOUNT#:**   GP1081666

Please be advised that your above referenced account(s) is/are being considered for possible listing with Experian, Equifax and Trans Union if we do not hear from you within 30 days of the date of this letter.

At this time you may want to:

Send the total now due above and a copy of this notice to AAA Collectors, Inc., 2950 N. Academy Blvd #101, Colo Spgs, CO 80917 before 30 days have passed.
**Or**
Call our office at **(719) 550-0330** to make arrangements for payment before the 30 days have passed.

Sincerely,

Collections Department
AAA Collectors, Inc.

P.S.  Protect your credit and your credit will protect you.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.
This communication is from a debt collector.

| CHECK DATE | CHECK # | PAYEE | CHECK AMT | CHECK CHG | COLL CHG |
| --- | --- | --- | --- | --- | --- |
| 11/ 4/2007 | 5085 | CACHE CREEK BINGO/CASINO | 500.00 | | 25.00 |
| | | | **TOTAL NOW DUE:** | $525.00 | |

IF YOU WISH TO PAY BY CREDIT CARD (CIRCLE ONE), FILL IN THE
INFORMATION BELOW AND RETURN IN THE ENCLOSED
ENVELOPE.

$

| Account Number | Expire Date | Payment Amount |

| Card Holder Name | Phone Number | |

Signature

...........................................................................................................................................
Detach Upper Portion and Return with Payment

**Department of Parking & Traffic**

A Division of the Municipal Transportation Agency



Enforcement Division
505 - 7th Street
San Francisco, CA 94103

```
ABELLAN RIZLINA                    MAIL DATE: 01/14/08
264 FAXON AVE                      LIC PLATE: CA3AIC453
SAN FRANCISCO, CA 94112-2214            VIN:
                                   TOW REASON: DPT
                                   59-REG EXPIRED 6 MOS
```

Registered Owner: ABELLAN RIZLINA

### *** NOTICE OF STORAGE ***

You are receiving this notice because the records of the Department of Motor Vehicles records show that you are the owner(s) of the vehicle listed above, which was impounded for the reasons shown above.

**STORAGE FEES ARE ACCRUING ON THIS VEHICLE. FAILURE TO PROMPTLY CLAIM THIS VEHICLE MAY RESULT IN ITS FORFEITURE BY LIEN SALE. EVEN IF YOU DO NOT CLAIM THE VEHICLE YOU WILL REMAIN LIABLE TO DPT FOR ANY UNPAID CITATIONS AND TO AUTORETURN FOR THE BALANCE OF TOWING AND STORAGE FEES THAT ARE NOT RECOVERED FROM THE SALE OF THE VEHICLE. CALIFORNIA CIVIL CODE § 3068.2.**

Vehicles Valued at less than $500: The vehicle may be sold at lien sale if you do not reclaim it within 15 days from the date of the tow.
Vehicles Valued at $500 or more: The vehicle may be sold at lien sale if you do not reclaim it within 30 days from the date of the tow.
The value of the vehicle is determined pursuant to California Vehicle Code § 22670.
To claim the vehicle before it is sold, bring your driver's license and this form to the offices of AutoReturn, 450 7th Street in San Francisco, CA, 94103, and pay the required fees. For inquiries concerning outstanding fees, contact AutoReturn at (415)865-8200.

**IF YOU HAVE ALREADY CLAIMED THE VEHICLE, IF YOU SOLD OR TRANSFERRED THE VEHICLE BEFORE IT WAS TOWED, OR IF THE VEHICLE HAS NOT BEEN TOWED, PLEASE DISREGARD THIS NOTICE. IF YOU SOLD OR TRANSFERRED THE VEHICLE BE SURE THAT YOU HAVE FILED A "NOTICE OF TRANSFER AND RELEASE OF LIABILITY" WITH THE DEPARTMENT OF MOTOR VEHICLES AND KEEP A COPY FOR YOUR FILES.**

Right to a Tow Hearing: The registered or legal owner, or an agent of the owner of a vehicle that is towed is entitled to a tow hearing to determine the validity of the towing and storage fees. If you would like a tow hearing, please submit your request immediately. If your car is valued at less than $500 **and you have not retrieved your vehicle**, you must request a hearing within 10 days of the tow (30 days if the vehicle has been retrieved). If your car is worth $500 or more, you must request a hearing within 30 days from the date of the tow.

If the vehicle has been towed by the Department of Parking and Traffic (DPT), you may contact the DPT Hearing Division at (415)701-5400 to schedule a tow hearing. Tow hearing requests may be made in person at the Department of Parking and Traffic, 11 South Van Ness Avenue in San Francisco, Monday through Friday, 8:00 a.m. to 5:00 p.m.

If the vehicle has been towed by the San Francisco Police Department (SFPD), please call (415)553-1619 or go to the Hall of Justice, 850 Bryant Street, Room 154 in San Francisco, for an in person hearing, Monday through Friday, 9:00 a.m. to 12:00 p.m. and 1:00 to 3:00 p.m.

PO Box 4909
Dept 22
Trenton, NJ 08650-4909

||||||||  ||||| |||||||  ||||||  |||| |||| ||||||  |||||| |||| ||||

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

Calls to or from NCO Financial Systems, Inc. may
be monitored or recorded for quality assurance.

1-800-383-4761
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Apr 11, 2006

CMH498                         7377
RIZALINA A ABELLAN
264 FAXON AVE
SAN FRANCISCO CA    94112-2214
||..|.|.|..||..||.|.|.|.|.|.||...|||.|.|.||..|.|.|.||

NCO PORTFOLIO MANAGEMENT
FORMER CREDITOR: CITIBANK
ACCOUNT #: 4271382718044841
PURCHASED BALANCE: $8639.48
INTEREST: $ 0.00
INTEREST RATE: 0.000%
TOTAL BALANCE: $8639.48

Dear RIZALINA A ABELLAN,

We are offering you a settlement at this time, which will allow you to pay 50% of the balance listed above. This offer may
expire without notice. Before making payment, please confirm with one of our representatives that this offer has not
expired.

Forward your payment to the address listed below. If you have further questions please contact us at 1-800-383-4761.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CCMH4982-
251D7J.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a
communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

As required by the California Consumer Credit Reporting Agencies Act,
you are hereby notified that a negative credit report reflecting on your
credit record may be submitted to a credit reporting agency if you fail
to fulfill the terms of your credit obligations.

### PLEASE SEE IMPORTANT INFORMATION
### ON REVERSE SIDE

Check here if your address or phone number has
changed and provide the new information below.

| Account # | Total Balance |
|---|---|
| CMH498 | $ 8639.48 |
| RIZALINA A ABELLAN | |
| Payment Amount | ⬇ |

$                              ∙

Make Payment To:

||..|.|.||..|.|.||...|.||.|.||..|..||||..|.|.||
NCO FINANCIAL SYSTEMS
PO BOX 4907
TRENTON NJ 08650-4907                    NCO R

012200CMH49800000001500000000008639485

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*: | San Francisco Assessor-Recorder<br>Phil Ting, Assessor-Recorder |
|---|---|

Recording requested by and return to:

Jeany Miyoshi
24 Santa Ysabel Ave.
San Francisco, CA 94112

DOC- 2008-I572988-00
Friday, APR 25, 2008 13:47:15
Ttl Pd $16.00   Rcpt # 0003445861
REEL J628 IMAGE 0485
ota/TD/1-2

☐ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

SAN FRANCISCO TRIAL C...
400 MCALLISTER STREET
SAN FRANCISCO, CA 94...

PLAINTIFF: Jeany Miyoshi

DEFENDANT: Rizalina A. Abellan

CASE NUMBER: 823340

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**    ☐ Amended

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's
   Name and last known address

   Rizalina A. Abellan
   # 264 Faxon Ave.
   San Francisco, CA 94112

b. Driver's license No. and state:   ☒ Unknown
c. Social security No.:   ☒ Unknown
d. Summons or notice of entry of sister-state judgment was personally served or
   mailed to *(name and address)*:

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Jeany Miyoshi
   24 Santa Ysabel Ave.
   San Francisco CA 94112

Date: 4-4-08   JEANY MIYOSHI
(TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 3057.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 1.22.08
   b. Renewal entered on *(date)*: N/A
9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
APR 25 2008

10. ☐ An ☒ execution lien ☐ attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $ 3057.00
   b. In favor of *(name and address)*:

11. A stay of enforcement has
   a. ☒ not been ordered by the court.
   b. ☐ been ordered by the court effective until
      *(date)*:

12. a. ☐ I certify that this is a true and correct abstract of
      the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.

Clerk, by ANTHONY BERSAMIN , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

# Account Statement

April 9 through May 8, 2008
Account Number: 122-6661625
Page 1 of 3

5,637        (CO114)



RIZALINA A ABELLAN
264 FAXON AVE
SAN FRANCISCO CA 94112-2214

**Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**



*Someday, my home will help build my financial future.*
*Today,* buying, refinancing or renovating a home is one of the smartest financial decisions you can make.

Open a new Wells Fargo Home Equity account or Mortgage and get a free copy of *Your Home®* Magazine, featuring exclusive content from Wells Fargo and *Better Homes and Gardens*, plus valuable retailer discounts!

