IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN, | No. C 08-00252 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff Rizalina Abellan has filed a motion for leave to amend her complaint (Docket # 36). In its April 28, 2008 Order, the Court dismissed plaintiff's third amended complaint without leave to amend, after already providing plaintiff with an opportunity to cure the defects in her previously-filed complaints. Judgment was entered on April 28, 2008. Plaintiff's motion for leave to amend is DENIED.

**IT IS SO ORDERED.**

Dated: May 28, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,

        Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

        Defendant.

Case Number: CV08-00252 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

Dated: May 28, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk