**FILED**

JUN 26 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rizalina Abellan
264 Faxon Avenue
San Francisco, CA 94112

## THE DISTRICT COURT OF NORTHERN CALIFORNIA

### 455 GOLDEN GATE AVENUE

### SAN FRANCISCO, CA 94102

RIZALINA ABELLAN, Et. al.

      Plaintiff

Vs.

THE SUPERIOR COURT OF
CALIFORNIA
ATTY. GARY LIEBERMAN
FIRE INSURANCE EXCHANGE
MISS PHOEBE KWONG
SHERIFFS DEPT. OF SAN FRANCISCO
CALIFORNIA

      Defendants

Case No. CO2252 B2    8-2252 $1

Leave of Court

Motion to set aside Denial

Timely Motion of
Disqualification of a Judge
C.C.P. sub-section 170.3 (d)
1085 C.C.P. 170.6 (a)(3)(2)

Quash Service of Summons,
Denial violates Title VII,
section 1981-83, 14th
Amend. Amend I, section 24,
Amend. 4, Article III, section
2, Contempt of Court, Bints of
Minds

---

This is a timely motion to disqualify Hon. Judge Susan
Illston on the basis of denial of my case.

The Federal Jurisdiction under Article III section 2,
Judicial Case 28 U.S.C. section 1332 gives action between
citizens of different status who thus have a right to choose
Federal Courts at their option, see: Merideth v. Winter Haven
(1943) 320 U.S. 228, 64 S. Ct. 7,11,88L. ed. 913.    As to
citizens of various States as to determine    amounts of

- 1 -

1 controversy against defendants on diversity jurisdiction,
2 section 67 et. seq. as cases where they apply Rules of Decision
3 Act 28 U.S.C. section 1652 as to section 58 Erie Doctrine former
4 Doctrine of Swift v. Tyson (1842) 41 U.S. I, 10L. Ed. 865 where
5 rule of property is involved as to my case against the
6 defendants mentioned in my case. As they can apply their own
7 view as to my merits and as to higher courts decisions and
8 records and evidence that you have liberal construction as a
9 Prose litigant bound by my 14th Amendment, rights as to Amendment
10 4 of illegal seizure and searches as to my equity suits as well
11 as actions at law. Same as to State or federal substantive
12 issues, see: O'Melveriz and Myers v. Federal Deposit Ins. Corp.
13 (1994) 512 U.S. 7911 S. Ct. 2047, 2052, 2053, 129 L. ed. 2d. 67,
14 73, 74 as determined by Law of the State where Federal Courts'
15 sets. The Swift and Erie cases in American Federation as to
16 other aspect of State Court highest court who I invoke their
17 decision as ruling of persuasive dictum as to follow decision of
18 intermediate State appellate courts as if there are laws
19 otherwise and must determine and apply it. Procedural and
20 technicalities is out of the question as to rule of conspiracy
21 affects these case when supposed to be treated equally as to
22 issues and controversy as to question of California Law or
23 determine the law of the case independently as requiring
24 adherence to decisions. Deal with the same Federal right as
25 uniformity decision.

- 2 -

1    The Court should quash service of Summons of Denial based
2    on the bases of disqualification as abuse of discretion ,
3    process and contemptuous  as to my privilege, rights under the
4    Constitution under Title VII, section 1981, 1983, Unruh Act,
5    Equal Protection to the Law, Article III, section 2, , Amendment
6    4, illegal seizure and searches to disqualify me based on race,
7    issues, facts, controversy as to our entitlement under the
8    Constitution.  It is assault against the  citizen and against
9    the U.S. of America as to Law and   fact of controversy.
10   Prejudiced as to suppression of evidence as failure to
11   disqualify herself upon my request for recusal filed before my
12   complaint between defendants subject to C.C.P. 170.6 as to
13   actions of denial not on the merits to sabotage and scapegoat
14   waiver of fees, law of court when  cured and revivored access is
15   for the People.  I should have access due to my assertions and
16   actionable cause on the merits and nearly perfected  but denial
17   as to  unfounded statement.  Opinion lack veracity under oath.

18
19
20
21
22
23
24
25

- 3 -

1      Plaintiff request for Good Faith and Fair Dealing and Judge

2 should be disqualified due to favoritism, motion was timely and

3 presiding Judge should calendar and appoint new Judge as to

4 peremptory  challenge, C.C.P. 170.3.

5 Dated:  June 24, 2008

6                               Respectfully submitted:

7

8                               Rizalina Abellan

9                               In Proper

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 4 -

1

**D E C L A R A T I O N**

2   I, Rizalina Abellan request denial be set aside as is in

3   violation of Principles of Equity where fraud is determined by

4   federal law 82 Haro.L.Res. 1512 validity of release federal

5   common law 83 Haro. L. Res. 289 hybrid stte law in federal

6   courts effect of federal coverts adoption of state of limitation

7   in action to enforce federally created rights as to Title Vii

8   Section 1981, 1983 14th amendment of the constitution, Article

9   III Section 2 of the constitution, illegal search and seizure as

10

11   to cause and controversy of property illegal taking and case

12   being denied subject to Federal constitutional assertion and

13   should be construed liberally as to unrule act of accommodation

14   as to A.P.A. opinions of the courts and defendants are subject

15   to births of minds corrupted a concerted act as to RICO Act

16   violates Business and Professional codes, abuse of process

17   desertion as to facts, issues evidences and controversy.  Court

18   must follow conflict of laws prevailing in transfer court of

19   whether Plaintiffs or defendant initiated transfer and should

20   not be treated as personal, interference and Honorable Judge

21   should recuse and denial is an obstruction of justice as to

22   rules of judicial conduct subject to canons 2,3,A.B. or C. as to

23   enforcement of Fiduciary created equitable rights 66 S. Ct. 584,

24   90, L. Ed. 747. See: Frasers    v. Southern Pacific (1948) 333

25

- 5 -

U. S. 445 68 S. Ct. 6 section 92 L. Ed. 798 as to Free Pacies of my case as meritorious, should not be subjected to scapegoat of waiver of fees or opinion for deterrent are Bints of Minds and discriminatory tactic of refusal of accommodation as political motivation and intervention.   This call for national equal treatment rather than diversified local rulings as to race color or material origin as to apply the law under Irie Doctrine governed by the law of the state where the tort occurred. California constitutional right Article I Section 24 as to my rights as to due process as to unreasonable opinion of searches and seizures to my privacy not to be compelled to witness against myself, or herself or to be placed twice in jeopardy for their same offenses shall be construed by the courts of the stated in the manner consistent with the constitution of the United States shall now be construed by the courts to afford greater right to criminal defendants than those afforded by the constitution of the United States nor shall be construed to afford greater rights to proceedings on criminal causes than those afforded by the constitution of the United States and my cases are subjected to opinions and scapegoat and should not deviate to my constitutional rights in equity are subject to reversal or restriction on Judicial power that encroach my rights to the constitution a wide spectrum of important rights

- 6 -

1  under the state constitution my opinion is base on my legal

2  issues.   A peremptory challenge C.C.P. 170.6 as to denial

3  revived as to justiciability and summary adjudication.   See:

4  Ziloy v. Superior court (2001) 86 Call. App. 4th 1309 1321, 104

5  Cal. Rptr. 3d. 173.  I have no personal ill feelings but for

6  justice and adjudication.

7  Dated:   June 24, 2008

8

9

10                                     Respectfully Submitted
                                       Rizalina Abellan
                                       In Proper Persona
11                                     (415) 992-1853

12

13

14                        **V E R I F I C A T I O N**

15      I declare under penalty of perjury under the Laws of State

16  of California that the foregoing statement is true and correct

17

18  Dated : June 24, 2008

19                        Rizaline Abillan
                          Rizalina Abellan
20                        264 Faxon Avenue
                          San Francisco, CA 94112
21

22

23

24

25

- 7 -

## Proof of Service

I, Rizalina Abellan declare that :

I am at least 18 years of age and a party to the above entitled case. My Leave of Court to set aside Denial and Timely Motion for Disqualification and Revivor of my complaint was served and filed. My business address in 264 Faxon Avenue, San Francisco, CA 94112.

I served the foregoing Motion on June 24, 2008 by depositing the Leave of Court to set aside Denial and Timely Motion for Disqualification and Revivor of my complaint which was mailed in San Francisco, California in sealed envelope with postage fully prepaid, addressed to District Court of California under Hon. Judge Susan Illston and the following persons will be served :

1. Superior Court of California
   400 McAllister St.
   San Francisco, CA 94102

2. Atty. Gary Lieberman
   1615 South Hill Rd. Suite I
   Novato, CA 94947

3. Atty. Kathryn Klaus
   555 Twin Dolphin Drive, Suite 300 Redwood Shores
   Redwood City, CA 94065

4. Miss Phoebe Kwong
   18819 Crest Ave.
   Castro Valley, CA 94546

5. United States District Court of Northern California
   450 Golden Gate Avenue
   San Francisco, CA 94102

6. Sheriffs Department of San Francisco
   City of San Francisco
   Hall cor. 457
   San Francisco, CA 94102

6/26/08

7. Department of Justice – Solicitor General
   Solicitor General Paul Clement
   10th Constitution Avenue
   950 Pennsylvania Avenue
   Washington D.C. 20530


8. Supreme Court of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

9. The Court of Appeals of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

10. Atty. General of California
    350 McAllister St.
    San Francisco, CA 94102

11. District Attorney of California
    850 Bryant St.
    San Francisco, CA 94107

12. United States Attorney-General
    Michael Mukasey
    10th Constitution Avenue
    950 Pennsylvania Avenue
    Washington D.C. 20530

Dated :  June 26, 2008

Rizalina Abellan
(415) 992-1853
In Propia Persona

1 | Rizalina Abellan

2 | 264 Faxon Avenue

3 | San Francisco, CA 94112

4

5 | Superior Court of California

6 | 400 McAllister St.

