IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN, | No. C 08-00252 SI |
| Plaintiff, | **ORDER DENYING RECENTLY FILED MOTIONS** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, et al., | |
| Defendants. | |

This Court has previously dismissed plaintiff's third amended complaint without leave to amend and denied plaintiff's motion for leave to file a fourth amended complaint. Judgment was entered on April 28, 2008. Plaintiff has since filed an additional motion for leave to amend and possibly other motions. The Court DENIES all of plaintiffs' motions. **No further motions for reconsideration or motions for leave to amend will be considered.**

**IT IS SO ORDERED.**

Dated: June 30, 2008

SUSAN ILLSTON
United States District Judge