```
                                          FILED

                                    08 JUL 21 PM 3:38

                                     RICHARD W. WIEKING
                                     CLERK, U.S. DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
```

1  Rizalina Abellan
2  264 Faxon Avenue
   San Francisco, CA 94112

3

THE DISTRICT COURT OF NORTHERN CALIFORNIA

455 GOLDEN GATE AVENUE

SAN FRANCISCO, CA 94102

| | |
|---|---|
| RIZALINA ABELLAN, Et. al. | Case No. 08252  SI |
| Plaintiff | Notice of Appeal |
| Vs. | FRAP-RULE 3 (c) I |
| THE SUPERIOR COURT OF CALIFORNIA | Request for Stay Order for |
| ATTY. GARY LIEBERMAN | Injunction is Void under the |
| FIRE INSURANCE EXCHANGE | Statute |
| MISS PHOEBE KWONG | |
| SHERIFFS DEPT. OF SAN FRANCISCO CALIFORNIA | |
| Defendants | |

On appeal from the judgment of the Northern District of California, the Honorable Judge Susan Illston, Request for Stay under void injunction.

Comes now Rizalina Abellan, et. al., Remainders Roberto, Romeo and David Abellan, aggrieved by the Denial of Hon. Judge Susan Illston as to infringement of rights to the properties under California Law, Constitutional Law as to my fear that they will perform it wrongly especially when the Superior Court

- 1 -

1  Probate Department injunction is void, enforcement is invalid,
2  an injunction against enforcement of an invalid statute or
3  violating the statute.  See: Abbott v. Los Angeles (1960) 530
4  2d. 674, 678, 3 C.R. 158, 349 P. 2d. 974.  I am Privilege
5  Trustee, Representative in Equity, supersedes in fee absolute.
6  Subject to the enforcement of that Injunction is void,
7  enforcement is invalid.  An injunction against enforcement of an
8  invalid statute or violating the statute, see: Abbott v. Los
9  Angeles (1960) 53 C. 2d. 674, 678 3.C.R. 158349 P. 2d. 974,
10 Rizalina Abellan is privilege, trustee representative as to  in
11 fee simple absolute.  Subject to my enforcement of declaratory
12 relief under P.C. 489, P.C. 484.1, C.C.P. 3294, C.C.P. 3399 for
13 fraud, compensatory damages, P.C. 48 I (a,I (b), P.C. 484 1
14 false infos, illegal search and seizures amend and amend I,
15 Freedom of Speech and 14th amendment of the Constitution.  P.C.
16 532 (A) (1) (2) P.C. 496 (a,(4),(d),(c) and prejudgment remedies
17 of all offenses of defendants.  This case is before the Northern
18 District Court of California as to disputed criminal statute
19 exists.  People v. Ray (1960) 181 CA. 2d. 64, 67, 5. C.R. 113.80
20 Harv. L. Rev. 1490.

21     Defendants Superior Court, Atty. Gary Lieberman, Phoebe
22 Kwong, FIE Insurance and Sheriffs Dept. conspire to conceal,
23 defraud, obstruct justice, perjured and did contempt of court by
24 violating statutory  levels of California Law as to settlor's
25 wishes, see: E.G. Younger v. McCoy (2007) 147 CA 4th 1098, 54

- 2 -

1  C.R. 3d. 847. Trustee can provide disposition after death.
2  Rizalina Abellan have considerable discretion to dispose
3  settlor's asset in the manner consistent with the settler and
4  the Court have no right in Rem and in Personam. I, Rizalina
5  Abellan supersede and Court should discipline or sanctioned for
6  illegal taking, fraudulent act of concealment with intent to
7  defraud C.C.P. 3294, egregious and despicable conduct when
8  justice should prevail and their wrongdoing and abuse of their
9  position as Judges should be corrected and everybody is covering
10 it up. It is unconscionable.
11     Plaintiff et.al has filed Motion to Amend to cure defect
12 already before the District Court. Judgment was entered on
13 April 28, 2008. Leave to Amend Denial, both filed are Denial of
14 Due Process.
15     I also want to file another appeal based on Probate Court
16 interference and bifurcation to these case subject to
17 bifurcation under C.C.P. 430.10 which is illegal by California
18 Statute and is malicious prosecution case no. 280338 as was
19 given an injunction notice subject to a hearing notice on July
20 30, 2008 at to probate court department in which they do not
21 have right under the law violates from performing illegal
22 legislative act of my entitlement. They are barred by no-
23 context chance and non-probate statute. To prevent breach of
24 contract. When it is already breached C.C.P. section 526 (b)5.
25 C.C.P. section 3423 (c)to enforce performance of contract for

