FILED

08 AUG -6 PH 12 28

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Rizalina Abellan
2  264 Faxon Avenue
   San Francisco, CA 94112
3

4      **THE DISTRICT COURT OF NORTHERN CALIFORNIA**

5            **455 GOLDEN GATE AVENUE**

6            **SAN FRANCISCO, CA 94102**

7
                                    Case No. CA 9
8  RIZALINA ABELLAN, Et. al.

                                      08-16691
9        Plaintiff
                                      *SI*
                              Agency No. 208-CV-0252
10        Vs.
                              *resignation and*
11  THE SUPERIOR COURT OF           Application of Filing of
    CALIFORNIA                      Transcript of all Documents
                                    filed and Northern District
12  ATTY. GARY LIEBERMAN            Court of  California and
    ROSELLER ABELLAN                Probate Court of San Francisco
13  FIRE INSURANCE EXCHANGE         Register of Actions from
    MISS PHOEBE KWONG               January 2007 to July 30, 2008
14  SHERIFFS DEPT. OF SAN FRANCISCO

15        Defendants

16

17
            The Trustee Representative request for Designation of
18
       filing of Transcript of all documents filed in the Federal
19
       Northern District Court and Register of Actions of case no.
20
       280338 from January 2007 in which case started their
21
       bifurcation and illegal sale C.C.P. 430.10 because they are
22
       barred by statute as to Lackes, Res-judicata, collateral
23
       estoppel Court of Appeal should order or I order cest and
24
       decist order for contempt of all C.C.P. 430.10 is fraud as
25

       - 1 -

1   to abatement for sanction and declaratory relief to case

2   was consummated.  Supersedea and remititurr issued as to

3   prohibition and only restitution and compensatory damages

4   for illegal conveyance and sale of the propert.  Amendment

5   4 as to illegal search and seizure violates 42 U.S.C.

6   section 1983 seciton 25  of the Federal Rules and Law

7   contempt of Court and criminal as to bad faith and illegal

8   proceedings as to no contest clause non proceedings as to

9   no contest clause non-probate and won in the Appeals Court

10  subject to sanction and jail term as to statute being

11  violated.   Replevin to attachment restitution and

12  interference to attachment restitution and interference as

13  to false evidence of courts and facts Judicial  Code

14  268.42 U.S.C. section  385 for contempt and request

15  permanent injunction as I am in fee surety and in equity.

16  Dated :  August 6, 2008

17

18                                  Respectfully submitted :

19                                  *Rzalina Abellan*

20                                  Rizalina Abellan
                                    Proper
21                                  415.992.1853

22

23

24

25

- 2 -

## Superior Court of California, County of San Francisco
Case Number: PES-00-280338
Title: THE ESTATE OF RUFINA ALBANIA ABELLAN
Cause of Action: PETITION FOR LETTERS OF ADMINISTRATION
Generated: Jul-11-2008 9:12 am PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

# Register of Actions

Date Range: First Date |Jun-16-2000|    Last Date |Jul-11-2008|    (Dates must be entered as MMM-DD-YYYY)

