United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN, | No. C 08-00252 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION [Docket No. 45]** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, *et al.*, | |
| Defendants. | |

On June 30, 2008, this Court denied plaintiff's motion for leave to amend and instructed plaintiff that, "No further motions for reconsideration or motions for leave to amend will be considered." *See* Order Denying Recently Filed Motions. [Docket No. 40] On August 6, 2008, plaintiff filed a motion. [Docket No. 45] The motion was captioned, "Application of Filing of Transcript of all Documents filed and Northern District Court of California and Probate Court of San Francisco Register of Actions from January 2007 to July 30, 2008." The Court cannot discern what relief plaintiff seeks. To the extent her motion is a motion for reconsideration, it is DENIED.

**IT IS SO ORDERED.**

Dated: 11/10/08

SUSAN ILLSTON
United States District Judge