IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 08-0252 SI<br><br>**ORDER RE: PLAINTIFF'S MOTION [Docket No. 49]** |

On November 24, 2008, plaintiff filed a motion for leave to file a second notice of appeal. [Docket No. 49] On December 11, 2008, the Ninth Circuit affirmed this Court's order denying plaintiff's motion for reconsideration. [Docket No. 50] The Ninth Circuit's order provided that all pending motions are denied as moot. In accordance with that ruling, this Court DENIES plaintiff's November 24 motion as moot.

**IT IS SO ORDERED.**

Dated: 1/16/09

                                                      SUSAN ILLSTON<br>
                                                      United States District Judge