United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 08-0252 SI<br><br>**ORDER DENYING PLAINTIFF'S RECENT MOTION [Docket No. 55]** |

On March 3, 2009, plaintiff filed what appears to be a motion for reconsideration. This Court has already informed plaintiff that no further motions for reconsideration will be considered. [Docket No. 40] Plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

Dated: March 12, 2009

                                                                    *Susan Illston*
                                                                    SUSAN ILLSTON
                                                                    United States District Judge