IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA, *et al.*,<br><br>    Defendants.<br>_____ / | No. C 08-0252 SI<br><br>**ORDER DENYING PLAINTIFF'S RECENT MOTION [Docket No. 57]** |

On March 24, 2009, plaintiff filed what appears to be a motion to recuse the undersigned judge. The motion is frivolous as this case is closed. The Court has denied plaintiff's motion for reconsideration and the Ninth Circuit affirmed that decision. Plaintiff's motion is DENIED. Plaintiff may not file any more motions for recusal.

**IT IS SO ORDERED.**

Dated: March 27, 2009

SUSAN ILLSTON
United States District Judge