## International ATM Remittance Account

Rizalina A Abellan
**Account Number:** 122-6661625

### Activity summary

| | |
|---|---|
| Balance on 04/08 | $0.00 |
| Deposits and interest | 0.00 |
| Withdrawals | - 0.00 |
| Closing balance on 04/30 | $0.00 |

### Interest you've earned

| | |
|---|---|
| **Interest earned during this period** | **$0.00** |
| Average collected balance this period | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest and bonuses paid to date this year | $0.00 |

*Continued on next page*



=GA52R00B1001B691011031010101010=

WELLS
FARGO

April 9 through May 8, 2008
Account Number: 122-6661625
Page 2 of 3
5,638

The following change is effective July 1, 2008.*
Overdraft Items and Returned Items (Nonsufficient Funds/NSF): 1st occasion in the preceding 12-month period, $25 per Item; 2nd and subsequent occasions, $35 per Item. An occasion is a day in which your account does not have enough money to cover an Item. A daily maximum of 10 Overdraft and/or Returned Item fees applies.

For questions, please contact your Wells Fargo Banker or call 1-800-869-3557. PMA customers, please call 1-800-742-4932. We appreciate your business and look forward to continuing to serve your financial needs.

*Effective August 15, 2008, for quarterly savings accounts.

NOTE: This change does not apply to Teen Checking or Electronic Transfer (ETA) accounts.

*Thank you for banking with Wells Fargo.*

*JMS  Associates, Inc.*
*1489 W Palmetto Park Road #480*
*Boca Raton, Fl 33486*
*800-747-6973*
*(Fax) 561-620-2531*

*Record Number: 080594*
*Date: 05/09/08*

*Rezalina Abellan*
*264 Faxon Ave*
*San Francisco, CA 87592*

*Attn: Rosalin*

*Reference: Mikala's Design Inc.*
*Total: $ 2,000.00*

*We are in possession of your Non-sufficient check, numbered # 0920, written to
the above referenced client. Please be aware if the funds in the full amount are
not received and continued avoid this responsibility; our firm will be forced to
turn the dishonored checks to the proper authorities. My client will seek all legal
options available. If legal action becomes necessary, in addition to the sum
reflected above, you will also be obligated to pay interest, and court costs,
including a reasonable attorney's fee.*

*We will forward this to an attorney in your local area and will avail ourselves to
whatever collection devices are available to execute on this debt, including
having the sheriff proceed on a writ of execution, garnishment, criminal
prosecution, or other collection proceedings.*

*Govern yourself accordingly,*

*Ilene Cramer*
*For the Firm*

FILED

FEB 2 5 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,                                    No. C 08-00252 SI

        Plaintiff,                                **ORDER GRANTING APPLICATION
                                                          TO PROCEED IN FORMA PAUPERIS**
  v.                                                    **AND DISMISSING PLAINTIFF'S
                                                          COMPLAINT**
SUPERIOR COURT OF CALIFORNIA, et al.,

        Defendants.
                                /

     Now before the Court are plaintiff's complaints and application to proceed *in forma pauperis* ("IFP"), filed on January 14, 2008. For the reasons set forth below, the Court hereby GRANTS plaintiff's IFP application and DISMISSES plaintiff's complaint with leave to amend.

## BACKGROUND

     Plaintiff Rizalina Abellan has filed a complaint against the Superior Court of California, an attorney who opposed her interests in a prior state court proceeding, her brother, Roseller Abellan, the Sheriff's Department of San Francisco, Farmers Insurance, and an individual named Phoebe Kwong. Following the filing of her original complaint, plaintiff filed a first amended complaint on February 2, 2008, and more recently filed a second amended complaint on February 20, 2008. Plaintiff appears to be suing these defendants in an attempt to appeal an unfavorable state court ruling. Plaintiff's various complaints mention claims for fraud, obstruction of justice, attorney malpractice, civil RICO, Title VII, and possibly other statutes, though it is unclear what plaintiff's complaints actually allege. What is clear is that plaintiff takes issue with the state court's handling of her prior lawsuits. The factual circumstances that led plaintiff to file this lawsuit cannot be discerned from the unintelligible papers

United States District Court
For the Northern District of California

1  she has filed thus far.

2

3                                    **LEGAL STANDARD**

4       IFP applications are reviewed under a two-part analysis under 28 U.S. C. § 1915. This analysis

5  looks first to whether a plaintiff meets the requisite financial status to be permitted to proceed in federal

6  court without first paying a filing fee. 28 U.S.C. § 1915(a)(1). The second stage of the analysis

7  examines a plaintiff's complaint to ensure that it states cognizable, non-frivolous claims. 28 U.S.C.

8  § 1915(e)(2)(B)(i)-(ii). The Court may, "at any time," dismiss an IFP claim if it determines that "the

9  allegation of poverty is untrue," or the complaint "(i) is frivolous or malicious; (ii) fails to state a claim

10 on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from

11 such relief." 28 U.S.C. § 1915(e)(2)(B); *see Cato v. United States*, 70 F. 3d 1103, 1106 (9th Cir. 1995)

12 (noting that a court may dismiss an action under § 1915 if the "complaint neither identifies any

13 constitutional or statutory right that was violated nor asserts any basis for federal subject matter

14 jurisdiction . . .").

15      Courts treat the second prong of the analysis similarly to a motion to dismiss filed by a defendant.

16 If it is "clear that no relief could be granted under any set of facts that could be proved consistent with

17 the [plaintiff's] allegations," then it is proper to dismiss an IFP. *See Ascon Properties, Inc. v. Mobil Oil

18 Co.*, 866 F.2d 1149, 1152 (9th Cir. 1989) (applying standard of review for motions to dismiss under

19 Federal Rule of Civil Procedure 12(b)(6)). Also similar to a motion to dismiss, all material allegations

20 in an IFP complaint are taken as true and construed in the light most favorable to the plaintiff. *See NL

21 Ind., Inc. v. Kaplan*, 792 F.2d 896, 898 (9th Cir. 1986). A pro se litigant bringing an IFP suit is entitled

22 to notice and an opportunity to amend the complaint to overcome any deficiency unless it is clear that

23 no amendment could cure the defect. *See Cato*, 70 F.3d at 1106.

24

25                                      **DISCUSSION**

26      The first stage of IFP analysis requires that a plaintiff file an affidavit describing the totality of

27

28                                          2

For the Northern District of California

United States District Court

1  the plaintiff's assets and stating that the plaintiff is unable to pay the required fee.  28 U.S.C.
2  § 1915(a)(1).  Plaintiff has filed such an affidavit, indicating that she is retired, receives a monthly
3  pension of $1550, and that her only significant assets are a 1986 BMW vehicle.  Although plaintiff's
4  affidavit does not quantify her monthly living expenses, it does indicate that she pays about $500 per
5  month to creditors and has two children whom she supports.  Assuming that plaintiff is being truthful
6  in her IFP application, plaintiff is within the parameters necessary to grant an IFP application due to her
7  low monthly income, prior debts, and lack of assets.  Accordingly, her application to proceed without
8  the payment of a filing fee is GRANTED.

9  The Court's grant of plaintiff's IFP application does not mean, however, that she may continue
10  to prosecute his complaint.  The Court may review "at any time" plaintiff's complaint to determine
11  whether it states a cognizable cause of action against defendants.  28 U.S.C. § 1915(e)(2).

12  Plaintiff's complaints, all of which are entirely distinct in content yet uniform in their lack of
13  clarity, fail to state a claim upon which relief can be granted and are frivolous.  It is unclear what causes
14  of action plaintiff seeks to present to the Court and what facts underlie these causes of action.  It appears
15  plaintiff's chief concern is the way the state courts have handled plaintiff's prior lawsuits.  To the extent
16  plaintiff seeks review of a state court order, the Court informs plaintiff that she may not file suit in
17  federal court as an alternative to appeal from a judgment of a state court.  Federal district courts, as
18  courts of original jurisdiction, may not review the final determinations of a state court.  *See District of*
19  *Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482-86 (1983); *Rooker v. Fidelity Trust Co.*, 263
20  U.S. 413, 415-16 (1923) (district courts may not exercise appellate jurisdiction over state courts); *Doe*
21  *& Assoc. v. Napolitano*, 252 F.3d 1026, 1029-30 (9th Cir. 2001); *Olson Farms, Inc. v. Barbosa*, 134 F.3d
22  933, 936 (9th Cir. 1998).  This is so even when the state court judgment is not made by the highest state
23  court, *see Worldwide Church of God v. McNair*, 805 F.2d 888, 893 n.3 (9th Cir. 1986), and when federal
24  constitutional issues are at stake, *see Branson v. Nott*, 62 F.3d 287, 291 (9th Cir.), *cert. denied*, 516 U.S.
25  1009 (1995); *Mullins v. Oregon*, 57 F.3d 789, 792 (9th Cir. 1995).  This rule is referred to as the *Rooker-*
26  *Feldman* doctrine.