7 | San Francisco, CA 94102

8

9

10 | Rizalina Abellan              No.2803338

11 | Appellant / Plaintiff         Fed. Ct. - 08-252 SI

12 |        Vs.                    Case Lack Subject Matter

13 | Roseller Abellan              Jurisdiction Illegal Fraud

14 | Atty. Gary Lieberman          C.C.P. 3294 Probate Code 213020

15 |                               21306-21307   Declaration and

16 |                               Pts. Of Authorities Date Time

17 |                               6/18/08

18

19

20 | Estate of Rufina Abellan Probate Dept. Violate C.C.P. 430.10,

21 | amend

22 | Notice is hereby given to Probate Court and Attorney Gary

23 | Lieberman. Filing of paper is contempt of court and obstruction

24 | of justice, fraud and vexatious litigant. The issuance of this

25 | notice of hearing is perjury and contempt of curt and subject

to report the matter to State Bar of California for vicious and

- 1 -

1  corruption nof courts violates Supreme court   Equity Practice
2  29, 30, 33, 28 for disceiplinary action.   Bu. And Prof. Code
3  P.C. 6086.7 induced by fraud and corruption, anti-SLAPP statute
4  as  SLAPP  *ball*.  Higher  Court  rendered  prohibition  and
5  Remititur issued subject to violation C.C.P. 170.1, 170.3, 170.7
6  Canon 1,2,3 of Judicial Council standard as petitioner.   Trial
7  court has no authority to decide Probate Code Section 21320(b),
8  213(b), 21307 as to con-contest clause subject to prejudgment
9  remedies.  Court filed to be appealed and reviewed.  Complainant
10 on  the  merits,  subject  Attorney  Gary  Lieberman  for  illegal
11 probate  codes  specified  at    District  Court  level  filing  as
12 sabotaged   under   the   Constitution,   violates   Amendment   1,
13 Amendment 4, illegal seizure and Article I and III of the
14 Constitution  and  Court  have  no  jurisdiction  in  Rem  and  in
15 Personam and any filing or bifurcation of cases is violation of
16 C.C.P.  430.10  be  abated  Res-Judicator  collateral  estoppel.
17 Judicial  proceedings  is  contempt  and  perjury  between  Attorney
18 and Court.

19                        **DECLARATION**

20    I,  Rizalina  Abellan  declare  that  the  Probate  Department
21 have no jurisdiction in Rem and in Personam and don't honor any
22 allegation, assertion in Court and cannot get relief whatsoever
23 because  it  is  illegal,  a  perjury  and  contempt  of  our  willful
24 deception violates bribery law, anti-Slapp statute, Amendment 4,
25 illegal seizure and should pay restitution for illegal taking of

- 2 -

1  property.  I am the Trustee Representative and Roseller Abellan,

2  executor's issued were void, illegal because of corruption

3  between the Court and Attorney Lieberman and answerable for

4  higher authorities.  Quashing decadent Trust hearing, not

5  subject to execution provision of no-contest claim.

6  Dated : June 5, 2008

7                                    Very respectfully,

8                                    *Rizalina Abellan*

9                                    Rizalina Abellan
                                     Plaintiff

10

11

12
                        V E R I F I C A T I O N
13

14      I declare under  penalty of perjury under the Law of State

15  of California that the foregoing documents filed and attachment

16  of evidence are true copy of the Revision and Declaration are

17  true.

18  *Dated 6/6/08*

19                                    *Rizalina Abellan*

20                                    Rizalina Abellan
                                     (415)992-1853
21

22

23

24

25

- 3 -

DE-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
**GARY R. LIEBERMAN      (State Bar # 71684)**
MCCARTY AND LIEBERMAN
1615 HILL ROAD, SUITE ONE
NOVATO, CA 94947

TELEPHONE NO.: **(415) 897-2226**      FAX NO. *(Optional):* **(415) 897-3335**

E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* ROSELLER ABELLAN

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO 94102
BRANCH NAME:

[X] **ESTATE OF** *(Name):*      [ ] **IN THE MATTER OF** *(Name):*
RUFINA ALBANIA ABELLAN
[X] **DECEDENT**      [ ] **TRUST**      [ ] **OTHER**

**NOTICE OF HEARING—DECEDENT'S ESTATE OR TRUST**

CASE NUMBER:
280338

---

**This notice is required by law.**
**This notice does not require you to appear in court, but you may attend the hearing if you wish.**

---

1. NOTICE is given that *(name):* ROSELLER ABELLAN
   *(representative capacity, if any):* ADMINISTRATOR

   has filed *(specify):** PETITION FOR INJUNCTIVE RELIEF AND APPLICATION FOR TEMPORARY
   RESTRAINING ORDER, FOR CONTEMPT OF COURT AND ATTORNEY'S FEES

2. You may refer to the filed documents for more information. *(Some documents filed with the court are confidential.)*

3. A HEARING on the matter will be held as follows:

   a.    Date:    Time: 9:00 a.m.    Dept.: Probate-RoomRoom: 204

   b.    Address of court    [X] shown above    [ ] is *(specify):*

---

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are
available upon request if at least 5 days notice is provided. Contact the clerk's office for *Request for
Accommodations by Persons With Disabilities and Order* (form MC-410). (Civil Code section 54.8.)

---

* Do not use this form to give notice of a petition to administer estate (see Prob. Code, § 8100 and form DE-121) or
notice of a hearing in a guardianship or conservatorship (see Prob. Code, §§ 1511 and 1822 and form GC-020).

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
DE-120 [Rev. July 1, 2005]

**NOTICE OF HEARING—DECEDENT'S ESTATE OR TRUST**
**(Probate—Decedents' Estates)**

Probate Code §§ 851, 1211,
1215, 1216, 1230, 17100
www.courtinfo.ca.gov

*LexisNexis® Automated California Judicial Council*

| ☒ ESTATE OF *(Name):* ☐    IN THE MATTER OF *(Name):* | CASE NUMBER: |
|---|---|
| RUFINA ALBANIA ABELLAN | 280338 |
| ☒ DECEDENT    ☐ TRUST    ☐ OTHER | |

## CLERK'S CERTIFICATE OF POSTING

1. I certify that I am not a party to this cause.
2. A copy of the foregoing *Notice of Hearing—Decedent's Estate or Trust*
   a. was posted at *(address):*

   b. was posted on *(date):*

Date:                                    Clerk, by _____ , Deputy

## PROOF OF SERVICE BY MAIL *

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred.
2. My residence or business address is *(specify):*

   1615 Hill Road, Suite One, Novato, CA 94945

3. I served the foregoing *Notice of Hearing—Decedent's Estate or Trust* on each person named below by enclosing a copy in an envelope addressed as shown below AND
   a. ☐ depositing the sealed envelope on the date and at the place shown in item 4 with the United States Postal Service with the postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. a. Date mailed:    05/16/08    b. Place mailed *(city, state):* Novato, CA

5. ☑ I served with the *Notice of Hearing—Decedent's Estate or Trust* a copy of the petition or other document referred to in the Notice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 05/16/08

Carolyn Kuehn
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)                    (SIGNATURE OF PERSON COMPLETING THIS FORM)

## NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| Name of person served | Address *(number, street, city, state, and zip code)* |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

☐ Continued on an attachment. *(You may use Attachment to Notice of Hearing Proof of Service by Mail, form DE-120(MA)/GC-020(MA), for this purpose.)*

* Do not use this form for proof of personal service. You may use form DE-120(P) to prove personal service of this Notice.

DE-120 [Rev. July 1, 2005]                 NOTICE OF HEARING—DECEDENT'S ESTATE OR TRUST                 Page 2 of 2
(Probate—Decedents' Estates)

*LexisNexis® Automated California Judicial Council*

1

2

3

4

5

6

7    CALIFORNIA SUPERIOR COURT, UNLIMITED JURISDICTION

8    CITY AND COUNTY OF SAN FRANCISCO

9    LAW AND MOTION DEPARTMENT

10

11   RIZALINA ABELLAN et al.,                    No. 468948

12       Plaintiff,                              **ORDER OF RECUSAL AND TRANSFER**

13   vs.

14   THE SUPERIOR COURT OF
     CALIFORNIA, COUNTY OF SAN
15   FRANCISCO

16       Defendant.

17

18       On December 6, 2007, good cause appearing, the Honorable Patrick J. Mahoney

19   recuses himself from hearing plaintiff's motion to vacate judgment pursuant to an order from

20   the Acting Presiding Judge. The matter is transferred for hearing to Judge Umhofer in

21   Department 21 at the Hall of Justice, 850 Bryant Street, San Francisco, CA 94103.

22

23   Dated: _Dec. 6, 2007_          By: _____

24                                      The Honorable Patrick J. Mahoney
                                        Judge of the Superior Court

25

26

27

28

ENDORSED
F I L E D
San Francisco County Superior Court

DEC 6 2007

GORDON PARK-LI, Clerk
BY MARJORIE SCHWARTZ-SCOTT
Deputy Clerk

California Superior Court

City and County of San Francisco

Law & Motion Department • Room 302

| | |
|---|---|
| RIZALINA ABELLAN et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>THE SUPERIOR COURT OF<br>CALIFORNIA, COUNTY OF SAN<br>FRANCISCO<br><br>    Defendant. | No. 468948<br><br>**Certificate of Service by Mail<br>(CCP § 1013a(4))** |

I, Gordon Park-Li, Clerk of the Superior Court of the City and County of San Francisco, certify that:

1) I am not a party to the within action;

2) On _____ DEC 0 6 2007 _____ , I served the attached:

### ORDER OF RECUSAL AND TRANSFER

by placing a copy thereof in a sealed envelope, addressed to the following:

Rizalina Abellan                         David Abellan
264 Faxon Avenue                     101 Campbell Street
San Francisco, CA 94112           San Francisco, CA 94134

Romeo Abellan                         Roberto Abellan
101 Campbell Street                  101 Campbell Street
San Francisco, CA 94134           San Francisco, CA 94134

3) I then placed the sealed envelope in the outgoing mail at 400 McAllister St., San Francisco, CA 94102 on the date indicated above for collection, attachment of required prepaid postage, and mailing on that date following standard court practice.