the Plaintiff due restitution and damages that they had Done. Currently pending for as to attachment statutes C.C.P. 481.01-483.015 or to circumvent is illegal injunction is void under the statute Plaintiff is in equity, privilege supersedea issued remititur and the Appeals Court should issue stay order for concealment. Fraud C.C.P. 5294 C.C.P. 3399 see: Boyke v. Superior Court (1991) 233 CH. 3d, 1134, 1135, 285.14 Claim of our writ of possession C.C.P. sub-section 712.010, 712-070 to comply the court order request for entitlement to injunction relief as to illegal filling and taking of property and entitlement. Defendants no merit "on any claims of defense as to deficit abusive process and liability under law of respondents Superior subject to penalties under California codes status and procedure that had been filled and using of technicalities and scapegoat of under influence obstruction of Justice, 14th amend. Article I, Amend I, Amend 4 as to illegal seizure and searches. Interference of lawful acts subject to equal protection to the law from executing public or private benefit C.C.P. section 526 (b) 4. C.C.P. 3423 trap by public officer who searched of property of notice P.C. 146 (a) trespass p.c. 602 law suit of probate court of San Francisco Probate court see: attached injunction notice and opposition filed by Rizalina Abellan Trustee Represantative. Lawsuit was illegal as a Matter of Law section 425.16 and I am entitled to anti-SLAPP - statute as Slapp back by Plaintiff as to their malicious

prosecution be abated and request for judicial notice of the Federal Appeal Court.

Wherefore appellant request for an order of trial be novo as infringement of rights and constitutional rights under the are violated as to injunction of void order should be abated I have an attorney right now by the name of Attorney Rocky Ortega for Trial de Novo if the relief I ask is the affirmance and summons of the defendants so I can get justice and vindication for the wrongs that had been done to my family and to comply with all statutory requirements under my constitutional rights of due process under my freedom of rights liberty and prosperity subject to rules of court of offending parties rules of court 8.27 (e) I. C.C.P. section 907 for frivolous filings P.C. 494., p. 495. trail court not to decide under probate court 2132(b) Canons violation 1,2,3 attorney sanction Prof. Code 61036 subject to probate code 15681 for compensation for criminal offense in Rem and in Personam.

Dated: July 21, 2008

Respectfully submitted:

*Rizalina Abellan* (signature)

Rizalina Abellan

In Proper

- 5 -

FILED

MAY 28 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN, | No. C 08-00252 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff Rizalina Abellan has filed a motion for leave to amend her complaint (Docket # 36). In its April 28, 2008 Order, the Court dismissed plaintiff's third amended complaint without leave to amend, after already providing plaintiff with an opportunity to cure the defects in her previously-filed complaints. Judgment was entered on April 28, 2008. Plaintiff's motion for leave to amend is DENIED.

**IT IS SO ORDERED.**

Dated: May 28, 2008

SUSAN ILLSTON
United States District Judge

FILED

MAY 28 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN, | No. C 08-00252 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff Rizalina Abellan has filed a motion for leave to amend her complaint (Docket # 36). In its April 28, 2008 Order, the Court dismissed plaintiff's third amended complaint without leave to amend, after already providing plaintiff with an opportunity to cure the defects in her previously-filed complaints. Judgment was entered on April 28, 2008. Plaintiff's motion for leave to amend is DENIED.