|Descending Date Sequence ▼|    |ALL FILING TYPES|    ▼

Submit |

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| JUL-02-2008 | ORDER FOR INJUNCTIVE RELIEF AND FOR TEMPORARY RESTRAINING ORDER | View | |
| JUL-02-2008 | ORDER FOR INJUNCTIVE RELIEF AND FOR TEMPORARY RESTRAINING SIGNED. | | |
| JUN-18-2008 | PETITION FOR INJUNCTIVE RELIEF AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, FOR CONTEMPT OF COURT AND ATTORNEY'S FEES CONTINUED FROM JUN-18-2008 TO JUL-30-2008 AT 09:00 AM IN DEPT 204 PER COURT | | |
| JUN-18-2008 | MINI-MINUTES FOR JUN-18-2008 9:00 AM | | |
| JUN-11-2008 | DECLARATION AND POINTS AND AUTHORITIES FILED BY PETITIONER ABELLAN, RIZALINA | View | |
| MAY-23-2008 | PROOF OF SERVICE BY MAIL FILED BY PETITIONER ABELLAN, ROSELLER | View | |
| MAY-06-2008 | PETITION FOR INJUNCTIVE RELIEF AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, FOR CONTEMPT OF COURT AND ATTORNEY'S FEES FILED BY PETITIONER ABELLAN, ROSELLER HEARING SET FOR JUN-18-2008 AT 09:00 AM IN DEPT 204 | View | 40.00 |
| MAY-06-2008 | DECLARATION OF ROSELLER ABELLAN FILED BY PETITIONER ABELLAN, ROSELLER | View | |
| MAY-06-2008 | DECLARATION OF GARY R. LIEBERMAN FILED BY PETITIONER ABELLAN, ROSELLER | View | |
| MAY-06-2008 | NOTICE OF HEARING FILED BY PETITIONER ABELLAN, ROSELLER | View | |
| FEB-21-2008 | APPEAL RECORD CERTIFIED TO THE COURT OF APPEAL (A120113, DIV. 2) (1 VOL CT/RT-NONE) | | |
| FEB-21-2008 | CERTIFICATION NOTICE MAILED | | |
| FEB-07-2008 | ORDER EX PARTE ORDER TO ENTER INTO AND EXECUTE EXCLUSIVE LISTING AGREEMENT | View | |
| JAN-29-2008 | PROOF OF SERVICE BY MAIL FILED BY PERSONAL REPRESENTATIVE ABELLAN, ROSELLER | | |
| JAN-29-2008 | DECLARATION OF NOTICE OF EX PARTE PETITION TO ENTER INTO AND EXECUTE EXCLUSIVE LISTING AGREEMENT FILED BY PERSONAL REPRESENTATIVE ABELLAN, ROSELLER | View | |
| JAN-29-2008 | PROBATE EX PARTE APPLICATION FOR ORDER TO ENTER INTO AND EXECUTE EXCLUSIVE LISTING AGREEMENT FILED BY PERSONAL REPRESENTATIVE ABELLAN, ROSELLER | View | 40.00 |
| | | | |

| JAN-22-2008 | NOTICE RE RESPONDENT'S COPY OF TRANSCRIPTS | | |
|---|---|---|---|
| JAN-09-2008 | MISSING DOCUMENT ERROR ON DATES FILED BY APPELLANT ABELLAN, RIZALINA | View | |
| JAN-07-2008 | NOTICE OF MISSING DOCUMENTS | View | |
| DEC-19-2007 | REQUEST FOR CLERK'S/REPORTER'S TRANSCRIPT FILED | View | |
| DEC-18-2007 | AMENDMENT NOTICE OF APPEAL | View | |
| DEC-06-2007 | APPELLANT'S NTC TO DESIGNATE, PREPARE RECORDS FILED. ( UNABLE TO PROCESS ) | | |
| NOV-26-2007 | CLERK'S NTC OF FILING OF NTC OF APPEAL | | |
| NOV-26-2007 | NOTICE OF APPEAL/REQUEST FOR TRANSCRIPT ( NOTICE OF APPEAL ONLY ) FILED BY PLAINTIFF ABELLAN, RIZALINA | View | IFP |
| NOV-20-2007 | RETURN OF EXECUTION FOR POSSESSION OF PERSONAL PROPERTY ISSUED TO SAN FRANCISCO COUNTY, RETURNED AND FILED, FULLY SATISFIED AS TO OTHER ABELLAN, ROBERTO ABELLAN, DAVID ABELLAN, ROMEO | View | |
| NOV-14-2007 | ORDER DENYING PETITION FOR WRIT OF PROHIBITION/SUPERSEDEAS/STAY, A119686 DIV 2 | View | |
| NOV-13-2007 | PETITION FOR STAY FILED BY OBJECTOR ABELLAN, RIZALINA | | IFP |
| NOV-13-2007 | APPLICATION FOR WAIVER OF COURT FEES AND COSTS PURSUANT TO G.C. 68511.3 (CONFIDENTIAL) FILED BY OBJECTOR ABELLAN, RIZALINA ORDER GRANTING WAIVER OF COURT FEES AND COSTS PURSUANT TO CRC 3.50 - 3.63 | | |
| OCT-30-2007 | ORDER DENYING PETITION FOR WRIT OF MANDATE, A119359 DIV 2 | View | |
| OCT-12-2007 | EXECUTION FOR POSSESSION OF PERSONAL PROPERTY ISSUED TO SAN FRANCISCO COUNTY AS TO OTHER ABELLAN, ROBERTO ABELLAN, DAVID ABELLAN, ROMEO | | 15.00 |
| OCT-12-2007 | RETURN OF EXECUTION FOR POSSESSION OF REAL PROPERTY ISSUED TO SAN FRANCISCO COUNTY, RETURNED UNSERVED (DECL. RE LOST WRIT OF POSSESSION OF REAL PROPERTY) AS TO OTHER ABELLAN, ROBERTO ABELLAN, DAVID ABELLAN, ROMEO | View | |
| SEP-24-2007 | EXECUTION FOR POSSESSION OF REAL PROPERTY ISSUED TO SAN FRANCISCO COUNTY AS TO OTHER ABELLAN, ROBERTO ABELLAN, DAVID ABELLAN, ROMEO | | 15.00 |
| SEP-12-2007 | AMENDED REJECTION FOR THE SALE OF PROPERTIES, FRAUD, INFUENCE CONSPIRACIES UNDER RICO BUSINESS, DISQUALIFICATION OF JUDG, DECLARATORY RELIEF, REQUEST FOR JUDGMENT AND FOR SALE OF PROPERTY | View | |
| AUG-15-2007 | MINI-MINUTES FOR AUG-14-2007 9:00 AM | | |
| AUG-14-2007 | ADDED TO CALENDAR FOR STATUS ON POSSESSION OF REAL PROPERTY, CALENDAR OF AUG-14-2007 THR COURT INSTRUCT MR. LEIBERMAN TO START THE PROCESS TO TAKE POCCESSION OF THE REAL PROPERTY. | | |
| JUL-30-2007 | ANSWER TO PETITION FOR THE SALE ACTION BARRED BY UNCLEAN HANDS-FRAUD UNDER C.C. CODE 3399 DISMISSAL C.C.P SECTION 586 TERMINATION AS FINAL AS ATTORNEY | View | |