27
28                                             3

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1        In addition, it is unclear from plaintiff's complaints whether this court has subject matter

2   jurisdiction over her suit. Federal courts are courts of limited jurisdiction and cannot hear every dispute

3   presented by litigants. *Stock West, Inc. v. Confederated Tribes of the Colville Reservation*, 873 F.2d

4   1221, 1225 (9th Cir. 1989). Federal courts may only adjudicate cases which the Constitution or

5   Congress authorize them to adjudicate: (1) those cases involving diversity of citizenship (where all

6   plaintiffs are from different states from all defendants and the amount in controversy is at least $75,000),

7   *see* 28 U.S.C. § 1332; (2) those cases raising a federal question, *see* 28 U.S.C. § 1331; or (3) those cases

8   to which the United States is a party, *see, e.g.*, 28 U.S.C. § 1346. Federal courts are presumptively

9   without jurisdiction over civil cases and the burden of establishing the contrary rests upon the party

10  asserting jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).

11       Plaintiff's complaints indicate that this court may not exercise jurisdiction pursuant to 28 U.S.C.

12  § 1332 because there is not complete diversity between plaintiff, a California resident, and the other

13  California defendants. In addition, although plaintiff's complaints mention, at times, various federal

14  statutes such as Title VII and the Racketeer Influenced and Corrupt Organizations Act ("RICO"), it is

15  impossible to determine why plaintiff is bringing these federal claims, against whom she is bringing

16  them, and what facts support the claims. Indeed, it appears that plaintiff primarily pleads state law

17  causes of action against the various defendants, such as fraud, malpractice, violation of state insurance

18  laws, and breach of contract. Thus, plaintiff's complaints must also be dismissed for lack of subject

19  matter jurisdiction.

20       In sum, because plaintiff is seeking judicial review of a state court determination, and because

21  plaintiff has not demonstrated that this Court may exercise its jurisdiction over her claims, plaintiffs'

22  complaints are DISMISSED. Although plaintiff has now filed three complaints, none of which have

23  made the contours or details of her case any clearer, the Court will grant plaintiff one additional

24  opportunity to amend her complaint. In addition, to the extent plaintiff's filing of a second amended

25  complaint may be construed as a motion for leave to file an amended complaint, the Court GRANTS

26  plaintiff leave to file the second amended complaint, but notes that it does nothing to save her prior

27

28

1  complaints from dismissal.

2

3  **CONCLUSION**

4       For all of the foregoing reasons, the Court GRANTS plaintiff's request to proceed IFP [Docket

5  No. 3] and GRANTS plaintiff's motion for leave to file a second amended complaint [Docket No. 12].

6  The Court also DISMISSES plaintiff's complaints WITH LEAVE TO AMEND. **If plaintiff chooses**

7  **to amend her complaint, she must file the amended complaint no later than March 14, 2008.**

8

9       **IT IS SO ORDERED.**

10

11  Dated: February 28, 2008

                         SUSAN ILLSTON

12                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                           5

United States District Court

For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,

Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

Defendant.
_____/

Case Number: CV08-00252 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

Dated: February 28, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>1</td><td></td></tr>
<tr><td>2</td><td>IN RE: MAY 2, 2008 LAW & MOTION</td></tr>
<tr><td>3</td><td>CALENDAR.</td></tr>
<tr><td>4</td><td>_____ _____ _____/</td></tr>
</table>

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to Judge Illston's unavailability, the Friday, May 2, 2008 law and motion calendar has been advanced to occur on TUESDAY, APRIL 29, 2008, at the same time as previously scheduled.

**Friday 5/2/2008**

**09:00 AM**
C-07-4002 TRICIA LECKLER v. CASHCALL, INC
Reserved for Cross Motions for Partial Summary Judgment
Defendant's Motion for Partial Summary Judgment
Plaintiff's Motion for Partial Summary Judgment

-----------

C-06-7477 GOLDEN HOUR DATA SYSTEMS v. HEALTH SERVICES INTEGRATION INC.,
Defendant's Motion for Summary Judgment of Invalidity

-----------

C-07-5892 JOHN LOFTON v. BANK OF AMERICA
Bank of America's Motion to Dismiss
Plaintiff's Motions to Compel Discovery Responses

-----------

C-07-2951.e ROSS v. US BANK NATIONAL ASSOCIATION
Motion for Clarification

-----------

C-07-2780.e ANN OTSUKA v. POLO RALPH LAUREN CORP.
Defendant's Motion to Dismiss
Plaintiff's Motion to Dismiss and to Remand

-----------

**11:00 AM**
CR-06-0428 UNITED STATES v. I CHING CHU
Judgment & Sentence

**02:00 PM**
C-07-6178 SEC v. DINEY MONDSCHEIN
Initial Case Management Conference

C-07-5531 ADOLPH VINCENT, JR., v. PACIFIC GAS & ELECTRIC
Initial Case Management Conference

United States District Court
For the Northern District of California

Case 3:08-cv-00252-SI    Document 24    Filed 04/10/2008    Page 2 of 2

United States District Court
For the Northern District of California

1 | C-07-6489.e LOIS RODDEN JEFFERSON PILOT FINANCIAL
Initial Case Management Conference
Phone - Elizabeth Green (818) 886-2525 x 6266
to be continued

2 | -----------

3 | C-08-0495.e NATALIE JO v. SALIE MAE
Initial Case Management Conference

4

5 | -----------

C-08-0625.e CALIFORNIA CLOSET COMPANY INC., v. J. MARK EBBEN

6 | Initial Case Management Conference

7 | -----------

8 | C-08-0252.e RIZALINA ABELLAN v. SUPERIOR
Initial Case Management Conference (pro se)

9

10 | -----------

**02:30 PM**

11 | C-06-7477.e GOLDEN HOUR DATA v. HEALTH SERVICES
Further Case Management Conference

12

13 | -----------

C-07-1820 ERIC DENMEAD v. LOWE'S COMPANY

14 | Further Case Management Conference

15 | -----------

16 | C-07-2951.e ROSS v. US BANK NATIONAL ASSOCIATION
Further Case Management Conference

17

18 | -----------

C-07-3140.e JAMES W. BOWMAN v. CMC MORTGAGE INC.,

19 | Further Case Management Conference

20 | -----------

21 | C-07-5524.e MELVIN ATKINS v. CITY OF PETALUMA
Further Case Management Conference

22

23 | -----------

C-08-0376 RICHARD HASKIN v. MERCK & CO.

24 | Initial Case Management Conference

25

Dated: April 10, 2008                          RICHARD W. WIEKING, Clerk

26

27

28 |                                               Tracy Sutton
Deputy Clerk

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,

Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

Defendant.
_____/

Case Number: CV08-00252 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

Dated: April 10, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

Revenue Service
P.O. Box 2999
Redwood City, CA 94064-2999

||||||||||||||||||||||||||||||||||||

Change Service Requested

April 30, 2008

#BWNLMPY
#0043 0000 1491 0482#

IIlIIIIlIlIIlIIIIllIIlIIlIIlIIlIIllIIIlIlIIlIIIIlIIll
Rizalina Abellan                    1727932-6
264 Faxon Ave
San Francisco, CA  94112-2214

# COUNTY OF SAN MATEO

Treasurer - Tax Collector
**Revenue Services Division**
555 County Center 1st Floor
Redwood City, CA 94063-1663
Phone (650) 363-4155  Fax (650) 363-4850
Office Hours: Monday-Friday 9:00 AM to 5:00 PM
**Telephone: (650)363-4164**

RE: CLIENT NUMBER: 351021
AMOUNT: $392.50

Dear Rizalina Abellan:

When your fine was returned to Court for non-payment, the Judge added a **$317 civil assessment** and referred this account to Revenue Service for **civil pursuit.**

Failure to pay will result in reporting your account to nationwide credit reporting agencies, which will affect your credit rating if payment is not received within 10 days.

Payment should be made within 10 days and may be made on-line (with credit card or check) at www.smcrevenueservices.org by phone (with credit card) at **1-877-496-0510** or by using the enclosed envelope.  If you pay by mail make your check or money order payable to San Mateo County.  Be sure to write your account number on the check or money order.

### Note: Partial payments do not constitute an agreement with this office.

Sincerely,

L. Lilly
Revenue Collector
(650)363-4164

### Be sure our address below shows in the window of the return envelope

---------------------------------------Please Detach and Return this Coupon with Payment---------------------------------------
Payment On-line: **www.smcrevenueservices.org** or phone **1-877-496-0510**

Account Name:  Rizalina Abellan
Account Number: 1727932
Balance: $392.50
Amount Enclosed:  $ _____
Home Phone:  _____
Work/Message Phone:  _____

||||||||||||||||||||||||||||||||

| There is a 2.5% convenience fee to pay by Credit or Debit card |
|---|

Circle one:      **VISA**  Visa            MasterCard

                 **DISCOVER**  Discover      American
                                            Express

Credit Card Number: _____

Exp Date: ___/___/___  Payment Amount: $ _____

Name on Card:  _____

Signature:  _____

Revenue Services                1727932-6
County of San Mateo
P.O. Box 2519
Redwood City, CA  94064-2519