Dated: _____ DEC 0 6 2007 _____.          GORDON PARK-LI, Clerk

                                                                          By: ____ MARJORIE SCHWARTZ SCOTT ____
                                                                                              deputy

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOR THE

FIRST APPELLATE DISTRICT

DIVISION TWO

**FILED**

Court of Appeal - First App. Dist.

JUN 1 - 2001

RON D. BARROW, CLERK

A095079

By_____ DEPUTY

RIZALINA ABELLAN,

    Plaintiff and Appellant,

        vs.

ROSELLER ABELLAN, et al.,

    Defendants and Respondents.

San Francisco County
Super. Ct. No. 280338

_____/

BY THE COURT:

    The "amended writ of mandate and prohibition or supersedeas to cure defect denied May 14, 2001 be restored or issued" and the "urgent" request for a stay are denied.

Dated _____

_____ P.J.

Rizalina Abellan
264 Faxon Ave.
San Francisco, CA 94112

In re the Estate of RUFINA ABELLAN, Deceased.

RIZALINA ABELLAN. et al.,
Plaintiffs and Appellants,
v.
ROSELLER ABELLAN,
Defendant and Respondent.

A094392
San Francisco County No. PES00280338

## * * REMITTITUR * *

I, Ron D. Barrow, Clerk of the Court of Appeal of the State of California, for the First Appellate District, do hereby certify that the decision entered in the above-entitled cause on March 12, 2002 has now become final.

____

___Appellant __✓Respondent to recover costs
___Each party to bear own costs
___Costs are not awarded in this proceeding
___See decision for costs determination

Witness my hand and the Seal of the Court affixed at my office this          2002

Ron D. Barrow
Clerk of the Court

Deputy Clerk

msck

RECORDING REQUESTED BY

SAFECO TITLE INSURANCE COMPANY

WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHER-
E SHOWN BELOW, MAIL TAX STATEMENTS TO:

86    41179

RECORDED AT REQUEST OF
SAFECO TITLE CO.

NAME    Mr. and Mrs. Restituto Abellan
ADDR    101 Campbell Avenue
TO A    San Francisco, CA 94134
CITY
ZIP

CONTRA COSTA CO.
TRANSFER TAX
PAID $    6.60

AT    MAR 19 1986    O'CLOCK M
CONTRA COSTA COUNTY RECORDS
J R OLSSON
COUNTY RECORDER
FEE $    5.00

e Order No.    Escrow No.    822089

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

The undersigned declares that the documentary transfer tax is $ 6.60 ........................................ and is

☐ computed on the full value of the interest or property conveyed, or is

☒ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale. The land, tenements or realty is located in

☐ unincorporated area    ☒ city of ..... San Pablo ................................................ and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

IRA M. SERKES AND CAROL A. SERKES

hereby GRANT(S) to    RESTITUTO ABELLAN AND RUFINA ABELLAN, husband and wife, as community
property

the following described real property in the    City of San Pablo
county of    Contra Costa    , state of California:

Lot 28, Block 2, Map of Emeric Subdivision Map #2, filed May 4, 1908, Map Book
1, page 21, Contra Costa County Records.

Subject to a Deed of Trust of record in favor of Loren E. Straughn and Carol A.
Straughn, his wife as joint tenants and Mertyl O. Straughn, a widow, all as joint
tenants, recorded on November 27, 1985 in Book 12637, page 790 of Official Records.

Dated_____March 11, 1986_____

_Ira M Serkes_
Ira M. Serkes

_Carol A Serkes_
Carol A. Serkes

DONITA J. SCHUMAN
NOTARY PUBLIC
Contra Costa County, California
My Commission Expires Feb. 18, 1989

STATE OF CALIFORNIA    } SS.
COUNTY OF __Contra Costa__
On this the ____13th____ day of ____March____ 19 86 , before me the undersigned, a
Notary Public in and for said County and State, personally appeared . Ira M. Serkes and Carol A. Serkes

FOR NOTARY SEAL OR STAMP

SAN FRANCISCO, CA
DOC— E901287
FIDELITY NATIONAL TITLE
Tuesday, MAY 07, 1991       08:00:00am
Rec       5.00 --- Pg        5.00
Mic       1.00 --- Amt       3.00
TOTAL --->     $9.00
REEL F376 IMAGE 0074

RECORDING REQUESTED BY:
Fidelity National Title

WHEN RECORDED MAIL TO:

RESTITUTO P. ABELLAN
RUFINA ABELLAN
101 CAMPBELL AVENUE
SAN FRANCISCO, CA 94134

—————————— RECORDERS USE ONLY ——————————

ORDER NO.
ESCROW NO. 354760-MO

## GRANT DEED (INDIVIDUAL)

The undersigned grantor(s) declare(s):

Documentary transfer tax: $ 0.00
(XXX) Computed on full value of property conveyed.
(XXX) Computed on full value less value of liens and encumbrances remaining at time of sale.
(   ) Unincorporated area (XXX) City of  SAN FRANCISCO
       Tax Parcel No.   6206/1

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Restituto P. Abellan and Rufina Abellan, husband and wife,
and Marilyn A. Abellan, an unmarried woman

hereby GRANT(S) to

RESTITUTO P. ABELLAN AND RUFINA ABELLAN, HUSBAND AND WIFE AS JOINT TENANTS

the following described real property in the city of SAN FRANCISCO
County of , State of California:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

Dated:  April 18, 1991

_Restituto P. Abellan_
Restituto P. Abellan

_Rufina Abellan_
Rufina Abellan

_Marilyn A. Abellan_
Marilyn A. Abellan

STATE OF CALIFORNIA          } s.s.
County of San Francisco      }

On this    30th    day of    May    , 19 91 , before me, the undersigned,
a Notary Public in and for said County and State, personally appeared
RESTITUTO P. ABELLAN ----

personally
known to me (or proved to me on the basis of satisfactory evidence) to be the person
whose name    is    subscribed to the within instrument and
acknowledged that    he    executed the same.

WITNESS my hand and official seal.

OFFICIAL SEAL
S.J. WALLER
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Commission Expires June 13, 1994

_____
Notary Public in and for said County and State          (Notary Seal)

FD-100 (Rev. 1/89)          MAIL TAX STATEMENT AS DIRECTED ABOVE

§ 440.10   Flow Chart

# IS PROBATE NECESSARY?



I. | IS THERE PROPERTY PASSING BY CONTRACT? → CONTACT INSURANCE COMPANIES, FINANCIAL INSTITUTIONS, EMPLOYERS, AND COMPLETE FORMS

**IS THERE PROPERTY REMAINING?**

II. | IS THERE JOINT TENANCY PROPERTY? → CLEAR DECEDENT'S NAME FROM TITLE; NO ADMINISTRATION

Forms  See § 44.310 et seq

**IS THERE PROPERTY REMAINING?**

III. | IS NET VALUE OF ESTATE $20,000 OR LESS, AND DOES DECEDENT LEAVE SURVIVING SPOUSE AND/OR CHILDREN? → FILE PETITION TO SET ASIDE ESTATE

Forms  See § 44.290 et seq

**IS THERE PROPERTY REMAINING?**

IV. | DOES PROPERTY PASS TO SURVIVING SPOUSE? → FILE SPOUSAL PROPERTY PETITION — OR → ELECT PROBATE ADMINISTRATION

Forms  See § 44.335 et seq

Forms  See §§ 44.330; 44.331 and Ch. 442 PROBATE INITIATING PROBATE ADMINISTRATION

## CUSTOMER INFORMATION

**Name: RESTITUTO P. ABELLAN ESTATE**
**RUFINA ABELLAN ESTATE**
**Account Number:** 0305395253
**Home Phone #:** (415)467-3017

## PROPERTY ADDRESS

**101 CAMPBELL AVENUE**
**SAN FRNCSC     CA 94134**

# **GMAC** Mortgage

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

860803 10/19/07 12 30  0021774 20071019 G/267106 GMACH    1 OZ DOM G/26710000+ 166316    GM
#BWNHJPY
#KWO4287I95746#

IlludulullulluludldlddullludhldullludulduIl

RESTITUTO P. ABELLAN ESTATE
RUFINA ABELLAN ESTATE
RIZALINA ABELLAN REPRESENTATIVE
264 FAXON AVE
SAN FRANCISCO CA 94112-2214



For information about your existing account,
please call: (800) 766-4622.

For information about refinancing or obtaining
a new loan, please call:
Nationwide, 24 hours          (800) 753-4622
Or to find a branch near you (800) 888-4622

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side

## DO NOT PAY, AMOUNT WILL AUTOMATICALLY BE DRAFTED FROM YOUR ACCOUNT

### Account Information

| | |
|---|---|
| Account Number | 0305395253 |
| Current Statement Date | October 18, 2007 |
| Maturity Date | May 01, 2023 |
| Interest Rate | 7.50000 |
| Current Principal Balance* | $94,967.65 |
| Current Escrow Balance | $400.12 |
| Interest Paid Year-to-Date | $5,493.31 |
| Taxes Paid Year-to-Date | $638.74 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $999.88 |
| Subsidy/Buydown | $0.00 |
| Escrow | $181.71 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $590.80- |
| Total Amount Due | $590.79 |
| Account Due Date | November 01, 2007 |

**For Customer Care inquiries call: 1-800-766-4622**
**For Insurance inquiries call:      1-800-256-9962**

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Receipt | 10/01/07 | 10/12/07 | $590.80 | | | | | | $590.80 |
| Principal Curtailment | 10/01/07 | 09/28/07 | $0.01 | $0.01 | | | | | |
| Payment | 10/01/07 | 09/28/07 | $590.79 | $403.81 | $596.07 | $181.71 | | | $590.80- |
| Receipt | 09/01/07 | 09/14/07 | $590.80 | | | | | | $590.80 |
| Principal Curtailment | 09/01/07 | 08/31/07 | $590.80 | $590.80 | | | | | |
| Principal Curtailment | 09/01/07 | 08/17/07 | $0.01 | $0.01 | | | | | |
| Payment | 09/01/07 | 08/17/07 | $590.79 | $397.63 | $602.25 | $181.71 | | | $590.80- |
| Receipt | 08/01/07 | 08/03/07 | $590.80 | | | | | | $590.80 |
| Principal Curtailment | 08/01/07 | 07/20/07 | $0.01 | $0.01 | | | | | $0.01- |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

See back for automatic payment sign up information and other payment options.