**IT IS SO ORDERED.**

Dated: May 28, 2008

SUSAN ILLSTON
United States District Judge

Apr 04 2008 9:34AM    HP LASERJET FAX                                              p.1

ORIGINAL FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Rizalina Abellan
   264 Faxon Avenue
2  San Francisco, CA 94112

3
                    IN THE UNITED STATES DISTRICT COURT
4
                    NORTHERN DISTRICT OF CALIFORNIA
5
                                         No. C 08-0252 SI
6
   RIZALINA ABELLAN, Et. al.             Rejection for Dismissal of my
7                                        Complaint
         Plaintiff                       Of FIE Fraud C.C.P. 32993399
8                                        P.C. 494495 Relief under C.C.P.
   Vs.                                   473, 473(B) Sanction C.C.P.
9                                        664.6 for Jurisdiction, Hon.
   SUPERIOR COURT OF CALIFORNIA          Judge Susan Illston
10 ATTY. GARY LIEBERMAN
   FIRE INSURANCE EXCHANGE               Plaintiff In Fee Absolute
11 MISS PHOEBE KWONG
   SAN FRANCISCO SHERIFFS DEPT.          Probate Code 2132, 2130 (b),
12                                       2130(a), 10519, Illegal
         Defendants.                     Contest, Fraud, C.C.P. 3291 -
13                                       3399, P.C. 494, P.C. 495
                                         Probate Code 217001 (e), Bu.
14                                       And Prof. Code section   61036

15

16

17  _____

18
         Rizalina Abellan, Plaintiff et. al exercise power
19
   without giving notice under my proposed action and complain
20
   under Probate Code sub-section 10580 et. seq. because of my
21
   status Trustee Representative have to manage, control, sell or
22
   incorporate under Probate Code 10512 or to borrow Probate Code
23
   section 10514 Transfer to the Person Probate Code 10516 or to
24
   complete a contract Probate Code section 10517 or held by
25

```
 1  Rizalina Abellan
    264 Faxon Avenue                                    MAY 19 2008
 2  San Francisco, CA 94112

 3
                    IN THE UNITED STATES DISTRICT COURT
 4
                       NORTHERN DISTRICT OF CALIFORNIA
 5
                                          Leave of Court to Amend, To
 6
    RIZALINA ABELLAN,                     Cure  Defect  with Leave of
 7
              Plaintiff                   Court ,Adverse to Plaintiff's
 8
    Vs.                                   Dismissal. Jurisdiction 28
 9
    SUPERIOR COURT OF CALIFORNIA          U.S.C. section 754, sub-section
10
    ATTY. GARY LIEBERMAN                  2201, 2202 under Rule 57,
11
    FIRE INSURANCE EXCHANGE               Amendment 4 ( Search and
12
    MISS PHOEBE KWONG                     Seizure) as to Trial Denovo
13
    SAN FRANCISCO SHERIFFS DEPT.          under Rule 38 and 39, Rule 57,
14
                                          59, 60, 65 (a), section 1343,
15
              Defendants.                 Title 28 section 1331, 1332
16
                                          Rule 60 (B) Relief Rule 9 (e)
17
                                          Article 3 of the Constitution
18
                                          42 U.S.C. section 1983 Relief,
19
                                          And Pre-Judgment Remedies
20
                                          Subject of Fraud and Illegal
21
                                          Violation of Constitutional Law
22
```

*2/15*
*992-1855*
*July 30, 2008*

# Superior Court of California, County of San Francisco
Case Number: PES-00-280338
Title: THE ESTATE OF RUFINA ALBANIA ABELLAN
Cause of Action: PETITION FOR LETTERS OF ADMINISTRATION
Generated: Jul-11-2008 9:12 am PST

Register of Actions  Parties  Attorneys  Calendar  Payments  Documents

## Register of Actions

Date Range: First Date Jun-16-2000   Last Date Jul-11-2008   (Dates must be entered as MMM-DD-YYYY)
Descending Date Sequence ▼   ALL FILING TYPES ▼
Submit