## Proof of Service

I, Rizalina Abellan declare that :

I am at least 18 years of age and a party to the above entitled case. My Notice of

Appeal was served and filed. My business address in 264 Faxon Avenue, San Francisco,

CA 94112.

I served the foregoing Designation of Filing of Transcript  by filing  it to the

United States District Court  and  mailed copies  in San Francisco, California in sealed

envelope with postage fully prepaid, addressed to District Court of California under Hon.

Judge Susan Illston and the following persons will be served :

1. Superior Court of  California
   400 McAllister St.
   San Francisco, CA 94102

2. Atty. Gary Lieberman
   1615 South Hill Rd.  Suite I
   Novato, CA 94947

3. Atty. Kathryn Klaus
   555 Twin Dolphin Drive, Suite 300 Redwood Shores
   Redwood City, CA 94065

4. Miss Phoebe Kwong
   18819 Crest Ave.
   Castro Valley, CA 94546

5. United States District Court of Northern California
   450 Golden Gate Avenue
   San Francisco, CA 94102

6. Sheriffs Department of San Francisco
   City of  San Francisco
   Hall cor. 457
   San Francisco, CA 94102

7. Department of Justice – Solicitor General
   Solicitor General Paul Clement
   10th Constitution Avenue
   950 Pennsylvania Avenue
   Washington D.C. 20530

8. Supreme Court of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

9. The Court of Appeals of California
   350 Golden Gate Avenue
   San Francisco, CA 94102

10. Atty. General of California
    350 McAllister St.
    San Francisco, CA 94102

11. District Attorney of California
    850 Bryant St.
    San Francisco, CA 94107

12. United States Attorney-General
    Michael Mukasey
    10th Constitution Avenue
    950 Pennsylvania Avenue
    Washington D.C. 20530

13. Clerk, US Court of Appeals for the 9th Circuit
    P.O. Box 193939
    San Francisco, CA 94119

14. Superior Court of California
    350 MacAllister Avenue
    San Francisco, CA 94102

15. United States Court of Appeals Division II
    350 MacAllister Avenue
    San Francisco, CA 94102

Dated : $8/6$ , 2008

Rizalina Abellan
(415) 992-1853
In Propia Persona