IIlIIlIIlIIIIllIIlIIlIIlIIlIIllIIIlIlIIlIIIIlIIll

200000000N597502000039250017279320000000000039250003510215

**JMS  Associates, Inc.**
*1489 W Palmetto Park Road #480*
*Boca Raton, Fl 33486*
*800-747-6973*
*(Fax) 561-620-2531*

*Record Number: 080594*
*Date: 04/14/08*

*Rezlina*
*264 Faxon Ave*
*San Francisco, CA 87592*

*Attn: Rozalin*

                    *Reference: Mikala's Design*
                    *Total: $ 2,000.00*

*We are in possession of your Non-sufficient check, numbered # 0920, written to
the above referenced client. Please be aware if the funds in the full amount are
not received and continued avoid this responsibility; our firm will be forced to
turn the dishonored checks to the proper authorities. My client will seek all legal
options available. If legal action becomes necessary, in addition to the sum
reflected above, you will also be obligated to pay interest, and court costs,
including a reasonable attorney's fee.*

*We will forward this to an attorney in your local area and will avail ourselves to
whatever collection devices are available to execute on this debt, including
having the sheriff proceed on a writ of execution, garnishment, criminal
prosecution, or other collection proceedings.*

*Govern yourself accordingly,*

*Ilene Cramer*
*For the Firm*



March 11 through April 8, 2008
Account Number: 687-0286272
Page 5 of 6

219466

---

## International ATM Remittance Account
Rizalina A Abellan
**Account Number:** 122-6661625

---

### Activity summary
| | |
|---|---|
| Balance on 03/10 | $0.00 |
| Deposits and interest | 0.00 |
| Withdrawals | - 0.00 |
| Balance on 04/08 | $0.00 |

---

### Interest you've earned
| | |
|---|---|
| **Interest earned during this period** | **$0.00** |
| Average collected balance this period | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest and bonuses paid to date this year | $0.00 |

---

*Thank you for banking with Wells Fargo.*

PO Box 50014  VA7372
Roanoke, VA 24040-0014
Return Service Requested

Date:  May 01, 2008
Account #: 1007235921273

Rizalina A. Abellan
264 Faxon Ave.
San Francisco, CA 94112-2214
IhIududndIudIuhIuduhIudIdudIhuduhIuII



**WACHOVIA**

Dear Rizalina A. Abellan,

We are writing to make you aware of the current status of your account #:
1007235921273.  According to our records, your account is overdrawn in the amount of
$313.49 as of April 14, 2008.

We value and appreciate your business and understand that mistakes happen.  If you
have already taken care of this issue, please disregard this letter.  However, if this matter
has not been resolved, please make a deposit to your account to cover the overdraft
amount at your earliest convenience.  If we can assist you in any way with this matter,
please contact us at 1-866-211-6980.

Please remember that Wachovia offers a variety of products and services that are
designed to protect you from overdrawing your account.

Thank you in advance for your attention to this matter.

Sincerely,

Overdraft Resolution Team

*Account balance subject to change based on account activity since the date of this letter.

↓↓**Detach here and Remit Lower Portion with Payment in the Enclosed Reply Envelope**↓↓

Rizalina A. Abellan
264 Faxon Ave.
San Francisco, CA 94112-2214

Date:  May 01, 2008
Account #: 1007235921273

Wachovia Bank. N.A.
FL0500 OVD Payments
P.O. Box 45038
Jacksonville, FL  32232-5038
IuIIudIdudIdIuIIudhIdIIumIIdudmuIIudIudIII

PLEASE PRINT ADDRESS AND TELEPHONE NO.
CHANGES IN BOX BELOW

New Address _____
_____
_____
Home Phone (___) _____
Work Phone (___) _____

PAY THIS
AMOUNT      $313.49

0A2-PISTI-000017407              PISTI

**Customer Service:**
1-888-766-CITI(2484)
BOX 6000
THE LAKES, NV
89163-6000

| | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $3270 | $0 | $1800 | $0 | $466.62 |
| | Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | 04/11/2008 | $0.00 | - $71.91 + | $53.15 = | $125.06 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 4/11 4/11 | | **Standard Purch** LATE FEE - MAR PAYMENT PAST DUE PURCHASES*FINANCE CHARGE*PERIODIC RATE | 39.00 1.92 |
| | 4/11 | | **Standard Adv** ADVANCES*FINANCE CHARGE*PERIODIC RATE | 8.23 |

Your late fee was based on your account balance as of the payment due date (04/07/08), which was $417.47.

Your account is two months past due and your credit privileges have been discontinued. Please call the toll-free number shown above, Monday - Friday, 7 am to 9 pm, or Saturday, 8 am to 5 pm, Central Time. If you have already sent us this payment, thank you.

We will lower APRs from the default APR on all balances if you meet the terms of all Card Agreements you have with us for 12 billing periods in a row. We may lower these APRs sooner based on your record with us.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $78.94 | $39.00 | $0.00 | $1.92 | $119.86 |
| ADVANCES | $338.53 | $0.00 | $0.00 | $8.23 | $346.76 |
| TOTAL | $417.47 | $39.00 | $0.00 | $10.15 | $466.62 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $79.86 | 0.08011%(D) | 29.240% | 29.240% |
| ADVANCES | | | | |
| Standard Adv | $342.49 | 0.08011%(D) | 29.240% | 29.240% |

SEND PAYMENTS TO: CITI CARDS P.O. BOX 6408 THE LAKES, NV 88901-6408                                    42960N
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE. PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 05/06/2008
---

Visit: www.citicards.com

citi

154661600687377230466621250660011

**Your Account Number**
5466 1600 6873 7723

Please Enter Amount Of Payment Enclosed

| Payment Due Date | Your Total Balance | Minimum Amount Due |
|---|---|---|
| MAY 06 2008 | $466.62 | $125.06 |

$ _____

42960N PWH 33 A 1         BR1031169

RIZALINA A ABELLAN
264 FAXON AVE
SAN FRANCISCO          CA  94112-2214

CITI CARDS
P.O. BOX 6408
THE LAKES, NV          88901-6408

( )          ( )
New Home Phone    New Business Phone

Print changes of address, phone number or email above.*

*If you provide an e-mail address, we may use it to contact you about your account. We may also use your e-mail address to send you information about products and services you might find useful.

 **SFMTA** |  **Department of Parking and Traffic**
*A Division of the Municipal Transportation Agency*

11 South Van Ness Avenue
San Francisco, CA 94103-1226
**415-701-3000**

 *Pay By Phone or By Internet*
YOU CAN NOW PAY YOUR
CITATIONS BY CREDIT CARD
OVER THE PHONE BY
CALLING 415-701-3099
OR 1-800-531-7357
OR BY INTERNET
WWW.SERVICES.SFGOV.ORG
(SEE REVERSE).

745691343
ABELLAN RIZALINA
264 FAXON AVE
SAN FRANCISCO CA 94112-2214

IIlıılıılıılıılıılılılılılılılııIIılılılIıılıılıılıll

1

**IF YOU HAVE SENT IN PAYMENT,
IGNORE THIS NOTICE.**

**TO VERIFY PAYMENT, CHECK
THE WEBSITE ABOVE.**

**DO NOT SEND CASH.**

---

# NOTICE OF DELINQUENT PARKING VIOLATION

| MAIL DATE | | VEH. MAKE/COLOR | VEH. STATE/LIC. |
|---|---|---|---|
| 04/30/08 | | CHEV / BL | CA 2KTK462 |

**IF YOU HAVE SENT
IN PAYMENT
OR PROTEST,
IGNORE
THIS NOTICE.**

| | |
|---|---|
| ORIGINAL PENALTY BALANCE IS: | 40.00 |
| IF PAID ON OR BEFORE: | 05/21/08 |
| DELINQUENT PENALTY IS: | 65.00 |
| IF PAID AFTER: | 05/21/08 |
| BUT BEFORE: | 06/18/08 |
| DMV HOLD PENALTY IS: | 100.00 |
| IF PAID AFTER: | 06/18/08 |

Our records show that you have failed to respond to the parking citation listed below. Failure to pay the parking penalties due, contest the citation or file an affidavit of non liability either by mail or in person, prior to the due date indicated will result in increased penalties and withholding of your vehicle registration by the Department of Motor Vehicles(CVC 4760), and may subject your vehicle to booting or towing(CVC 22651(f),22651(i)). In addition, you may be subject to a civil judgement which could result in garnishment of wages and/or seizure of property(CVC 40220).

For payment options and request for review, please see reverse side.



ADDRESS SERVICE REQUESTED

**CAPITAL MANAGEMENT SERVICES, LP**
726 Exchange Street - Suite 700, Buffalo, NY 14210
Office Hours: M-Th 8 a.m. - 11 p.m. ET
Fri 8 a.m. - 10 p.m., Sat 8 a.m. - 4 p.m. ET
Sun 9 a.m. - 1 p.m. ET
Toll Free: 1-866-201-4973, Fax: (716) 852-1620



#BWNJTHB *********AUTO**3-DIGIT 941 T329 P1
#0340702497#

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112-2214

Current Creditor: Washington Mutual Bank
Account #: 20071187834
Balance: $690.64
AMOUNT ENCLOSED: _____
Current Address: _____

_____

Current Phone #: _____

March 13, 2008

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

### ************70% TAX SEASON SETTLEMENT OFFER************

Dear Rizalina Abellan:

On behalf of Washington Mutual Bank, Capital Management Services, LP, is willing to accept less than the full balance due as a settlement on the above mentioned account. The settlement offer shall be $483.45 due in our office no later than TEN (10) days from the receipt of this letter.