## Important News

Pay down debt! Fund a home improvement project or tuition! Call the number above to apply
for a Home Equity Line or Loan!



Aug 06 07 08:02a    GLAPENA REALTY and MORTGA    9165911467    Page 1 of 1
Michael Mason - National Data Collective

LINA ABELLA
415-587-
Single Property Profile

| NDC | HOME | BACK | SEARCH TYPE | NEW SEARCH | PRINT | SUPPORT | LOG OUT |

PARCEL SEARCHES     MAP LOCATION     COMP SEARCH     VIEW PLAT MAP     GET FLOOD DATA
ADD APPRAISER DATA     CREATE EXPORT FILE

| Property Location | | Last Updated: 8/2/2007 | | |
|---|---|---|---|---|
| **Address:** | 1609 CALIFORNIA AVE | **City:** SAN PABLO | | **Zip:** 94806 |
| **APN#:** | 410-142-007-5 | **Use Code:** Single Family Residence | | **County:** Contra Costa |
| **Driving Directions** | | **Tract** 0 | **Census Tract** 3680.00 | **Zone:** R1 |
| **Map Page/Grid:** | 588/G4 | **Legal Desc:** EMERIC SUBN #2 LOT 28 BLK 21 | | |

| Appraisal Tax Information | | | |
|---|---|---|---|
| **Total Assessed Value:** | 43,694.00 | **Tax Amount:** | 1,014.78 |
| **Percent Improvement:** | 40.99 | **Tax Year:** | 2006 |

| Current Owner Information | | | |
|---|---|---|---|
| **Current Owner:** | KWONG,PHOEBE | **Owner Address:** | 18819 CREST AVE |
| **City, State:** | CASTRO VALLEY CA | **Zip:** | 94546 |
| **Last Transaction:** | 07/02/2007 | **Deed Type:** | deed of trust |
| **Amount:** | 0 | **Document** | 0000190727 |

| Last Sale Information | | REVIEW DEED DOCUMENT     VIEW DEEDS | |
|---|---|---|---|
| **Transferred From:** | ABELLAN,RUFINA A | **Seller Address:** | |
| **Sale Date:** | 05/11/2007 | **Prior Sale Date:** | 03/19/1986 |
| **Most Recent Sale Price:** | 101,000.00 | **Prior Sale Price:** | 6,000.00 |
| **Document Number:** | 139403 | **Prior Document No.:** | 12789460 |
| **Document Type:** | grant deed/deed of trust | **Prior Document Type:** | |

| Lender Information | | | |
|---|---|---|---|
| **Lender:** | | **Full/Partial:** | F |
| **Loan Amount / 2nd Trust Deed:** | 0 / 0 | **Loan Type:** | conventional |

| Physical Information | | | | | |
|---|---|---|---|---|---|
| **Building Area:** | 630 | **# of Bedrooms:** | 2 | **Lot Size:** | 3150 |
| **Additional:** | 0 | **# of Bathrooms:** | 1.00 | **Year Built/Effective:** | 1942 / 0 |
| **Garage:** | 0 | **# of Stories:** | 0 | **Heating:** | |
| **First Floor:** | 630 | **Total Rooms:** | 5 | **Cooling:** | |
| **Second Floor:** | 0 | **# of Units:** | 1 | **Roof Type:** | |
| **Third Floor:** | 0 | **Garage/Carport:** | / | **Construction/Quality:** | 0 / 0 |
| **Basement Finished:** | 0 | **Fireplaces:** | | **Building Shape:** | 0 |
| **Basement Unfinished:** | 0 | **Pool/Spa:** | | **View:** | |

| Flood Data | | | ? | FLOOD MAP | GET FLOOD DATA |
|---|---|---|---|---|---|
| **Panel Date:** | | **Comm/Panel Number:** | | **Flood Zone:** | |

PARCEL SEARCHES     MAP LOCATION     COMP SEARCH     VIEW PLAT MAP
ADD APPRAISER DATA     CREATE EXPORT FILE

Copyright © 1998-2005 National Data Collective. All rights reserved.

## Property Details

### For Property Located At
### 1609 California Ave
### San Pablo, CA 94806-4777
### Contra Costa County

**Owner Info:**

| | | | |
|---|---|---|---|
| Owner Name: | Abellan Restituto | Tax Billing Zip+4: | 4777 |
| Owner Name 2: | Abellan Rufina | Recording Date: | 11/27/1985 |
| Tax Billing Address: | 1609 California Ave | Annual Tax: | $1,015 |
| Tax Billing City & State: | San Pablo, CA | County Use Code: | Single Family |
| Tax Billing Zip: | 94806 | Universal Land Use: | SFR |

**Location Info:**

| | | | |
|---|---|---|---|
| School District: | W Contra Costa Unif | Panel Date: | 04/16/2004 |
| Subdivision: | Emeric | Flood Zone Code: | X |
| Census Tract: | 3680.00 | Zoning: | R1 |
| Carrier Route: | C030 | Map Page/Grid: | 588-G4 |
| Flood Zone Panel: | 0600360001E | | |

**Tax Info:**

| | | | |
|---|---|---|---|
| Tax ID: | 410-142-007-5 | Total Assessment: | $43,694 |
| Tax Year: | 2006 | % Improv: | 41% |
| Annual Tax: | $1,015 | Tax Area: | 11019 |
| Assessment Year: | 2006 | Legal Description: | Emeric Subn #2 Lot 28 Blk 21 |
| Land Assessment: | $25,782 | Lot Number: | 28 |
| Improved Assessment: | $17,912 | Block ID: | 21 |

**Characteristics:**

| | | | |
|---|---|---|---|
| Lot Acres: | .0723 | Bedrooms: | 2 |
| Building Sq Ft: | 630 | Total Baths: | 1 |
| Ground Floor Area: | 630 | Full Baths: | 1 |
| Total Rooms: | 5 | Year Built: | 1942 |

**Last Market Sale:**

| | | | |
|---|---|---|---|
| Recording Date: | 11/27/1985 | Deed Type: | Grant Deed |
| Settle Date: | 11/00/1985 | Owner Name: | Abellan Restituto |
| Sale Price: | $90,000 | Owner Name 2: | Abellan Rufina |
| Document No: | 12637-787 | Seller: | Straughn Loren E |

**Sales History:**

| | | |
|---|---|---|
| Recording Date: | 03/19/1986 | 11/27/1985 |
| Sale Price: | $6,000 | $90,000 |
| Buyer Name: | Abellan Restituto & Rufina | Serkes Ira M |
| Seller Name: | Serkes Ira M | Straughn Loren E |
| Document No: | 12789-460 | 12637-787 |
| Document Type: | Grant Deed | Grant Deed |

**Mortgage History:**

| | | | | |
|---|---|---|---|---|
| Mortgage Date: | 09/07/2006 | 03/19/1986 | 03/19/1986 | 11/27/1985 |
| Mortgage Amt: | $29,000 | $2,900 | $27,000 | $86,970 |
| Mortgage Lender: | Budget Fin Co | | | |
| Mortgage Type: | Conventional | Private Party Lender | Private Party Lender | Private Party Lender |

## Proof of Service

I, Rizalina Abellan declare that :

I am at least 18 years of age and a party to the above entitled case. ▮▮▮▮▮▮ of

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ complaint was served

and filed. My business address in 264 Faxon Avenue, San Francisco, CA 94112.

I served the foregoing Motion on May 14, 2008 by depositing the Leave of Court

to cure and amend complaint in the United States mail in San Francisco, California in

sealed envelope with postage fully prepaid, addressed to District Court of California

under Hon. Judge Susan Illston and the following persons will be served :

1. Superior Court of California
   400 McAllister St.
   San Francisco, CA 94102

2. Atty. Gary Lieberman
   1615 South Hill Rd. Suite I
   Novato, CA 94947

3. Atty. Kathryn Klaus
   555 Twin Dolphin Drive, Suite 300 Redwood Shores
   Redwood City, CA 94065

4. Miss Phoebe Kwong
   18819 Crest Ave.
   Castro Valley, CA 94546

5. United States District Court of Northern California
   450 Golden Gate Avenue
   San Francisco, CA 94102

6. Sheriffs Department of San Francisco
   City of San Francisco
   Hall cor. 457
   San Francisco, CA 94102

*7. U.S. attorney General*
*Michael Mukasey*
*10th constitution ave.*
*950 Pennsylvanin ave.*
*washington D.C 20530*

6/11/08

7. Department of Justice – Solicitor General
   Solicitor General Paul Clement
   10th Constitution Avenue
   950 Pennsylvania Avenue
   Washington D.C. 20530

*18. James & Heeke laving*
*1881 9 Street ann. Courci*
*caliy calif. 99596*

8. Supreme Court of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

9. The Court of Appeals of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

10. Atty. General of California
    350 McAllister St.
    San Francisco, CA 94102

11.  Chan
    Sa

12. District Attorney of California
    850 Bryant St.
    San Francisco, CA 94107

Dated : 6/11 , 2008

*Rizalina Abellan*
Rizalina Abellan
(415) 992-1853
In Propia Persona

Estate of
RUFINA ALBANIA ABELLAN
ADULT CHILDREN OF
DECEDENT

Rizalina Abellan
264 Faxon Street
San Francisco, CA 941 12

Antonio Abellan
57 Luassane Ave.
Daly City, CA 94014

Resitituto Abellan
23246 Jorgensen Lane
Hayward, CA 94541

Ester Bantang
112 Tucker Ave.
San Francisco, CA 94134

Roberto Abellan
101 Campbell Ave.
San Francisco, CA 94134

Rosevilla Galzote
101 Pope Street

San Francisco, CA 94112

Romeo Abellan
101 Campbell Ave.
San Francisco, CA 94134

Roseller Abellan
13400 Twin Cities Road,
Herald, CA 95638

David Abellan
101 Campbell Ave.