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| JUL-02-2008 | ORDER FOR INJUNCTIVE RELIEF AND FOR TEMPORARY RESTRAINING ORDER | View | |
| JUL-02-2008 | ORDER FOR INJUNCTIVE RELIEF AND FOR TEMPORARY RESTRAINING SIGNED. | | |
| JUN-18-2008 | PETITION FOR INJUNCTIVE RELIEF AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, FOR CONTEMPT OF COURT AND ATTORNEY'S FEES CONTINUED FROM JUN-18-2008 TO JUL-30-2008 AT 09:00 AM IN DEPT 204 PER COURT | | |
| JUN-18-2008 | MINI-MINUTES FOR JUN-18-2008 9:00 AM | | |
| JUN-11-2008 | DECLARATION AND POINTS AND AUTHORITIES FILED BY PETITIONER ABELLAN, RIZALINA | View | |
| MAY-23-2008 | PROOF OF SERVICE BY MAIL FILED BY PETITIONER ABELLAN, ROSELLER | View | |
| MAY-06-2008 | PETITION FOR INJUNCTIVE RELIEF AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, FOR CONTEMPT OF COURT AND ATTORNEY'S FEES FILED BY PETITIONER ABELLAN, ROSELLER HEARING SET FOR JUN-18-2008 AT 09:00 AM IN DEPT 204 | View | 40.00 |
| MAY-06-2008 | DECLARATION OF ROSELLER ABELLAN FILED BY PETITIONER ABELLAN, ROSELLER | View | |
| MAY-06-2008 | DECLARATION OF GARY R. LIEBERMAN FILED BY PETITIONER ABELLAN, ROSELLER | View | |
| MAY-06-2008 | NOTICE OF HEARING FILED BY PETITIONER ABELLAN, ROSELLER | View | |
| FEB-21-2008 | APPEAL RECORD CERTIFIED TO THE COURT OF APPEAL (A120113, DIV. 2) (1 VOL CT/RT-NONE) | | |
| FEB-21-2008 | CERTIFICATION NOTICE MAILED | | |
| FEB-07-2008 | ORDER EX PARTE ORDER TO ENTER INTO AND EXECUTE EXCLUSIVE LISTING AGREEMENT | View | |
| JAN-29-2008 | PROOF OF SERVICE BY MAIL FILED BY PERSONAL REPRESENTATIVE ABELLAN, ROSELLER | | |
| JAN-29-2008 | DECLARATION OF NOTICE OF EX PARTE PETITION TO ENTER INTO AND EXECUTE EXCLUSIVE LISTING AGREEMENT FILED BY PERSONAL REPRESENTATIVE ABELLAN, ROSELLER | View | |
| JAN-29-2008 | PROBATE EX PARTE APPLICATION FOR ORDER TO ENTER INTO AND EXECUTE EXCLUSIVE LISTING AGREEMENT FILED BY PERSONAL REPRESENTATIVE ABELLAN, ROSELLER | View | 40.00 |

Rizalina Abellan

264 Faxon Avenue

San Francisco, CA 94112

ENDORSED FILED
San Francisco County Superior Court
JUN 11 2008
GORDON PARK-LI, Clerk
BY: LARRISA DOTSON Deputy Clerk

Superior Court of California

400 McAllister St.

San Francisco, CA 94102

| | |
|---|---|
| Rizalina Abellan | No. 2803338 |
| Appellant / Plaintiff | Fed. Ct. - 08-252 SI |
| Vs. | Case Lack Subject Matter |
| Roseller Abellan | Jurisdiction Illegal Fraud |
| Atty. Gary Lieberman | C.C.P. 3294 Probate Code 213020 |
| | 21306-21307 Declaration and |
| | Pts. Of Authorities Date Time |
| | 6/18/08 |

Estate of Rufina Abellan Probate Dept. Violate C.C.P. 430.10, amend

Notice is hereby given to Probate Court and Attorney Gary Lieberman. Filing of paper is contempt of court and obstruction of justice, fraud and vexatious litigant. The issuance of this notice of hearing is perjury and contempt of court and subject to report the matter to State Bar of California for vicious and

- 1 -

1  corruption nof courts violates Supreme court  Equity Practice
2  29, 30, 33, 28 for disceiplinary action.  Bu. And Prof. Code
3  P.C. 6086.7 induced by fraud and corruption, anti-SLAPP statute
4  as SLAPP _bill_.  Higher Court rendered prohibition and
5  Remititur issued subject to violation C.C.P. 170.1, 170.3, 170.7
6  Canon 1,2,3 of Judicial Council standard as petitioner.  Trial
7  court has no authority to decide Probate Code Section 21320(b),
8  213(b), 21307 as to con-contest clause subject to prejudgment
9  remedies.  Court filed to be appealed and reviewed.  Complainant
10 on the merits, subject Attorney Gary Lieberman for illegal
11 probate codes specified at  District Court level filing as
12 sabotaged under the Constitution, violates Amendment 1,
13 Amendment 4, illegal seizure and Article I and III of the
14 Constitution and Court have no jurisdiction in Rem and in
15 Personam and any filing or bifurcation of cases is violation of
16 C.C.P. 430.10 be abated Res-Judicator collateral estoppel.
17 Judicial proceedings is contempt and perjury between Attorney
18 and Court.