Upon clearance of sufficient funds, our records will be updated to reflect that the above account has been satisfied.

You may send the settlement payment to Capital Management Services, LP, at 726 Exchange Street, Suite 700, Buffalo, NY 14210. Our representatives are trained to offer assistance regarding this obligation. For account inquiries, you may contact Capital Management Services, LP, by calling 1-866-201-4973 Mon. through Thurs. 8 am to 11 pm ET, Fri. 8 am to 10 pm ET, Sat. 8 am to 4 pm ET or Sun. 9 am to 1 pm ET. You may also make payments online at: www.cms-trans.com.

Should you wish to discuss the manner in which your account has been handled, please call Capital Management Services, LP, Compliance Department at 1-800-519-2687.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

### ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

BOE-433-S (FRONT) REV. 25 (7-05)

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

ACCOUNT NUMBER

**SR    BH    97225846**

HOUSE  OF  GEMS
RIZALINA  A.ABELLAN
264  FAXON  AVE
SAN  FRANCISCO  CA  94112-2214

DATE:     September 5, 2007

**DATE OF REVOCATION**
August 14, 2007

**CAUSE FOR REVOCATION**
Failure to File YEAR 2006 Tax Return



# NOTICE OF REVOCATION

This Board, on the above Date of Revocation, pursuant to section 6070 of the California Sales and Use Tax Law, revoked your permit(s) to engage in business as a seller. **You are now denied the privilege of selling tangible personal property in California.**

If you hold a Cigarette and Tobacco Products Retailer's, Wholesaler's, or Distributor's License under the Cigarette and Tobacco Products Licensing Act of 2003, the Board will commence revocation proceeding of your License(s).

To reinstate your permit(s) you must submit all documents and payments to the Board office located at the address shown above and:

1. Remove the cause for revocation.

2. Pay a $50 fee for reinstatement for **each location.**

3. Comply with any additional requirements for reinstatement, including filing and paying returns on other delinquent periods.

4. Make payment in cash, cashier's check, certified check, or money order.

---

**IMPORTANT**

**Persons (corporate officers included) who engage in business as sellers of tangible personal property in this state after revocation of their seller's permit are guilty of a misdemeanor. The court may fine them up to $5000 for each offense.**

**If the cause for revocation is the failure to file a tax return as required by law, and selling is continued, the court may fine that person up to $5000 for each offense.**

**If the business has discontinued, call us or return the completed questionnaire (see reverse). The address and telephone number to contact appear at the upper left hand corner of this notice.**

---



· Return Service Requested

450 7th Street
San Francisco Ca 94103

April 30, 2008

||.|..|.|..||..||.|.|.|.|.|.|.|.||.|.|.||..|.|.||.||
RIZLINA ABELLAN
264 FAXON AVE
SAN FRANCISCO CA 94112-2214

Our Reference Number: 0801110096
Account Number: 566973-9
Amount:        $1,953.50

## PRE-COLLECTION NOTICE
## ATTENTION REGISTERED OWNER: YOUR CREDIT MAY BE AFFECTED

California Civil code Section 3068.2 states that the registered owner is liable for the total charges, including towing, storage, transfer, lien and other fees, less the amount received from the sale of the vehicle.

You did not reclaim your vehicle **prior** to the sale, and you are liable to us for the accumulated charges of $2,203.50 related to the towing, storage, transfer, lien and other fees, less the amount we received from the sale of the vehicle of $250.00, representing a deficiency claim of $1,953.50. We will refer our deficiency claim to a collection agency if you do not act within 10 days from the date of this letter.

Payment Alternatives:
1. If the registered owner pays us $1,562.80, we will waive our entire deficiency claim.
2. If the registered owner pays us $1,172.10 and agrees to sign and pay an interest-free 12-month payment plan agreement for the remaining $781.40 for a monthly payment of $65.12, we will waive our entire deficiency claim.
3. If the registered owner agrees to sign and pay an 10% interest payment plan over a 12 month payment term for a monthly payment of $179.07 for the next 12 months, we will waive our entire deficiency claim.

## PROTECT YOUR CREDIT STANDING AND ACT NOW! You must act within 10 days from the date of this letter.

If you would like to accept Payment Alternative #1, then please bring in or mail your payment along with the attached paperwork for this vehicle to the address shown above. If you would like to accept Payment Alternative #2 or #3, then please contact us at 415-865-8200 and ask for the supervisor on duty. If you do not wish to accept any of these payment alternatives, and you are the responsible party, then you will be receiving a collection notice and your credit standing may be affected.

### This communication is from a debt collector.

### Notice: See reverse side for important information.

**AFFIDAVIT OF NON-LIABILITY**

If you did not own this vehicle on the violation date or if you leased rented this vehicle on the violation date, please complete this portion and return it in the enclosed envelope. **along with bona fide proof of non-liability including, but not limited to, a Bill of Sale or rental contract.**

I declare that the vehicle referenced above was either not owned by me or was leased rented to another party on the violation date.

The vehicle was (check only one):

☐ Sold or Transferred to Another Party          ☐ Reported Stolen          ☐ Leased or Rented to Another Party
Name and Address of the Responsible Party is as follows:

Name: _____          Drivers License Number: _____

Street Address: _____

City: _____          State: _____    Zip Code: _____

Date of Sale, Purchase, Theft, or Execution of Lease Rental Agreement: _____
**I declare under penalty of perjury that the foregoing is true and correct:**

(Signature) _____          (Date) _____          (Phone) _____
NOTE: To avoid additional fines and penalties, this information must be received no later than 10 days from the date of this notice. Acceptable proof of non liability includes bona fide sale or transfer of vehicle, copy of police report or insurance claim, or proof of written rental/lease agreement with a bona fide renting or leasing company. Failure to provide or accurately complete the requested information, as well as lack of verification of such by the Department of Motor Vehicles, will result in this declaration being disregarded.

566973-9 0801110096

RBC1SFst-0430F300048-JXD4-3 1911

RECORDING REQUESTED BY:

Fidelity National Title

WHEN RECORDED MAIL TO:

RESTITUTO P. ABELLAN
RUFINA ABELLAN
101 CAMPBELL AVENUE
SAN FRANCISCO, CA 94134

SAN FRANCISCO COUNTY
Annie Jamison, Recorder
DOC— E901287
FIDELITY NATIONAL TITLE
Tuesday, May 07, 1991          08:00:00am
Rec        5.00 --- Pg        3.00
Mi         1.00 --- Amt       3.00
TOTAL -›        $9.00
REEL F376 IMAGE 0074

------------------- RECORDERS USE ONLY -------------------

ORDER NO.
ESCROW NO. 354760-MO

## GRANT DEED (INDIVIDUAL)

The undersigned grantor(s) declare(s):

Documentary transfer tax: $ 0.00
(XXX) Computed on full value of property conveyed.
(XXX) Computed on full value less value of liens and encumbrances remaining at time of
      sale.
(  ) Unincorporated area (XXX) City of  SAN FRANCISCO
      Tax Parcel No.  6206/1

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Restituto P. Abellan and Rufina Abellan, husband and wife,
and Marilyn A. Abellan, an unmarried woman.

hereby GRANT(S) to

RESTITUTO P. ABELLAN AND RUFINA ABELLAN, HUSBAND AND WIFE AS JOINT TENANTS

the following described real property in the city of SAN FRANCISCO
County of , State of California:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

Dated   April 18, 1991

_____
Restituto P. Abellan

_____
Rufina Abellan

_____
Marilyn A. Abellan

STATE OF CALIFORNIA          } s.s.
County of San Francisco      }

On this  30th  day of  May  , 19 91  , before me, the undersigned,
a Notary Public in and for said County and State, personally appeared
RESTITUTO P. ABELLAN —-
                                                            personally
known to me (or proved to me on the basis of satisfactory evidence) to be the person
whose name  is  subscribed to the within instrument and
acknowledged that  he  executed the same.

WITNESS my hand and official seal.

OFFICIAL SEAL
S. J. WALLER
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Commission Expires June 13, 1994

_____
Notary Public in and for said County and State          (Notary Seal)

FD-100 (Rev. 1/89)          **MAIL TAX STATEMENT AS DIRECTED ABOVE**

§ 440.10   Flow Chart

PART II.   PROBATE FLOW CHART

# IS PROBATE NECESSARY?



**I.** IS THERE PROPERTY PASSING BY CONTRACT? → CONTACT INSURANCE COMPANIES, FINANCIAL INSTITUTIONS, EMPLOYERS, AND COMPLETE FORMS

**IS THERE PROPERTY REMAINING?**

**II.** IS THERE JOINT TENANCY PROPERTY? → CLEAR DECEDENT'S NAME FROM TITLE; NO ADMINISTRATION
→ Forms: See § 44.310 et seq.

**IS THERE PROPERTY REMAINING?**

**III.** IS NET VALUE OF ESTATE $20,000 OR LESS, AND DOES DECEDENT LEAVE SURVIVING SPOUSE AND/OR CHILDREN? → FILE PETITION TO SET ASIDE ESTATE
→ Forms: See § 44.290 et seq.