San Francisco, CA 94134

Marilyn Abellan
2184 Pyramid Drive
Richmond, CA 94803

Rosemary Abellan Bautista
101 Campbell Ave.
San Francisco, CA 94134

Pepsi Abellan
340 Naple Street
San Francisco, CA 941 12

Alicia   Abellan   Levita
19A   11 h. Street,  West
Rambo, Manila
Philippines

6/11/08

ORIGINAL
FILED

APR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Rizalina Abellan
   264 Faxon Avenue
2  San Francisco, CA 94112

3

4              IN THE UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6                                    No. C 08-0252 SI

7  RIZALINA ABELLAN, Et. al.         Rejection for Dismissal of my
                                     Complaint
                Plaintiff            Of FIE Fraud C.C.P. 32993399
8                                    P.C. 494495 Relief under C.C.P.
   Vs.                               473, 473(B) Sanction C.C.P.
9                                    664.6 for Jurisdiction, Hon.
                                     Judge Susan Illston
   SUPERIOR COURT OF CALIFORNIA
10 ATTY. GARY LIEBERMAN
   FIRE INSURANCE EXCHANGE           Plaintiff In Fee Absolute
11 MISS PHOEBE KWONG
   SAN FRANCISCO SHERIFFS DEPT.      Probate Code 2132, 2130 (b),
12                                   2130(a), 10519, Illegal
                                     Contest, Fraud, C.C.P. 3291 -
13              Defendants.          3399, P.C. 494, P.C. 495
                                     Probate Code 217001 (e), Bu.
14                                   And Prof. Code section  61036

15

16

17  _____

18

19          Rizalina Abellan, Plaintiff et. al exercise power

20  without giving notice under my proposed action and complain

21  under Probate Code sub-section 10580 et. seq. because of my

22  status Trustee Representative have to manage, control, sell or

23  incorporate under Probate Code 10512 or to borrow  Probate Code

24  section 10514 Transfer to the Person Probate Code 10516 or to

25  complete a contract Probate Code section 10517 or held by

                    - 1 -

FILED

MAY 2 3 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,

        Plaintiff,

    v.

SUPERIOR COURT OF CALIFORNIA, et al.,

        Defendants.

No. C 08-00252 SI

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Plaintiff Rizalina Abellan has filed a motion for leave to amend her complaint (Docket # 36). In its April 28, 2008 Order, the Court dismissed plaintiff's third amended complaint without leave to amend, after already providing plaintiff with an opportunity to cure the defects in her previously-filed complaints. Judgment was entered on April 28, 2008. Plaintiff's motion for leave to amend is DENIED.

**IT IS SO ORDERED.**

Dated: May 28, 2008

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,

      Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

      Defendant.

_____/

Case Number: CV08-00252 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

Dated: May 28, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

## UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,

Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

Defendant.

_____/

Case Number: CV08-00252 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

Dated: May 28, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | |
| 2 | IN RE: MAY 2, 2008 LAW & MOTION |
| 3 | CALENDAR. |

**NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to Judge Illston's unavailability, the Friday, May 2, 2008 law and motion calendar has been advanced to occur on TUESDAY, APRIL 29, 2008, at the same time as previously scheduled.

**Friday 5/2/2008**

**09:00 AM**
C-07-4002 TRICIA LECKLER v. CASHCALL, INC
Reserved for Cross Motions for Partial Summary Judgment
Defendant's Motion for Partial Summary Judgment
Plaintiff's Motion for Partial Summary Judgment

-----------

C-06-7477 GOLDEN HOUR DATA SYSTEMS v. HEALTH SERVICES INTEGRATION INC.,
Defendant's Motion for Summary Judgment of Invalidity

-----------

C-07-5892 JOHN LOFTON v. BANK OF AMERICA
Bank of America's Motion to Dismiss
Plaintiff's Motions to Compel Discovery Responses

-----------

C-07-2951.e ROSS v. US BANK NATIONAL ASSOCIATION
Motion for Clarification

-----------

C-07-2780.e ANN OTSUKA v. POLO RALPH LAUREN CORP.
Defendant's Motion to Dismiss
Plaintiff's Motion to Dismiss and to Remand

-----------

**11:00 AM**
CR-06-0428 UNITED STATES v. I CHING CHU
Judgment & Sentence

**02:00 PM**
C-07-6178 SEC v. DINEY MONDSCHEIN
Initial Case Management Conference

C-07-5531 ADOLPH VINCENT, JR., v. PACIFIC GAS & ELECTRIC
Initial Case Management Conference

1    C-07-6489.e LOIS RODDEN JEFFERSON PILOT FINANCIAL
     Initial Case Management Conference
     Phone - Elizabeth Green (818) 886-2525 x 6266
     to be continued

2    -----------

3    C-08-0495.e NATALIE JO v. SALIE MAE
     Initial Case Management Conference

4

5    -----------

     C-08-0625.e CALIFORNIA CLOSET COMPANY INC., v. J. MARK EBBEN
6    Initial Case Management Conference

7    -----------

8    C-08-0252.e RIZALINA ABELLAN v. SUPERIOR
     Initial Case Management Conference (pro se)
9

10   -----------

     02:30 PM
11   C-06-7477.e GOLDEN HOUR DATA v. HEALTH SERVICES
     Further Case Management Conference
12

13   -----------

     C-07-1820 ERIC DENMEAD v. LOWE'S COMPANY
14   Further Case Management Conference

15   -----------

16   C-07-2951.e ROSS v. US BANK NATIONAL ASSOCIATION
     Further Case Management Conference
17

18   -----------

     C-07-3140.e JAMES W. BOWMAN v. CMC MORTGAGE INC.,
19   Further Case Management Conference

20   -----------

21   C-07-5524.e MELVIN ATKINS v. CITY OF PETALUMA
     Further Case Management Conference
22

23   -----------

     C-08-0376 RICHARD HASKIN v. MERCK & CO.
24   Initial Case Management Conference

25

     Dated: April 10, 2008                          RICHARD W. WIEKING, Clerk
26

27

28                                                  Tracy Sutton
                                                    Deputy Clerk

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: MAY 2, 2008 LAW & MOTION
CALENDAR.

**NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to Judge Illston's unavailability, the Friday, May 2, 2008 law and motion calendar has been advanced to occur on TUESDAY, APRIL 29, 2008, at the same time as previously scheduled.

**Friday 5/2/2008**

**09:00 AM**
C-07-4002 TRICIA LECKLER v. CASHCALL, INC
Reserved for Cross Motions for Partial Summary Judgment
Defendant's Motion for Partial Summary Judgment
Plaintiff's Motion for Partial Summary Judgment

-----------

C-06-7477 GOLDEN HOUR DATA SYSTEMS v. HEALTH SERVICES INTEGRATION INC.,
Defendant's Motion for Summary Judgment of Invalidity

-----------

C-07-5892 JOHN LOFTON v. BANK OF AMERICA
Bank of America's Motion to Dismiss
Plaintiff's Motions to Compel Discovery Responses

-----------

C-07-2951.e ROSS v. US BANK NATIONAL ASSOCIATION
Motion for Clarification

-----------

C-07-2780.e ANN OTSUKA v. POLO RALPH LAUREN CORP.
Defendant's Motion to Dismiss
Plaintiff's Motion to Dismiss and to Remand

-----------

**11:00 AM**
CR-06-0428 UNITED STATES v. I CHING CHU
Judgment & Sentence

**02:00 PM**
C-07-6178 SEC v. DINEY MONDSCHEIN
Initial Case Management Conference

C-07-5531 ADOLPH VINCENT, JR., v. PACIFIC GAS & ELECTRIC
Initial Case Management Conference

United States District Court
For the Northern District of California

1   C-07-6489.e LOIS RODDEN JEFFERSON PILOT FINANCIAL
    Initial Case Management Conference
    Phone - Elizabeth Green (818) 886-2525 x 6266
    to be continued

2               -----------

3   C-08-0495.e NATALIE JO v. SALIE MAE
    Initial Case Management Conference
4
                -----------
5
    C-08-0625.e CALIFORNIA CLOSET COMPANY INC., v. J. MARK EBBEN
6   Initial Case Management Conference

7               -----------

8   C-08-0252.e RIZALINA ABELLAN v. SUPERIOR
    Initial Case Management Conference (pro se)
9
                -----------
10
    **02:30 PM**
11  C-06-7477.e GOLDEN HOUR DATA v. HEALTH SERVICES
    Further Case Management Conference
12
                -----------
13
    C-07-1820 ERIC DENMEAD v. LOWE'S COMPANY
14  Further Case Management Conference

15              -----------

16  C-07-2951.e ROSS v. US BANK NATIONAL ASSOCIATION
    Further Case Management Conference
17
                -----------
18
    C-07-3140.e JAMES W. BOWMAN v. CMC MORTGAGE INC.,
19  Further Case Management Conference

20              -----------

21  C-07-5524.e MELVIN ATKINS v. CITY OF PETALUMA
    Further Case Management Conference
22
                -----------
23
    C-08-0376 RICHARD HASKIN v. MERCK & CO.
24  Initial Case Management Conference

25
    Dated: April 10, 2008                    RICHARD W. WIEKING, Clerk
26

27

28
                                             Tracy Sutton
                                             Deputy Clerk

2

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,                          No. C 08-00252 SI

        Plaintiff,                        **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

    v.

SUPERIOR COURT OF CALIFORNIA, et al.,

        Defendants.

/

On February 28, 2008, the Court dismissed plaintiff's complaint with leave to amend. Plaintiff's third amended complaint was due March 14, 2008. On March 12, 2008, plaintiff filed a motion for an extension of time in which to file her third amended complaint. The Court hereby GRANTS plaintiff's motion for an extension [Docket No. 17]. **If plaintiff chooses to amend her complaint, she must file her new complaint no later than April 4, 2008.**

On March 10, 2008, defendant Fire Insurance Exchange filed a motion to dismiss based on an earlier version of plaintiff's complaint. That earlier version has already been dismissed by this Court's February 28, 2008 order. Accordingly, the March 10, 2008 motion [docket # 14] is denied as moot and the hearing date is vacated.