## DECLARATION

20 I, Rizalina Abellan declare that the Probate Department
21 have no jurisdiction in Rem and in Personam and don't honor any
22 allegation, assertion in Court and cannot get relief whatsoever
23 because it is illegal, a perjury and contempt of our willful
24 deception violates bribery law, anti slapp statute, Amendment 4,
25 illegal seizure and should pay restitution for illegal taking of

## NAMES AND ADDRESSES OF PERSONS
## NOTICE WAS MAILED

1. Rizalina Abellan, Daughter, adult, 264 Faxon Street, San Francisco, Ca 94112

2. Antonio Abellan, Son, adult, 57 Luassane Avenue, Daly City, Ca 94014

3. Restituto Abellan, Sr., son, adult, 23246 Jorgensen Lane, Hayward, Ca 94541

6. Rosevilla Galzote, daughter, adult, 101 Pope Street, San Francisco, Ca 94112

7. Romeo Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134

8. Roseller Abellan, son, adult, 13400 Twin Cities Road, Herald, Ca 95638

9. David Abellan, son adult, 101 Campbell Avenue, San Francisco, Ca 94134

10. Marilyn Abellan, daughter, adult, 2184 Pyramid Dr., Richmond, Ca 94803

11. Rosemary Abellan Bautista, daughter, adult, 101 Campbell Ave., SF. Ca 94134

12. Pepsi Abellan, daughter, adult, 340 Naple Street, San Francisco, CA 94112

13. Alicia Abellan Levita, daughter, adult, 19-A 11th Str. West Rembo., Manila, Philippines

14. Gary Lieberman, attorney, California 94939

15. Superior Court, 400 McAllister Street, San Francisco, Ca 94102

16. Court of Appeals, 1st Appellant District, 350 McAllister Street, SF, Ca 94102

## Proof of Service

I, Rizalina Abellan declare that :

I am at least 18 years of age and a party to the above entitled case. My Notice of Appeal was served and filed. My business address in 264 Faxon Avenue, San Francisco, CA 94112.

I served the foregoing Notice of Appeal by filing it to the United States District Court and mailed copies in San Francisco, California in sealed envelope with postage fully prepaid, addressed to District Court of California under Hon. Judge Susan Illston and the following persons will be served :

1. Superior Court of California
   400 McAllister St.
   San Francisco, CA 94102

2. Atty. Gary Lieberman
   1615 South Hill Rd. Suite I
   Novato, CA 94947

3. Atty. Kathryn Klaus
   555 Twin Dolphin Drive, Suite 300 Redwood Shores
   Redwood City, CA 94065

4. Miss Phoebe Kwong
   18819 Crest Ave.
   Castro Valley, CA 94546

5. United States District Court of Northern California
   450 Golden Gate Avenue
   San Francisco, CA 94102

6. Sheriffs Department of San Francisco
   City of San Francisco
   Hall cor. 457
   San Francisco, CA 94102

7. Department of Justice – Solicitor General
   Solicitor General Paul Clement
   10th Constitution Avenue
   950 Pennsylvania Avenue
   Washington D.C. 20530

8. Supreme Court of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

9. The Court of Appeals of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

10. Atty. General of California
    350 McAllister St.
    San Francisco, CA 94102

11. District Attorney of California
    850 Bryant St.
    San Francisco, CA 94107

12. United States Attorney-General
    Michael Mukasey
    10th Constitution Avenue
    950 Pennsylvania Avenue
    Washington D.C. 20530

Dated : July 21, 2008

13. The Presiding Judge
    Hon. C. Walter Northern
    District Court of CA.
    450 Golden Gate Ave.
    S.F. CA.

14. The Hon. Paul Clement
    10th Const. Ave. 950 Pennsylvania Ave. Wash.
    D.C. 20530

15. The Court of Appeals
    350 McAllister St. S.F.
    CA. 94102

16. The Supreme Court
    of Calif.
    350 McAllister ST. S.F.
    CA. 94102

Rizalina Abellan
(415) 992-1853
In Propia Persona