**IS THERE PROPERTY REMAINING?**

**IV.** DOES PROPERTY PASS TO SURVIVING SPOUSE? → FILE SPOUSAL PROPERTY PETITION → **OR** → ELECT PROBATE ADMINISTRATION
→ Forms: See § 44.335 et seq.
→ Forms: See §§ 44.330, 44.331 and Ch. 442, PROBATE INITIATING PROBATE ADMINISTRATION

1  Rizalina Abellan

2  264 Faxon Avenue

3  San Francisco, CA 94112

4              IN THE UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6                                No. C 08-0252 SI

7  RIZALINA ABELLAN,            Leave of Court

8          Plaintiff            Rejection for Dismissal of my
                                Complaint
9  Vs.                          Of FIE Fraud C.C.P. 32993399
                                P.C. 494495 Relief under C.C.P.
10 SUPERIOR COURT OF CALIFORNIA 473, 473(B) Sanction C.C.P.
   ATTY. GARY LIEBERMAN         664.6 for Jurisdiction, Ho.
11 FIRE INSURANCE EXCHANGE      Judge Susan Illston
   MISS PHOEBE KWONG
12 SAN FRANCISCO SHERIFFS DEPT. Plaintiff for Fee Absolute

13         Defendants.          Probate Code 2132, 2130 (b),
                                2130 (a), 10519, Illegal
14                              Contest, Fraud, C.C.P. 3294-
                                3399, P.C. 494, P.C< 495
15                              Probate Code 217001 (e), Bu.
                                And Prof. Code section 61036

16

17

18

19     Rizalina Abellan, Plaintiff et. al exercise power without

20 giving notice under my proposed action and complaint under

21 Probate Code sub-section 10580 et. seq. because of my status

22 Trustee Representative have to manage, control, sell or

23 incorporate under Probate Code 10512 or to borrow Probate Code

24 section 10514 Transfer to the Person Probate Code 10516 or to

25 complete a contract Probate Code section 10517 or held by

                            - 1 -

ORIGINAL
FILED

APR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Rizalina Abellan
   264 Faxon Avenue
2  San Francisco, CA 94112

3
                    **IN THE UNITED STATES DISTRICT COURT**
4
                      **NORTHERN DISTRICT OF CALIFORNIA**
5
                                          No. C 08-0252 SI
6
7  RIZALINA ABELLAN, Et. al.       Rejection for Dismissal of my
                                    Complaint
           Plaintiff                Of FIE Fraud C.C.P. 32993399
8                                   P.C. 494495 Relief under C.C.P.
   Vs.                              473, 473(B) Sanction C.C.P.
9                                   664.6 for Jurisdiction, Hon.
   SUPERIOR COURT OF CALIFORNIA     Judge Susan Illston
10 ATTY. GARY LIEBERMAN
   FIRE INSURANCE EXCHANGE          Plaintiff In Fee Absolute
11 MISS PHOEBE KWONG
   SAN FRANCISCO SHERIFFS DEPT.     Probate Code 2132, 2130 (b),
12                                  2130(a), 10519, Illegal
           Defendants.             Contest, Fraud, C.C.P. 3291 -
13                                  3399, P.C. 494, P.C. 495
                                    Probate Code 217001 (e), Bu.
14                                  And Prof. Code section  61036

15

16

17

18
             Rizalina Abellan, Plaintiff et. al exercise power
19
   without giving notice under my proposed action and complain
20
   under Probate Code sub-section 10580 et. seq. because of my
21
   status Trustee Representative have to manage, control, sell or
22
   incorporate under Probate Code 10512 or to borrow Probate Code
23
   section 10514 Transfer to the Person Probate Code 10516 or to
24
   complete a contract Probate Code section 10517 or held by
25

                                - 1 -

1 | Rizalina Abellan
2 | 264 Faxon Avenue
3 | San Francisco, CA 94112
4 |
5 | The United States District Court
6 | Nothern District of California
7 |
8 | Rizalina Abellan et. al.          Case No. CO2252 B2
9 | Plaintiff                         Leave of Court
10 | Vs.                              2nd Amended
11 | Superior Court of California     Complaint and Proper Entity
12 | Attorney Gary Lieberman          Defendant Fire Insurance
13 | Fire Insurance Exchange          Exchange under Bu. And Prof.
14 | Miss Phoebe Kwong                Code Violation section 17203
15 | San Francisco Sheriffs Dept.     c.c. 3294 UIAA, 17200, 17203,
16 |                                  790.03 Cartwright Act 16699 &
17 |                                  16720, 15 USC section 1012(b),
18 |                                  9390 c.c.p. 377.2 civil
19 |                                  1380.1 - 1392.1 Cal. Code Reg.
20 |                                  Sec. 2695.4 (e)
21 |
22 |
23 | I received your stipulation and proposed order for
24 | dismissal of defendant Fire Insurance Exchange as erroneously
25 | sued Farmers Insurance.  I can not dismiss as then, I amend to

- 1 -

2.  Unpublished opinion and subsequent Remititur from the Court of Appeal, First Appellate District, documents dated May 14, 2003 and July 13, 2003 respectively and attached hereto as Exhibit B;

3.  Notice of Intention to Sell Real Property at Private Sale, dated May 16, 2005 and    attached    hereto    as Exhibit C.

Rizalina Abellan, Plaintiff et. al exercise power without giving notice under my proposed action and complain under Probate Code sub-section 10580 et. seq. because of my status Trustee Representative have to manage, control, sell or incorporate under Probate Code 10512 or to borrow   Probate Code section 10514 Transfer to the Person Probate Code 10516 or to complete a contract Probate Code section 10517 or held by another    as  to  executor  or  administrator  as  to  my disclaimer to the Court of San Francisco void an illegal as Plaintiff in Fee Absolute disclaim for Roseller Abellan, executor issued as "void" and "voidable" by Plaintiff or appellant Rizalina Abellan under Probate Code section 10519. "Revoked" contest of a will was not executed by the decedent in the manner and form required by law, illegally issued by Superior Court of San Francisco Probate Deaprtment is "void". Contest of a will before Porbate, Probate Code sub-section 1043 (a), 8004 (b) section Grounds of Opposition section Probate Code 8250, 8254 as opposed and rejected the first

1  filing dated July 27, 2000 and the second filing dated April
2  3, 2007 as no legal right.  Take judicial notice filled July
3  30, 2007 appealed as to  Writ of Mandate issued to their
4  Denial as to Eviction Notice by Sheriffs Department summary
5  denials on the merits issued dated January 9, 2007 and
6  and petition for review of eviction notice and status of
7  plaintiffs supersedea as to in the fee absolute status issued
8  Summary Denials on the merits against the eviction issued by
9  Supreme Court issued en banc, Summary Denials on the merits
10 to deny defendants of all the corrupt filings and fraudulent
11 offense to mislead plaintiff et. al. to the right of property
12 in 1609 California Ave. property and 101 Campbell St. property
13 of San Francisco, California 94134 as in fee absolute because
14 atatus non-probate all the defendants FIE. Insurance   Co.
15 cannot contest under the will nor Superior Court of San
16 Francisco.   Attorney Gary Liberman, Roseller Abellan, Atty.
17 Kathry Kalus, Atty. Lee Danforth, Phoebe Kwong cannot buy the
18 property as opposed by representative Rizalina Abellan and
19 remainders under the property are qualified Residential Trust
20 disclaims all defendant for illegal contest probate code
21 section 10518 as held by me.  Representative as ground for
22 opposition and rejected  Probate Code 1043 (a) 8004 (b) 8250,
23 8254.  Purported will was not executed for Probate as to non-
24 Probatee status decedent did not execute in the manner and
25 form required by law for execution of a will.  Superior Court,

- 3 -

1  Attorney Gary Lieberman, illegally take mortgage in the amount

2  of $29,000.

3

4

5                            Rizalina Abellan
                             In Proper Persona

6

7                            264 Faxon Avenue
                             San Francisco, CA 94112

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 4 -

1   Rizalina Abellan

2   264 Faxon Avenue

3   San Francisco, CA 94112

4

5              IN THE UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7                              No. C 08-0252 SI

8   RIZALINA ABELLAN,               Leave of Court

9          Plaintiff               Rejection for Dismissal of
                                    Complaint
10  Vs.                            Of FIE Fraud C.C.P. 32993399
                                    P.C. 494495 Relief under C.C.P.
11  SUPERIOR COURT OF CALIFORNIA    473, 473(B) Sanction C.C.P.
    ATTY. GARY LIEBERMAN            664.6
12  FIRE INSURANCE EXCHANGE
    MISS PHOEBE KWONG               Plaintiff for Fee Absolute
13  SAN FRANCISCO SHERIFFS DEPT.

14          Defendants.

15

16

17

18     Defendants   Fire   Insurance   Exchange   (hereinafter   "FIE)

19  hereby requests that this Court take judicial notice of the

20  pleadings, findings of fact, conclusions of law, decisions, and

21  judgments rendered by the California Courts as follows:

22  1.   Order following Hearing wherein the plaintiff was found

23       to be a vexatious litigant by the San Fracisco County

24       Superior Court, document dated July 9, 2002 and attached

25       hereto as Exhibit A;

- 1 -

Case 3:08-cv-00252-SI    Document 36-2    Filed 05/?/2008    Page ?? of 98

THIS IS A PLEDGE NOT A SALE
(UNLESS OTHERWISE INDICATED)

# PACIFIC LOAN & JEWELRY CO.

(Member of Collateral Loan and Secondhand Dealers Association)

55 Sixth St - San Francisco, CA 94103 - (415) 777-3877
www.pacloan.com

Business Hours    Monday - Friday      Saturday
                  9:00 - 5:00          9:30 - 4:30

3. No extensions will be given.
4. To protect your rights notify us of address change by registered mail.

CHARGE FOR LOST TICKET $2.00

GOODS SHOWN
TIL PAID FOR NO.
ECKS ACCEPTED

You are giving a security interest in the following pledged goods.