**IT IS SO ORDERED.**

Dated: March 24, 2008

SUSAN ILLSTON
United States District Judge

*Denied moot*

TO BE FILED IN THE COURT OF APPEAL

**APP-006**

| | |
|---|---|
| **COURT OF APPEAL,    APPELLATE DISTRICT, DIVISION** | Court of Appeal Case Number: A-1 20113 |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Rizalina A Bellan 264 Faxon Ave S.F. Ca. 94112 | Superior Court Case Number: Dist. ct no. C 08-0252 SI Sup ct no 280337 |
| TELEPHONE NO.: 415-992-1885    FAX NO. (Optional): | FOR COURT USE ONLY |
| E-MAIL ADDRESS (Optional): Rizalina A Bellan | MAR 24 2008 |
| ATTORNEY FOR (Name): | **FILED** |
| APPELLANT: Rizalina A Bellan Et. al. | MAR 24 2008 |
| RESPONDENT: Superior Ct. of San Francisco Fire Ins. Exchange Guy Ceccarini    MAR 24 **RICHARD W. WIEKING** CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |

**APPLICATION FOR EXTENSION OF TIME TO FILE BRIEF**
Phoebe Kwong (CIVIL CASE) Sheriff Dept. M5 F Ca.

**Notice: Please read Information on Appeal Procedures for Unlimited Civil Cases (Judicial Council form APP-001) before completing this form.**

1. I (name): Rizalina A Bellan - Appellant
   request that the time to file ☒ appellant's opening brief (AOB) ☐ respondent's brief (RB) ☐ appellant's reply brief (ARB), now due
   on (date): 7-24-08    be extended to (date): 4-30-08

2. I ☒ have ☐ have not received a rule 8.220 notice.

3. I have received:
   ☒ no previous extensions to file this brief.
   ☐ the following previous extensions:
   (number of extensions): 1    extensions by stipulation totaling (total number of days): 30 days
   (number of extensions):    extensions from the court totaling (total number of days):

4. I am unable to file a stipulation to an extension because
   ☐ the other party is unwilling to stipulate to an extension.
   ☒ other reason (please specify):

5. The reason I need an extension to file this brief is (please specify; see Cal. Rules of Court, rule 8.63, for factors used in determining whether to grant extensions): not enough time due to calf & file plaintiff leave to assumption were missing, family sick now, sick family widding fashion.

6. The last brief filed by any party was: ☒ AOB ☒ RB filed on (date):

7. The record in this case is:

| | Volumes (#) | Pages (#) | Date filed |
|---|---|---|---|
| Appendix/Clerks Transcript: | ✓ | | |
| Reporters Transcript: | | | |
| Augmentation/other: | ✓ | | |

8. For attorneys filing application on behalf of client:
   ☒ I certify that I have delivered a copy of this application to my client (Cal. Rules of Court, rule 8.60).
   I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

Rizalina A Bellan    ▶ Rizalina Abellan
(TYPE OR PRINT NAME)    (SIGNATURE OF PARTY OR ATTORNEY)

| | |
|---|---|
| EXTENSION OF TIME IS: | **ORDER** |
| ☐ Granted to ____ | |
| ☐ Denied | |
| Date | (SIGNATURE OF PRESIDING JUSTICE) |

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
APP-006 [Rev. January 1, 2007]
**APPLICATION FOR EXTENSION OF TIME TO FILE BRIEF (CIVIL CASE)**
(Appellate)
Cal. Rules of Court, rules 8.50, 8.60, 8.63, 8.212
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

1             IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  RIZALINA ABELLAN,              No. C 08-00252SI

5        Plaintiff,         **NOTICE**     FILED

6  v.                         FEB 2 7 2008

7  SUPERIOR COURT OF CALIFORNIA,

8        Defendant.

9

10  To All Parties:

11  YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled
to occur on Friday, May 2, 2008, at 2:00 p.m.   Please comply with the attached order when preparing
12  for the conference.

13

14

15

16

17

18

19

20  Dated: February 7, 2008                 RICHARD W. WIEKING, Clerk

21

22

23                             Tracy Sutton
                                 Deputy Clerk

24

25

26

27

28

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

)
)
)
                Plaintiff(s),            )        NO. C-                    SI
)
        vs.                              )
)        **CASE MANAGEMENT**
)        **CONFERENCE ORDER**
)
                Defendant(s).            )
_____)

      IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-10, a Case Management Conference will be held in this case before the Honorable Susan Illston on _____ at 2:00 p.m. in Courtroom No. 10, 19th floor Federal Building.

      Plaintiff(s) shall serve copies of this Order at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5.  Following service, plaintiff(s) shall file certificate of service with the Clerk of this Court.

      Counsel are directed to confer in advance of the Case Management Conference with respect to all of the agenda items listed below.  Not less than seven days before the conference, counsel shall file a joint case management statement addressing each agenda item.  Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure. Failure to show good cause for such failure may subject the parties to sanctions.

      Each party shall be represented at the Case Management Conference by counsel prepared to address all of the matters referred to in this Order, and with authority to enter stipulations and make admissions pursuant to this Order.  The parties are encouraged to attend.

      Any request to reschedule the above dates should be made in writing, and by stipulation, if possible, not less than ten days before the conference date. Good cause must be shown.

1    The parties shall file a joint case management conference statement in
2  accordance with the Standing Order for all Judges in the Northern District of
   California.  At the case management conference the parties should be prepared
3  to address and resolve the following: setting the date and the estimated length of
   the trial; setting the date for discovery cutoff; setting the date to designate
4  experts and other witnesses; and setting the date for the pretrial conference.

5          **CIVIL LAW AND MOTION MATTERS WILL BE HEARD ON
   FRIDAYS AT 9:00 A.M.  COUNSEL SHALL COMPLY WITH CIVIL L.R. 7
6  WITH RESPECT TO MOTION PROCEDURES.**

7  **Discovery disputes:** Counsel seeking the Court's intervention in a discovery
   dispute shall, after full compliance with Civil L.R. 37-1, file and serve a letter
8  brief, 5 pages or less, explaining the dispute and the relief sought.  Opposing
   counsel shall respond by letter brief, 5 pages or less, within one week.  The Court
9  will deem the matter submitted unless the Court determines that the issue
   requires oral argument, in which case a conference will be arranged.  For good
10 cause shown, based on legal or factual complexity, discovery disputes may be
   brought by formal noticed motion heard on a regular law and motion calendar.
11 However, leave of Court to do so must be sought and obtained by ex-parte
   application in accordance with Civil L.R. 7-1(a)(3).
12
          Failure to comply with this Order or the Local Rules of this Court may
13 result in sanctions.  See Fed.R.Civ.P. 16(f), Civil L.R. 1-4.

14 **Standing Orders:** All parties shall comply with the Standing Order for All
   Judges of the Northern District of California concerning the contents of the joint
15 case management conference statement and JudgeIllston's Standing Order
   which are attached to this case management conference order.
16
17          **IT IS SO ORDERED.**
18
19
20                                          _Susan Illston_
21                                    _____
                                            **SUSAN ILLSTON**
22                                    **United States District Judge**
23
24
25
26
27
28                                          2

**United States District Court**
**For the Northern District of California**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF**

**CALIFORNIA**

**CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

Commencing March 1, 2007, all judges of the Northern District of California will require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1.    Jurisdiction and Service: The basis for the court's subject matter jurisdiction over
plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2.    Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3.    Legal Issues: A brief statement, without extended legal argument, of the disputed points
of law, including reference to specific statutes and decisions.

4.    Motions: All prior and pending motions, their current status, and any anticipated motions.

5.    Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6.    Evidence Preservation: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7.    Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8.    Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9.    Class Actions: If a class action, a proposal for how and when the class will be certified.

10.    Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.    Relief: All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

3

12.    Settlement and ADR: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13.    Consent to Magistrate Judge For All Purposes: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14.    Other References: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.    Narrowing of Issues: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16.    Expedited Schedule: Whether this is the type of case that can be handled on an expedited basis with streamlined procedures.

17.    Scheduling: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18.    Trial: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19.    Disclosure of Non-party Interested Entities or Persons: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. **In addition**, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20.    Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

For the Northern District of California

United States District Court

4

(4/5/07)

## JUDGE ILLSTON'S STANDING ORDER

1. Scheduling Days:

Civil Law and Motion Calendar is conducted on Fridays at 9:00 a.m.

Criminal Law and Motion Calendar is conducted on Fridays at 11:00 a.m.

Civil Case Management Conferences are generally conducted on Fridays at 2:00 p.m. with the order of call determined by the Court.

Pretrial Conferences are generally conducted on Tuesday afternoons at 3:30 p.m.

Counsel need not reserve motion hearing dates, but may call the clerk to obtain the next available law and motion calendar. Motions may be reset as the Court's calendar requires.

All parties are directed to comply with the Civil Local Rules except as identified in this order.

2. Discovery Disputes:

Counsel seeking the court's intervention in a discovery dispute shall, after full compliance with Civil L.R. 37-1, file and serve a letter brief, 5 pages or less, explaining the dispute and relief sought. Opposing counsel shall respond by letter brief, 5 pages or less, within one week. The Court will deem the matter submitted unless the Court determines that the issue requires oral argument, in which case a conference will be arranged.

3. Sealed Documents (Civil L.R. 79-5):

This Court does not require the filing of Administrative Motions to seal (Civil L.R. 7-11). The Court will accept stipulations (Civ. L.R. 7-12) or an ex-parte application (Civ. L.R. 7-10) with proposed orders in lieu of the administrative motion. In the event an agreement and stipulation for leave to file under seal is not possible, an ex-parte application shall be filed instead. Oppositions to ex-parte applications and proposed order must be submitted to the Court immediately.