PACIFIC LOAN COMPANY

LOAN NO. 366262

## TRUTH IN LENDING

| DATE | | |
|---|---|---|
| 05/05/2008 | LADIES WATCH | 14KT Y/GOLD |
| | | 21.6GRMS [WHITE DIAL] |
| CHARGE | 25.00 | |
| AMOUNT | | |
| redeem | 225.00 | |
| PERCENTAGE RATE | 31.50 | |

Org = 1366262

Tkt # 366262

* SEE REVERSE SIDE FOR TERMS AND CONDITIONS. I HAVE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK AND AGREE TO THEM AS A PART OF THIS CONTRACT AS IF THEY WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT THE INFORMATION AND ADDRESS PRINTED HEREON IS CORRECT.

NO GOODS SENT C.O.D.
Minimum Packaging Charge $25.00, Shipping Extra.

---

THIS IS A PLEDGE NOT A SALE
(UNLESS OTHERWISE INDICATED)

# PACIFIC LOAN & JEWELRY CO.

(Member of Collateral Loan and Secondhand Dealers Association)

55 Sixth St - San Francisco, CA 94103 - (415) 777-3877
www.pacloan.com

Business Hours    Monday - Friday      Saturday
                  9:00 - 5:00          9:30 - 4:30

3. No extensions will be given.
4. To protect your rights notify us of address change by registered mail.

CHARGE FOR LOST TICKET $2.

GOODS SHOWN
TIL PAID FOR NO.
ECKS ACCEPTED

You are giving a security interest in the following pledged goods.

PACIFIC LOAN COMPANY

LOAN NO. 366263

## TRUTH IN LENDING

| DATE | | |
|---|---|---|
| 05/05/2008 | POCKET WATCH | BREI A BROWN |
| | HAND PIECE | 14941 |
| | GOLD POCKET WATCH SER. 14941 | |
| CHARGE | 32.13 | |
| AMOUNT | | |
| redeem | 332.13 | |
| PERCENTAGE RATE | 31.50 | |

Org = 366263

Tkt # 366263

* SEE REVERSE SIDE FOR TERMS AND CONDITIONS. I HAVE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK AND AGREE TO THEM AS A PART OF THIS CONTRACT AS IF THEY WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT THE INFORMATION AND ADDRESS PRINTED HEREON IS CORRECT.

NO GOODS SENT C.O.D.
Minimum Packaging Charge $25.00, Shipping Extra.



**OPTIMA REALTY**

1435 HUNTINGTON AVENUE, SUITE 100
SOUTH SAN FRANCISCO, CA 94080
BUS: (650) 246-8800
FAX: (650) 246-8801

**April 24, 2008**

**Abellan Family**
**101 Campbell Ave**
**San Francisco, CA 94134**

### ARE YOU FRUSTRATED THAT YOUR PROPERTY HASN'T SOLD YET?!?
### I have helped many Sellers in situations just like yours!

**Dear Home Owner(s),**

**Your property located at 101 Campbell Ave, in San Francisco, recently came up as *Withdrawn* or an *Expired* listing on the MLS (Multiple Listing Service). I was unable to reach you by phone, but would like to interview for the opportunity to work for you. You need an expert representative in this uncertain real estate market to help sell your property AGGRESSIVELY.**

**Please review my enclosed references and successful market activity in the recent year.**

**I am passionate and dedicated to achieving set goals and providing my clients with the quality and professional service they deserve. My marketing is FIERCE and my negotiation skills are STRONG.**

**I am the best-chosen agent at your service in these matters. So don't wait any longer and call me today!!!**

**Sincerely,**

*Your Friendly Neighborhood Realtor*

*Top Producer*
**KRISS MIRANDA**
**415.816.9331   San Francisco**
**650.246.8838   Peninsula**
**510.896.9669   East Bay**

Each Office Is Independently Owned And Operated.

 

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOR THE

FIRST APPELLATE DISTRICT

DIVISION TWO

**F I L E D**

Court of Appeal - First App. Dist.

JUN 1 - 2001

RON D. BARROW, CLERK

RIZALINA ABELLAN,

Plaintiff and Appellant,

By _____ DEPUTY

A095079

vs.

ROSELLER ABELLAN, et al.,

Defendants and Respondents.

San Francisco County

Super. Ct. No. 280338

_____/

BY THE COURT:

The "amended writ of mandate and prohibition or supersedeas to cure defect denied May 14, 2001 be restored or issued" and the "urgent" request for a stay are denied.

Dated _____

_____ P.J.

350 MCALLISTER STREET
SAN FRANCISCO, CA  94102
DIVISION 2

Rizalina Abellan
264 Faxon Ave.
San Francisco, CA  94112

In re the Estate of RUFINA ABELLAN, Deceased.

RIZALINA ABELLAN, et al.,
Plaintiffs and Appellants,
v.
ROSELLER ABELLAN,
Defendant and Respondent.

A094392
San Francisco County No. PES00280338



* * REMITTITUR * *

I, Ron D. Barrow, Clerk of the Court of Appeal of the State of California, for the First Appellate District, do hereby certify that the decision entered in the above-entitled cause on March 12, 2002 has now become final.

___Appellant ✓Respondent to recover costs
___Each party to bear own costs
___Costs are not awarded in this proceeding
___See decision for costs determination

Witness my hand and the Seal of the Court affixed at my office this          2002

Ron D. Barrow
Clerk of the Court

Deputy Clerk

msck

# GMAC Mortgage Account Statement

## CUSTOMER INFORMATION

**Name:** RESTITUTO P. ABELLAN ESTATE
RUFINA ABELLAN ESTATE
**Account Number:** 0305395253
**Home Phone #:** (415)467-3017

## PROPERTY ADDRESS

101 CAMPBELL AVENUE
SAN FRNCSC CA 94134

# GMAC Mortgage

**For questions on the servicing of your account, call 1-800-766-4622.**

### MESSAGES

Please see your 1098 Mortgage Interest Statement below. For your convenience, we have printed this information on an easily detachable form.

```
862198 09/03/04 15.00  0021905 20050121 DA261206 GMACHX  I OZ DOM DA26120000* 146316    GM
#BWNHJPY
#KW0428 7195746#
```

Il·lil·l·ll·lull·llll·ll·l·l·ll·ll·llll·llll·llll·l·ll·l·l·ll

RESTITUTO P. ABELLAN ESTATE
RUFINA ABELLAN ESTATE
RIZALINA ABELLAN REPRESENTATIVE
264 FAXON AVE
SAN FRANCISCO CA 94112-2214



## See Reverse Side For Important Information

## Account Information

| | |
|---|---|
| Account Number | 0305395253 |
| Current Statement Date | January 18, 2005 |
| Maturity Date | May 01, 2023 |
| Interest Rate | 7.50000 |
| Current Principal Balance* | $110,123.07 |
| Current Escrow Balance | $348.61 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $999.88 |
| Subsidy/buydown | $0.00 |
| Escrow | $135.63 |
| Additional Products/Services | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $487.81- |
| Total Amount Due | $647.70 |
| Account Due Date | February 01, 2005 |

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Receipt | 01/01/05 | 01/07/05 | $567.76 | | | | | | $567.76 |
| Interest on Escrow | 01/01/05 | 12/31/04 | $3.79 | | | $3.79 | | | |
| Fee Paid | 01/01/05 | 12/28/04 | $0.01 | | | | | | $0.01 |
| Receipt | 01/01/05 | 12/28/04 | $0.01- | | | | | | $0.01- |
| Payment | 01/01/05 | 12/28/04 | $567.76 | $309.68 | $690.20 | $135.63 | | | $567.75- |
| Receipt | 12/01/04 | 12/10/04 | $567.76 | | | | | | $567.76 |
| Fee Paid | 12/01/04 | 11/26/04 | $0.01 | | | | | | $0.01 |
| Receipt | 12/01/04 | 11/26/04 | $0.01- | | | | | | $0.01- |

*This is your Principal Balance only, not the amount required to pay your loan in full.