Counsel must submit the documents intended to be filed under seal in the following manner:

1. The entire original document, contained in an 8 1/2 - inch by 11-inch sealed envelope or other suitable sealed container, with a cover sheet affixed to the envelope or container, setting out the information required by Civil L.R. 3-4(a) and (b) and prominently displaying the notation: "DOCUMENT SUBMITTED UNDER SEAL." The sealable portions of the document must be identified by notations or highlighting within the text;

2. A second copy (chambers copy) completely assembled, including both sealed and unsealed material must be submitted in a single envelope.

Chambers must not be served with any "redacted/public" versions of sealed documents.

5

4. <u>Courtesy Copies</u>:

All courtesy copies must be three-hole punched at the left margin.

5. <u>Summary Judgment Motions:</u>

Parties are limited to filing one motion for summary judgment. Any party wishing to exceed this limit must request leave of Court.

6

4. Courtesy Copies:

All courtesy copies must be three-hole punched at the left margin.

5. Summary Judgment Motions:

Parties are limited to filing one motion for summary judgment. Any party wishing to exceed this limit must request leave of Court.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN,

       Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

       Defendant.

Case Number: CV08-00252 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rizalina Abellan
264 Faxon Ave
San Francisco, CA 94112

Dated: February 7, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

1 Rizalina Abellan
  264 Faxon Avenue
2 San Francisco, CA 94112

3                                                        **ENDORSED**
                  The Superior Court of  California   **F I L E D**
4                                                     *San Francisco County Superior Court*

5                    400 McAllister Street            **NOV 2 6 2007**

6                   San Francisco, CA 94102       **GORDON PARK-LI, Clerk**
                                                  BY: ____ANITA BAIROGH____
7                     Probate Department                        Deputy Clerk

8
9  Rizalina Abellan              Notice of  Cross Appeal

10 Plaintiff / Appellant         Case No. 280338

11    Vs.

12 The Superior Court of

13 San Francisco

14 Atty. Gary Lieberman

15 Roseller Abellan

16 Respondent/Defendant

17
18                    "Stay Requested" *for*
                   *Writ of Possession*
19                  In the Court of Appeals

20              The Honorable Jay Cline

   Petitioner, Appellant Rizalina Abellan and Remainders Joint
21 Tenant of the Decedent  Rufina and Restituto P. Abellan appeals
   *Writ Possession*
22 on the Judgment Order dated Nov. 20 2007, a Notice to Vacate.

23 This Notice to Vacate is illegal and fraud, same as they did in

24 the property of 1609 California Avenue, San Pablo.  Took

25 Mortgage and Sale of Property without consent to me, a Real

- 1 -

Party in interest in June, 2001 the Court decided I am in Supersedea adjudicated June, 2001, see: Exhibit.  I also Remititur was issued March 12, 2002.  A Final Judgment Order they already loss by Issuance of Remititur, Final Judgment as was also orally tried that, if they sell any property is fraud to the damages of three times (3x) as heard in the oral argument in the Appeals Court heard by the three (3) Judges namely Jay Cline, Landbden and Ruvols, the three (3) Honorable Judges. Judicial Panel dated Nov. 16, 2001, Exhibit II.  On March, 2007, I was in the Philippines when they filed again to Probate and took possession of the Property. My brothers called me and I told them that they don't have jurisdiction or they have no more legal rights for the second filing.  When the filing came, I told Judge John Dearman that they don't have legal rights and have been adjudicated.  This Probate Court and Attorney Lieberman plus my brother tried to corrupt the system, violates Equal Justice, Justice to Justice Act, also Barred by Res-Judicata, Collateral Estoppel cannot go back to Court for the second time, Barred by Statute, C.C.P. 430.10, Splitting of Cases is illegal. They committed willful and premeditated fraud and illegal seizure, a Larceny, Penal Code violation 449 497, Grand Theft as in San Pablo property, taking mortgage without consent.  Estoppel C.C.P. 581 (d) (e), C.C.P. 487  (c) (b), C.C.P. 426.50, 426, 487 (b) (c) and should set aside or vacate "that" Notice to Vacate.

The Deed of the Property is Joint-Tenants, a non-Probate statute and I don't consent as Representative, see: Exhibit

- 2 -

1  Joint Tenant Deed and Non-Probate status.   Judge and Attorney
2  conspiracy helping the Attorney who deal only to corrupt the
3  Court using undue influence.   He is always telling me to get a
4  lawyer when in fact they loss already and help the lawyer to
5  steal the property by illegal means.   These people are supposed
6  to be fired and Barred by State Bar. A vexatious litigant  Judge
7  is a bad Judge.  He never let me speak, he always put me last or
8  first in the trial so they can falsify the transcript and hide
9  their corruption.   This violates my Freedom of Speech, Bias and
   Prejudice, violates C.C.P. 170.1.6.7 and Cannons 1,2,3.   Both
10 violates Bus. and Professional Code.   Greed and they brainwashed
11 my brother because he is not properly schooled and relies on his
12 corruption and deceit.

13     The Superior Court lost Jurisdiction and also the court of
14 appeals because it was done and final judgment rendered and what
15 they came back to file again is wrong.     In  excess  of
16 jurisdiction and void. See: Claney v. Lord (1991) 87C. 413 419,
17 25 p. 493, also wilder v. wilder (1932) 214 783, 7p. 2d. 103.
18 Court lost jurisdiction upon issuance of remititur and writ of
19 supersedes.   They cannot issue for the second time.   Is filed
20 that appeal and renew so they can find out how abusive the lower
21 court and corruption that they do to people not only me.
22 America goes down because of these abuse "money" involved.
23 Integrity, morality and   decency of the court is at stake.
24 These should be corrected.   They want to steal in front of you
25 even it is illegal and wrong court and issues are also ambiguous

004/004

1  and are loopholes to be corrected its up to the higher court to
2  dissect its information as to my research and findings.   So I
3  wanted that Relief and stay as they are wrong under C.C.P. 473,
4  473 (d) as to damages and corruption they even influence our
5  fiduciary duties and done and even there duties are never done
6  but to steal and use RICO act a concerted and willful conspiracy
7  of Probate Judge.   Attorney Lieberman Phoebe Kwong, buyer of San
8  Pablo property.   She knew it is illegal she was in court on
9  April 03, 2007.   Stated no legal rights for those properties
10 also in August 14, 2007.   Same testimony stated no legal rights.
11 The owner has no consent.   They even sabotage the transcript.
12 The judge did not allow me to speak.   I had filed in November
13 2007.   That they don not have jurisdiction and also in November
14 2006 hearing and rejection continuously filed in 2006, 2007 are
15 they deaf, blind or what?  Corrupt.   Criminal it is a felony as
16 it is illegal and tortuous. *Just Jeremey is Revokeable Trust.*

17     Wherefore I pray that the compensation, punitive, exemplary
18 damages before that I filed to their tortuous act should be
19 tripled as to fraud C.C.P. 3399 and 32 p.4 $15,000,000 or as the
20 courts deems proper it violates law of Respondent Superior.
21 Dated:  11/23/2007
22
23
24
25

Rizalina Abellan
Appellant
In Proper Persona
415-992-1853

Rizalina Abellan
264 Faxon Ave.
San Francisco, CA 94112

In re the Estate of RUFINA ABELLAN, Deceased.

RIZALINA ABELLAN, et al.,
Plaintiffs and Appellants,
v.
ROSELLER ABELLAN,
Defendant and Respondent.

A094392
San Francisco County No. PES00280338

## * * REMITTITUR * *

I, Ron D. Barrow, Clerk of the Court of Appeal of the State of California, for the First Appellate District, do hereby certify that the decision entered in the above-entitled cause on March 12, 2002 has now become final.

___Appellant __✓Respondent to recover costs
___Each party to bear own costs
___Costs are not awarded in this proceeding
___See decision for costs determination

Witness my hand and the Seal of the Court affixed at my office this                    2002

Ron D. Barrow
Clerk of the Court

Deputy Clerk

msck

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA  94102
DIVISION 2

In re the Estate of RUFINA ABELLAN, Deceased.

RIZALINA ABELLAN, et al.,
Plaintiffs and Appellants,
v.
ROSELLER ABELLAN,
Defendant and Respondent.

A094392
San Francisco County No. PES00280338

Dear Counsel:

This case is now fully briefed and has been tentatively assigned to the judicial panel indicated below.  Counsel are directed to advise the Court *immediately* if settlement discussions are underway or are being considered or if there is any other basis for an early dismissal of the appeal.

Many cases are submitted for decision without oral argument on the basis of the written briefs which have been thoroughly reviewed by the Court. Such submissions are entirely appropriate. In the rare event the Court determines that oral argument would be helpful in a case where argument has been waived, counsel will be notified when to appear.

Notwithstanding the foregoing, if either party feels that oral argument is necessary, a written request with a proof of service upon all parties must be filed in this Court within ten calendar days of the date of this notice. If no request for oral argument is received within the indicated ten-day period, it will be submitted at such time as the Court approves the waiver. (California Rules of Court, rule 22.5.)

If oral argument is requested by any party or deemed warranted by the Court, counsel will be notified subsequently of the date and time for oral argument. A continuance of argument will be granted only upon a showing of good cause; counsel may not stipulate to a continuance.