---

| RECIPIENT'S/LENDER'S name, address, city, state and ZIP code | ⅃ CORRECTED (if checked) | | |
|---|---|---|---|
| GMAC MORTGAGE CORPORATION<br>3451 HAMMOND AVE<br>WATERLOO IA 50702<br>800-766-4622 | * **Caution** The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also you may only deduct interest to the extent it was incurred by | OMB No. 1545-0901<br><br>**2004**<br>Form 1098 | **Mortgage Interest Statement** |

| RECIPIENT'S Federal identification no | PAYER'S social security number | you actually paid by you, and not reimbursed by another person | **Copy B**<br>**For Payer** |
|---|---|---|---|
| 23-1694840 | 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 | 1 Mortgage interest received from payer(s)/ borrower(s)*<br><br>8,455.49 | The information in boxes 1, 2 and 3 is important tax information and is being furnished to the Internal |

| PAYER'S/BORROWER'S name (first, middle, last) street address, city, state, and ZIP code | 2 Points paid on purchase of principal residence (See Box 2 on back)<br><br>0.00 | Revenue Service. If you are required to file a return, a negligence penalty or other |
|---|---|---|
| RESTITUTO P. ABELLAN ESTATE<br>RUFINA ABELLAN ESTATE<br>RIZALINA ABELLAN REPRESENTATIVE<br>264 FAXON AVE<br>SAN FRANCISCO CA 94112-2214 | 3 Refund of overpaid interest (See Box 3 on back)<br><br>0.00 | sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage |

| Account number (optional)<br><br>0305395253 | 4 Real Estate Taxes Paid<br><br>1,204.70 | interest or for these points or because you did not report this refund of interest on your return |
|---|---|---|

| Substitute **1098** | (Keep for your records.) | Department of the Treasury - Internal Revenue Service |
|---|---|---|

# Your Payment Will Automatically Be Drafted

NAMES AND ADDRESSES OF PERSONS
NOTICE WAS MAILED

1. Rizalina Abellan, Daughter, adult, 264 Faxon Street, San Francisco, Ca 94112

2. Antonio Abellan, Son, adult, 57 Luassane Avenue, Daly City, Ca 94014

3. Restituto Abellan, Sr., son, adult, 23246 Jorgensen Lane, Hayward, Ca 94541

6. Rosevilla Galzote, daughter, adult, 101 Pope Street, San Francisco, Ca 94112

7. Romeo Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134

8. Roseller Abellan, son, adult, 13400 Twin Cities Road, Herald, Ca 95638

9. David Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134

10. Marilyn Abellan, daughter, adult, 2184 Pyramid Dr., Richmond, Ca 94803

11. Rosemary Abellan Bautista, daughter, adult, 101 Campbell Ave., SF. Ca 94134

12. Pepsi Abellan, daughter, adult, 340 Naple Street, San Francisco, CA 94112

13. Alicia Abellan Levita, daughter, adult, 19-A 11th Str. West Rembo., Manila,
    Philippines

14. Gary Lieberman, attorney, 60 East Sir Francis Drake Blvd, S-256, Larkspur,
    California 94939    16 N South Hill Rd - nevata Ca. 94947
    Suite 1

15. Superior Court, 400 McAllister Street, San Francisco, Ca 94102

16. Court of Appeals, 1st Appellant District, 350 McAllister Street, SF, Ca 94102

17 Supreme court of calif. 350 Mcallister ST -
   S.F. Ca. 94110.

18. united States district court of nithern calif
   450 Aulderygate ave . Rizalina Abellan
   S.F Ca. 94102    Rizalina Abellan
                    appellant

Dated 5/16/08                    415- 992-1853

Registered Certified
Jeff Taxman atty. SF.

Offices of the clerk U.S. District court
Northern District of California
450 Golden gate avenue
San Francisco calif. 94102
attn. Registered to winding (clerk)

PULL HERE EASY OPEN TAB

AIRPORT BRANCH
SAN FRANCISCO California
94128974I
0567830028 -0096
(800)275-8777

04/05/2008    05:38:09 PM

| Product Description | Sales Receipt Sale Unit Qty Price | Final Price |
|---|---|---|
| WASHINGTON DC 20530 Zone-8 Priority Mail 1 lb. 2.30 oz. | | $7.50 |
| Delivery Confirmation | | $0.65 |
| Label #: 03071790000411496518 | | |
| Issue PVI: | | $8.15 |
| Total: | | $8.15 |
| Paid by: | | $10.25 |
| Cash | | -$2.10 |
| Change Due: | | |

Order stamps at USPS.com/shop or call
1-8
to
Fo

Bi
Cl

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)

HoN. PAUL Clement
950 Pennsylvania Ave
Wash DC
20530

DELIVERY CONFIRMATION NUMBER:
0307 1790 0004 1149 6518

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)

Gary Lieberman

DELIVERY CONFIRMATION NUMBER:
0306 0320 0002 6672 9396

Postmark Here
APR 2008

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)

atty Kathryn Klaus
4-4-08

DELIVERY CONFIRMATION NUMBER:
0306 0320 0002 6672 9419

Postmark Here
APR 4 2008

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

April 4, 2008

Rizalina Abellan
264 Faxon Avenue
San Francisco, CA 94112

Subject:

An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To insure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

Sincerely,

RICHARD W. WIEKING, Clerk
/s/

by: Yumiko Saito
Case Systems Administrator

(1) Name: Gary Lieberman

Address _16/5 South Hill Dr. Suite 7_
_Novato Calif. 94947_

(1) Name: Fire Insurance Exchange

Address _777 Twin Dolphin Dr. Suite 580_
_Redwood Shores, Redwood_
_City Calif. 99065_

(1) Name: Phoebe Kwong

Address _18819 Croof Ave. Castro_
_Valley Calif. 99546_

## Proof of Service

I, Rizalina Abellan declare that :

I am at least 18 years of age and a party to the above entitled case. My Leave of Court to cure defect and jurisdiction of court as Revivor as to my complaint was served and filed. My business address in 264 Faxon Avenue, San Francisco, CA 94112.

I served the foregoing Motion on May 14, 2008 by depositing the Leave of Court to cure and amend complaint in the United States mail in San Francisco, California in sealed envelope with postage fully prepaid, addressed to District Court of California under Hon. Judge Susan Illston and the following persons will be served :

1. Superior Court of California
   400 McAllister St.
   San Francisco, CA 94102

2. Atty. Gary Lieberman
   1615 South Hill Rd. Suite I
   Novato, CA 94947

3. Atty. Kathryn Klaus
   555 Twin Dolphin Drive, Suite 300 Redwood Shores
   Redwood City, CA 94065

4. Miss Phoebe Kwong
   18819 Crest Ave.
   Castro Valley, CA 94546

5. United States District Court of Northern California
   450 Golden Gate Avenue
   San Francisco, CA 94102

6. Sheriffs Department of San Francisco
   City of San Francisco
   Hall cor. 457
   San Francisco, CA 94102

7. Department of Justice – Solicitor General
   Solicitor General Paul Clement
   10th Constitution Avenue
   950 Pennsylvania Avenue
   Washington D.C. 20530

8. Supreme Court of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

9. The Court of Appeals of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

10. Atty. General of California
    350 McAllister St.
    San Francisco, CA 94102

11. Inspector General Lore Chan
    750 Hawthorne St.
    San Francisco, CA 94106

12. District Attorney of California
    850 Bryant St.
    San Francisco, CA 94107

Dated : May 19, 2008

*13. Miss Phoebe Kwong*
*18819 Crest Ave. Castro*
*Valley Calif. 94546*
*14. Atty Kathryn Klane*
*555 Twin Dolphin Dr.*
*Suite 300 Redwood Shores*
*Redwood City CA. 94065*

*Rizalina Abellan*
Rizalina Abellan
(415) 992-1853
In Propia Persona

## Proof of Service

I, Rizalina Abellan declare that :

I am at least 18 years of age and a party to the above entitled case. My Leave of Court to cure defect and jurisdiction of court as Revivor as to my complaint was served and filed. My business address in 264 Faxon Avenue, San Francisco, CA 94112.

I served the foregoing Motion on May 14, 2008 by depositing the Leave of Court to cure and amend complaint in the United States mail in San Francisco, California in sealed envelope with postage fully prepaid, addressed to District Court of California under Hon. Judge Susan Illston and the following persons will be served :

1. Superior Court of California
   400 McAllister St.
   San Francisco, CA 94102

2. Atty. Gary Lieberman
   1615 South Hill Rd. Suite I
   Novato, CA 94947

3. Atty. Kathryn Klaus
   555 Twin Dolphin Drive, Suite 300 Redwood Shores
   Redwood City, CA 94065

4. Miss Phoebe Kwong
   18819 Crest Ave.
   Castro Valley, CA 94546

5. United States District Court of Northern California
   450 Golden Gate Avenue
   San Francisco, CA 94102

6. Sheriffs Department of San Francisco
   City of San Francisco
   Hall cor. 457
   San Francisco, CA 94102

7. Department of Justice – Solicitor General
   Solicitor General Paul Clement
   10th Constitution Avenue
   950 Pennsylvania Avenue
   Washington D.C. 20530

8. Supreme Court of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

9. The Court of Appeals of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

10. Atty. General of California
    350 McAllister St.
    San Francisco, CA 94102

11. Inspector General Lore Chan
    750 Hawthorne St.
    San Francisco, CA 94106

12. District Attorney of California
    850 Bryant St.
    San Francisco, CA 94107

Dated : May 19, 2008

*13. Miss Rhoebe Kwong*
*18819 crest ave . Castro*
*valley Calif. 94546*
*14 atty Kathryn Klaw.*
*477 twin dolphin drive*
*suite 30 redwood shore*
*redwood city ca. 94064*

*Rizalina Abellan*
Rizalina Abellan
(415) 992-1853
In Propia Persona