Hon. J. Anthony Kline
Presiding Justice

November 16, 2001

The assigned judicial panel is:

_Kline, P.J.    __Haerle, J.    _Lambden, J.    _Ruvolo, J.

wav2

Bruce Jamison, Recorder
DOC-- E901287
FIDELITY NATIONAL TITLE
Tuesday, May 07, 1991          08:00:00am
Fee:    5.00 --- Pg        5.00
...     1.00 --- Amt       ?.00
TOTAL --    $9.00
REEL F370 IMAGE 0074

RECORDING REQUESTED BY:
Fidelity National Title

WHEN RECORDED MAIL TO:

RESTITUTO P. ABELLAN
RUFINA ABELLAN
101 CAMPBELL AVENUE
SAN FRANCISCO, CA 94134

------------------ RECORDERS USE ONLY ------------------

ORDER NO.
ESCROW NO. 354760-M0

### GRANT DEED (INDIVIDUAL)

The undersigned grantor(s) declare(s):

Documentary transfer tax: $ 0.00
( XXX) Computed on full value of property conveyed.
(XXX) Computed on full value less value of liens and encumbrances remaining at time of sale.
(    ) Unincorporated area (XXX) City of  SAN FRANCISCO
       Tax Parcel No.  6206/1

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Restituto P. Abellan and Rufina Abellan, husband and wife,
         and Marilyn A. Abellan, an unmarried woman

Hereby GRANT(S) to

RESTITUTO P. ABELLAN AND RUFINA ABELLAN, HUSBAND AND WIFE AS JOINT TENANTS

the following described real property in the city of SAN FRANCISCO
County of , State of California:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

Dated   April 18, 1991

_____
Restituto P. Abellan
_____
Rufina Abellan
_____
Marilyn A. Abellan

STATE OF CALIFORNIA        ) s.s.
County of San Francisco    )

On this    30th    day of    May    , 19 91 , before me, the undersigned,
a Notary Public in and for said County and State, personally appeared
   RESTITUTO P. ABELLAN  ---

_____ personally
known to me (or proved to me on the basis of  satisfactory evidence) to be the person
_____ whose name   is   _____  subscribed to the within instrument and
acknowledged that _____ he _____ executed the same.

WITNESS my hand and official seal.

[Notary seal:
R. WALLER
SAN FRANCISCO ... agua
... ]

_____
Notary ...                                  (Notary seal)

FD-100 (Rev. 1/39)        MAIL TAX STATEMENT AS DIRECTED ABOVE

1  Rizalina Abellan

2  264 Faxon Avenue

3  San Francisco, CA 94112

4                The District Court of California

5                450 Golden Gate Avenue

6                San Francisco, CA 94102

**B7**

**CV 08**

**0252**

7

8  Rizalina Abellan

9  Appellant / Plaintiff

10              Vs.

11 Superior Court of California

12 Atty. Gary Lieberman

13 Roseller Abellan

14 Sheriff Dept. of San Francisco

15 Farmers Insurance

16 Phoebe Kwong

17

18

19

20

21

22

23

24

25

Case No. CGC-97-468948

Transfer from State Court to

Federal District Court. Amended

Complaint for Damages obtained

Property without administration

Probate Code Sub-section 13550

Et. seq. violation of RICO Act,

Fraud undue influence obstruct-

ion of Justice, Breach of

Contract, Title VII Violation

As Bus. & Prof. Codes, negli-

gence as to malpractice,

Request for Jurisdiction under

C.C.P. 664.6 and Demand for

Jury Trial.

        Plaintiff is now and at all times mentioned in this

complaint was a Trustee Representative of all Property in

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

Rizalina Abellan,                                        No. C08-0252 BZ

11
                Plaintiff(s),              **DECLINATION TO PROCEED BEFORE**
12                                          **A MAGISTRATE JUDGE**
          v.                                        **AND**
13                                          **REQUEST FOR REASSIGNMENT TO A**
Superior Court of California,              **UNITED STATES DISTRICT JUDGE**
14
                Defendant(s).
15

16
          REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
17
          The undersigned party hereby declines to consent to the assignment of this case to a United
18
States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
19
a United States District Judge.
20

21
Dated: _____                    Signature_____
22
                                          Counsel for _____
23                                        (Plaintiff, Defendant, or indicate "pro se")
24
25
26
27
28

n:\forms\consent-decline.frm

United States District Court
For the Northern District of California

1   Rizalina Abellan

2   264 Faxon Avenue

3   San Francisco, CA 94112

4

5                  The United States District Court

6                  Nothern District of California

7

8   Rizalina Abellan et. al.          Case No. CO2252 B2  S I

9      Plaintiff                       Leave of Court

10        Vs.                          2nd Amended

11  Superior Court of California       Complaint and Proper Entity

12  Attorney Gary Lieberman            Defendant Fire Insurance

13  Fire Insurance Exchange            Exchange under Bu. And Prof.

14  Miss Phoebe Kwong                  Code Violation section 17203

15  San Francisco Sheriffs Dept.       c.c. 3294 UIAA, 17200, 17203,

16                                     790.03 Cartwright Act 16699 &

17                                     16720, 15 USC section 1012(b),

18                                     9390 c.c.p. 377.2 civil

19                                     1380.1 - 1392.1 Cal. Code Reg.

20                                     Sec. 2695.4 (e)

21

22

23      I received your stipulation and proposed order for

24  dismissal of defendant Fire Insurance Exchange as erroneously

25  sued Farmers Insurance.  I can not dismiss os then, I amend to

SAFECO TITLE INSURANCE COMPANY

WHEN RECORDED, MAIL THIS DEED AND, UNLESS OTHER-
WISE SHOWN BELOW, MAIL TAX STATEMENTS TO:

86   41179

RECORDED AT REQUEST OF
SAFECO TITLE CO.

MAR 19 1986    O'CLOCK M

CONTRA COSTA COUNTY RECORDS
J N OLSSON
COUNTY RECORDER

NAME  Mr. and Mrs. Restituto Abellan
101 Campbell Avenue
San Francisco, CA 94134

CONTRA COSTA CO.
TRANSFER TAX
PAID $ ___6.60

FEE $   5.00

e Order No. _____ Escrow No. 822089

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

The undersigned declares that the documentary transfer tax is $ 6.60 ............................................ and is

☐ computed on the full value of the interest or property conveyed, or is

☒ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale. The land, tenements or realty is located in

☐ unincorporated area   ☒ city of ....San Pablo.................................................. and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

IRA M. SERKES AND CAROL A. SERKES

hereby GRANT(S) to   RESTITUTO ABELLAN AND RUFINA ABELLAN, husband and wife, as community property  to

the following described real property in the  City of San Pablo
county of    Contra Costa                , State of California:

Lot 28, Block 21, Map of Emeric Subdivision Map #2, filed May 4, 1908, Map Book 1, page 21, Contra Costa County Records.

Subject to a Deed of Trust of record in favor of Loren E. Straughn and Carol A. Straughn, his wife as joint tenants and Mertyl O. Straughn, a widow, all as joint tenants, recorded on November 27, 1985 in Book 12637, page 790 of Official Records.

Dated_____ March 11, 1986_____

Ira M. Serkes

Carol A. Serkes

DONITA J. SCHUMAN
NOTARY PUBLIC
Contra Costa County, California
My Commission Expires Feb. 16, 1988

STATE OF CALIFORNIA
COUNTY OF  Contra Costa  } SS.
On this the ____13th____ day of ____March____  19 86 , before me the undersigned, a
Notary Public in and for said County and State, personally appeared . Ira M. Serkes and Carol A. Serkes

FOR NOTARY SEAL OR STAMP

## Proof of Service

I, Rizalina Abellan declare that :

I am at least 18 years of age and a party to the above entitled case. My Leave of Court to set aside Denial and Timely Motion for Disqualification and Revivor of my complaint was served and filed. My business address in 264 Faxon Avenue, San Francisco, CA 94112.

I served the foregoing Motion on June 24, 2008 by depositing the Leave of Court to set aside Denial and Timely Motion for Disqualification and Revivor of my complaint which was mailed in San Francisco, California in sealed envelope with postage fully prepaid, addressed to District Court of California under Hon. Judge Susan Illston and the following persons will be served :

1. Superior Court of California
   400 McAllister St.
   San Francisco, CA 94102

2. Atty. Gary Lieberman
   1615 South Hill Rd. Suite 1
   Novato, CA 94947

3. Atty. Kathryn Klaus
   555 Twin Dolphin Drive, Suite 300 Redwood Shores
   Redwood City, CA 94065

4. Miss Phoebe Kwong
   18819 Crest Ave.
   Castro Valley, CA 94546

5. United States District Court of Northern California
   450 Golden Gate Avenue
   San Francisco, CA 94102

6. Sheriffs Department of San Francisco
   City of San Francisco
   Hall cor. 457
   San Francisco, CA 94102

6/24/08

Rizalina Abellan

7. Department of Justice – Solicitor General
   Solicitor General Paul Clement
   10th Constitution Avenue
   950 Pennsylvania Avenue
   Washington D.C. 20530

8. Supreme Court of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

9. The Court of Appeals of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

10. Atty. General of California
    350 McAllister St.
    San Francisco, CA 94102

11. District Attorney of California
    850 Bryant St.
    San Francisco, CA 94107

12. United States Attorney-General
    Michael Mukasey
    10th Constitution Avenue
    950 Pennsylvania Avenue
    Washington D.C. 20530

Dated : June 24 2008

Rizalina Abellan
(415) 992-1853
In Propia Persona

NAMES AND ADDRESSES OF PERSONS
NOTICE WAS MAILED

1. Rizalina Abellan, Daughter, adult, 264 Faxon Street, San Francisco, Ca 94112

2. Antonio Abellan, Son, adult, 57 Luassane Avenue, Daly City, Ca 94014

3. Restituto Abellan, Sr., son, adult, 23246 Jorgensen Lane, Hayward, Ca 94541

6. Rosevilla Galzote, daughter, adult, 101 Pope Street, San Francisco, Ca 94112

7. Romeo Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134

8. Roseller Abellan, son, adult, 13400 Twin Cities Road, Herald, Ca 95638

9. David Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134

10. Marilyn Abellan, daughter, adult, 2184 Pyramid Dr., Richmond, Ca 94803

11. Rosemary Abellan Bautista, daughter, adult, 101 Campbell Ave., SF. Ca 94134

12. Pepsi Abellan, daughter, adult, 340 Naple Street, San Francisco, CA 94112

13. Alicia Abellan Levita, daughter, adult, 19-A 11th Str. West Rembo., Manila, Philippines

14. Gary Lieberman, attorney, ⟨ ...⟩ California 94939

15. Superior Court, 400 McAllister Street, San Francisco, Ca 94102

16. Court of Appeals, 1st Appellant District, 350 McAllister Street, SF, Ca 94107

6/26/08